PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALYS INC., a Delaware Corporation,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Finjan, Inc. ("Finjan") files this Complaint for Patent Infringement and Demand for Jury Trial against Qualys Inc. ("Defendant" or "Qualys") and alleges as follows:

## THE PARTIES

1.      Finjan is a Delaware Corporation with its principal place of business at 2000 University Avenue, Suite 600, E. Palo Alto, California 94303.

2.      Upon information and belief, Qualys Inc. is a Delaware Corporation with its principle place of business at 919 E. Hillsdale Boulevard, 4th Floor, Foster City, California 94404.

## JURISDICTION AND VENUE

3.      This action arises under the Patent Act, 35 U.S.C. § 101 *et seq*.  This Court has original jurisdiction over this controversy pursuant to 28 U.S.C. §§ 1331 and 1338.

4.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b).

5.      This Court has personal jurisdiction over Defendant.  Defendant regularly and continuously does business in this District and has infringed or induced infringement, and continues to do so, in this District.  Upon information and belief, Defendant maintains an office within this District in Foster City, California.  Upon information and belief, Defendant's office in Foster City is a regular and established place of business and its principal place of business.  In addition, the Court has personal jurisdiction over Defendant because minimum contacts have been established with the forum and the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

## INTRADISTRICT ASSIGNMENT

6.      Pursuant to Local Rule 3-2(c), Intellectual Property Actions are assigned on a district-wide basis.

## FINJAN'S INNOVATIONS

7.      Finjan was founded in 1997 as a wholly-owned subsidiary of Finjan Software Ltd., an Israeli corporation.  In 1998, Finjan moved its headquarters to San Jose, California.  Finjan was a pioneer in developing proactive security technologies capable of detecting previously unknown and emerging online security threats, recognized today under the umbrella term "malware."  These

1

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

technologies protect networks and endpoints by identifying suspicious patterns and behaviors of content delivered over the Internet.  The United States Patent and Trademark Office ("USPTO") awarded to Finjan, and Finjan continues to prosecute, numerous patents covering innovations in the United States and around the world resulting directly from Finjan's more than decades-long research and development efforts, supported by a dozen inventors and over $65 million in R&D investments.

8.      Finjan built and sold software, including application program interfaces (APIs) and appliances for network security, using these patented technologies.  These products and related customers continue to be supported by Finjan's licensing partners.  At its height, Finjan employed nearly 150 employees around the world building and selling security products and operating the Malicious Code Research Center, through which it frequently published research regarding network security and current threats on the Internet.  Finjan's pioneering approach to online security drew equity investments from two major software and technology companies, the first in 2005 followed by the second in 2006.  Finjan generated millions of dollars in product sales and related services and support revenues through 2009, when it spun off certain hardware and technology assets in a merger.  Pursuant to this merger, Finjan was bound to a non-compete and confidentiality agreement, under which it could not make or sell a competing product or disclose the existence of the non-compete clause.  Finjan became a publicly traded company in June 2013, capitalized with $30 million.  After Finjan's obligations under the non-compete and confidentiality agreement expired in March 2015, Finjan re-entered the development and production sector of secure mobile products for the consumer market.

## FINJAN'S ASSERTED PATENTS

9.      On November 28, 2000, the USPTO issued to Shlomo Touboul and Nachshon Gal U.S. Patent No. 6,154,844 ("the '844 Patent"), titled "SYSTEM AND METHOD FOR ATTACHING A DOWNLOADABLE SECURITY PROFILE TO A DOWNLOADABLE."  A true and correct copy of the '844 Patent is attached to this Complaint as Exhibit 1 and is incorporated by reference herein.

10.     All rights, title, and interest in the '844 Patent have been assigned to Finjan, who is the sole owner of the '844 Patent.  Finjan has been the sole owner of the '844 Patent since its issuance.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

11.     The '844 Patent is generally directed towards computer networks, and more particularly, provides a system that protects devices connected to the Internet from undesirable operations from web-based content.  One of the ways this is accomplished is by linking a security profile to such web-based content to facilitate the protection of computers and networks from malicious web-based content.  The '844 Patent discloses and specifically claims inventive concepts that represent significant improvements over conventional network security technology that was available at the time of filing of the '844 Patent and are more than just generic software components performing conventional activities.

12.     On March 18, 2014, the USPTO issued to Yigal Mordechai Edery, Nimrod Itzhak Vered, David R. Kroll, and Shlomo Touboul U.S. Patent No. 8,677,494 ("the '494 Patent"), titled "MALICIOUS MOBILE CODE RUNTIME MONITORING SYSTEM AND METHODS."  A true and correct copy of the '494 Patent is attached to this Complaint as Exhibit 2 and is incorporated by reference herein.

13.     All rights, title, and interest in the '494 Patent have been assigned to Finjan, who is the sole owner of the '494 Patent.  Finjan has been the sole owner of the '494 Patent since its issuance.

14.     The '494 Patent is generally directed towards a method and system for deriving security profiles and storing the security profiles.  One of the ways this is accomplished is by deriving a security profile for a downloadable, which includes a list of suspicious computer operations, and storing the security profile in a database.  The '494 Patent discloses and specifically claims inventive concepts that represent significant improvements over conventional network security technology that was available at the time of filing of the '494 Patent and are more than just generic software components performing conventional activities.

15.     On July 5, 2011, the USPTO issued to Moshe Rubin, Moshe Matitya, Artem Melnick, Shlomo Touboul, Alexander Yermakov and Amit Shaked U.S. Patent No. 7,975,305 ("the '305 Patent"), titled "METHOD AND SYSTEM FOR ADAPTIVE RULE-BASED CONTENT SCANNERS FOR DESKTOP COMPUTERS."  A true and correct copy of the '305 Patent is attached to this Complaint as Exhibit 3 and is incorporated by reference herein.

3

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

16.     All rights, title, and interest in the '305 Patent have been assigned to Finjan, who is the sole owner of the '305 Patent.  Finjan has been the sole owner of the '305 Patent since its issuance.

17.     The '305 Patent is generally directed towards network security and, in particular, rule based scanning of web-based content for exploits.  One of the ways this is accomplished is by using parser and analyzer rules to describe computer exploits as patterns of types of tokens.  Additionally, the system provides a way to keep these rules updated.  The '305 Patent discloses and specifically claims inventive concepts that represent significant improvements over conventional network security technology that was available at the time of filing of the '305 Patent and are more than just generic software components performing conventional activities.

18.     On July 17, 2012, the USPTO issued to Moshe Rubin, Moshe Matitya, Artem Melnick, Shlomo Touboul, Alexander Yermakov and Amit Shaked U.S. Patent No. 8,225,408 ("the '408 Patent"), titled "METHOD AND SYSTEM FOR ADAPTIVE RULE-BASED CONTENT SCANNERS."  A true and correct copy of the '408 Patent is attached to this Complaint as Exhibit 4 and is incorporated by reference herein.

19.     All rights, title, and interest in the '408 Patent have been assigned to Finjan, who is the sole owner of the '408 Patent.  Finjan has been the sole owner of the '408 Patent since its issuance.

20.     The '408 Patent is generally directed towards network security and, in particular, rule based scanning of web-based content for a variety of exploits written in different programming languages.  One of the ways this is accomplished is by expressing the exploits as patterns of tokens. Additionally, the disclosed system provides a way to analyze these exploits by using a parse tree.  The '408 Patent discloses and specifically claims inventive concepts that represent significant improvements over conventional network security technology that was available at the time of filing of the '408 Patent and are more than just generic software components performing conventional activities.

21.     On November 15, 2005, the USPTO issued to Shlomo Touboul U.S. Patent No. 6,965,968 ("the '968 Patent"), titled "POLICY-BASED CACHING."  A true and correct copy of the '968 Patent is attached to this Complaint as Exhibit 5 and is incorporated by reference herein.

4

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

22.     All rights, title, and interest in the '968 Patent have been assigned to Finjan, who is the sole owner of the '968 Patent.  Finjan has been the sole owner of the '968 Patent since its issuance.

23.     The '968 Patent is generally directed towards methods and systems for enabling policy-based cache management to determine if digital content is allowable relative to a policy.  One of the ways this is accomplished is scanning digital content to derive a content profile and determining whether the digital content is allowable for a policy based on the content profile.  The '968 Patent discloses and specifically claims inventive concepts that represent significant improvements over conventional network security technology that was available at the time of filing of the '968 Patent and are more than just generic software components performing conventional activities.

24.     On August 26, 2008, the USPTO issued to Shlomo Touboul U.S. Patent No. 7,418,731 ("the '731 Patent"), titled "METHOD AND SYSTEM FOR CACHING AT SECURE GATEWAYS." A true and correct copy of the '731 Patent is attached to this Complaint as Exhibit 6 and is incorporated by reference herein.

25.     All rights, title, and interest in the '731 Patent have been assigned to Finjan, who is the sole owner of the '731 Patent.  Finjan has been the sole owner of the '731 Patent since its issuance.

26.     The '731 Patent is generally directed towards methods and systems for providing an efficient security system.  One of the ways this is accomplished is by implementing a variety of caches to increase performance of the system.  The '731 Patent discloses and specifically claims inventive concepts that represent significant improvements over conventional network security technology that was available at the time of filing of the '731 Patent and are more than just generic software components performing conventional activities.

27.     On March 20, 2012, the USPTO issued to David Gruzman and Yuval Ben-Itzhak U.S. Patent No. 8,141,154 ("the '154 Patent"), titled "SYSTEM AND METHOD FOR INSPECTING DYNAMICALLY GENERATED EXECUTABLE CODE."  A true and correct copy of the '154 Patent is attached to this Complaint as Exhibit 7 and is incorporated by reference herein.

28.     All rights, title, and interest in the '154 Patent have been assigned to Finjan, who is the sole owner of the '154 Patent.  Finjan has been the sole owner of the '154 Patent since its issuance.

5

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

29.     The '154 Patent is generally directed towards methods and systems for providing an efficient security system.  One of the ways this is accomplished is by implementing a variety of caches to increase performance of the system.  The '154 Patent discloses and specifically claims inventive concepts that represent significant improvements over conventional network security technology that was available at the time of filing of the '154 Patent and are more than just generic software components performing conventional activities.

30.     The patents in paragraphs 9-29 are collectively referred to as the "Asserted Patents."

**FINJAN'S NOTICE OF INFRINGEMENT TO DEFENDANT**

31.     Defendant is well aware of Finjan's patents, including the Asserted Patents, and has continued its infringing activity, despite this knowledge, for years.  Finjan gave written notice to Defendant of its infringement of Finjan's patents by letter dated November 12, 2015, which specifically identified Finjan's '844, '494, '305, '968, and '154 Patents.  This letter also identified many of Defendant's infringing products including how Defendant's Malware Detection Systems (MDS), Web Application Firewall (WAF), Web Application Scanner (WAS), and Vulnerability (VM) solutions including Qualys Cloud Platform products infringe various of Finjan's Asserted Patents.  *See* November 12, 2015 Letter from Finjan to Qualys, attached hereto as Exhibit 23.

32.     Finjan also gave Defendant another letter on or about December 7, 2017, in which Finjan described to Defendant how the Accused Products variously infringe Finjan's patents, including at least Finjan's '844, '494, '305, and '968 Patents.  *See* December 7, 2017 Letter from Finjan to Qualys, attached hereto as Exhibit 24.

33.     Thus, despite Finjan's best efforts to inform Defendant that its products infringe Finjan's patents and to engage Defendant in good-faith licensing discussions, Defendant refused to take a license to Finjan's patents.  As shown above, Defendant knew that it infringed the Asserted Patents well before Finjan filed this action, and Defendant acted egregiously and willfully in that it continued to infringe Finjan's patents and, on information and belief, took no action to avoid infringement.  Instead, Defendant continued to develop additional technologies and products that

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

infringe the Asserted Patents.  As such, Defendant has continued to willfully, wantonly, and

deliberately engage in acts of infringement of the Asserted Patents.

## DEFENDANT'S INFRINGING PRODUCTS AND TECHNOLOGIES

34.  Defendant makes, uses, sells, offers for sale, and imports into the United States and this

District infringing products and services that utilize Vulnerability Management, Threat Protection,

Continuous Monitoring, Indicators of Compromise, Container Security, Web App Firewall, Web App

Scanning, and Compliance Monitoring, including Qualys Cloud Platform products (collectively, the

"Accused Products").

35.  Qualys' products are all interrelated through the Qualys Cloud Platform.  The Qualys

Cloud Platform integrates Qualys' detection and analytic technologies across various product

offerings, briefly described below.

### Vulnerability Management (VM)

36.  Qualys VM continuously scans and identifies vulnerabilities with high-precision

accuracy, protecting IT assets on premises, in the cloud, and at mobile endpoints.  Its executive

dashboard displays an overview of security posture and access to remediation details.  VM generates

custom, role-based reports for multiple stakeholders, including automatic security documentation for

compliance auditors.  Additionally, Qualys VM offers vulnerability management for hybrid IT

environments.

37.  In addition to scanners, VM also works with Qualys Cloud Agents, extending its

network coverage to assets that cannot be scanned.  The lightweight, all-purpose, self-updating agents

reside on the assets they monitor so they do not require scan windows, credentials, or firewall changes,

and vulnerabilities can be found with minimal network impact.  When VM is paired with Continuous

Monitoring (CM), InfoSec teams are proactively alerted about potential threats so problems can be

tackled before turning into breaches.  Alerts can be tailored to notify about general or specific changes.

### Threat Protection

38.  Threat Protection continuously correlates external threat information against a

vulnerabilities and IT asset inventory, leveraging Qualys Cloud Platform's back-end engine to

7

automate this large-scale and intensive data analysis process and alert which threats pose the greatest risk at any given time.  As Qualys engineers continuously validate and rate new threats from internal and external sources, Threat Protections' Live Threat Intelligence Feed displays the latest vulnerability disclosures and maps them to impacted IT assets.

39.     A single, dynamic dashboard includes customizable views, graphs and charts to provide a clear and comprehensive view of the threat landscape at a glance in real time.  Multiple dashboard views can be created to break down vulnerabilities by real-time threat indicator types, such as zero-day exploits.  Further, Threat Protection's search engine can sort, filter, drill down and fine-tune results for specific assets and vulnerabilities by crafting ad hoc queries with multiple variables and criteria.  Queries can be saved and turned into dashboard widgets, which can display trend graphs for up to 90 days.

**Continuous Monitoring (CM)**

40.     CM works in tandem with VM to discover hosts and digital certificates, organize assets by business or technology function, and be alerted as soon as vulnerabilities appear on the global perimeter from a single console.  CM acts as a sentinel in the cloud, constantly monitoring the network for changes that could put the network at risk.  CM automates monitoring of the global perimeter, tracking systems in the global network, wherever they are.

41.     CM can identify and proactively address potential problems.  Alerts can be tailored for a wide variety of conditions impacting systems, certificates, ports, services and software.  Each rule can be configured to detect common, general changes or tuned to very specific circumstances.  Different recipients can be assigned for each alert, so that the appropriate person is notified.  The dashboard displays the network's big-picture status at a glance, giving a graphical representation of recent activity to spot anomalies.  Important alerts can be flagged and trivial ones can be hid.  Specific alerts and their corresponding details can be found using CM's search engine.

**Indicators of Compromise (IOC)**

42.     Qualys IOC uses the Cloud Agent's non-intrusive data collection and delta processing techniques to transparently capture endpoint activity information from assets on and off the network

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

that is more performant than query-based approaches or log collectors.  Customers can use pre-defined threat hunting rules and easily import indicators of compromise artifacts into widgets, dashboards, and saved searches to quickly verify threat intelligence, scale of infections, first-infected asset ("Patient Zero"), and timeline of compromises.

43.     Threat hunting, suspicious activity detection, and OpenIOC processing are performed in the Qualys Cloud Platform on billions of active and past system events, and coupled with threat intelligence data from Qualys Malware Labs to identify malware infections (indicators of compromise) and threat actor actions (indicators of activity).

44.     Qualys IOC creates a Single View of the Asset, showing threat hunting details unified with other Qualys Cloud Apps for hardware and software inventory, vulnerability posture, policy compliance controls, and file integrity monitoring change alerts for on-premise servers, cloud instances, and off-net remote endpoints.  A single user interface significantly reduces the time required for incident responders and security analysts to hunt, investigate, detect, and respond to threats before breach or compromise can occur.

**Container Security (CS)**

45.     Qualys Container Security gives complete visibility of container hosts wherever they are in the global IT environment, on premises and in clouds.  It gathers comprehensive topographic information about container projects — images, image registries, and containers spun from the images. The complete inventory and security posture from containers to hosts are viewable from dynamic, customizable dashboards.

46.     With Qualys CS, security teams can enforce policies to block the use of images that have specific vulnerabilities, or that have vulnerabilities above a certain severity threshold. Developers can do continuous vulnerability detection and remediation in the DevOps pipeline by deploying plugins for CI/CD tools like Jenkins or Bamboo, or via REST APIs.

47.     Qualys CS can search for images that have high-severity vulnerabilities, unapproved packages, and older or test release tags.  Their impact can be assessed by identifying all containers — active or dormant — that use the unapproved, vulnerable images.  Qualys CS helps determine if these

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

images are cached on different hosts, and identifies all the containers on exposed vulnerable network ports running with privileges, which could lead to attacks.

48.     Qualys CS scans, protects, and secures the running containers.  Qualys CS also detects containers drifting from the parent image, breaking the immutable behavior with a different vulnerability posture and software configuration.  Qualys CS also features policy-based orchestration to stop containers vulnerable images from being spun up in Kubernetes clusters.  Qualys CS can drill down to the host level to identify vulnerabilities and patch compliance to understand how the host impacts the containers.

**Web App Firewall (WAF)**

49.     WAF can deploy virtual patches for confirmed vulnerabilities and can be managed from a centralized portal.  With no special hardware to buy nor maintain, Qualys WAF's virtual appliance can be deployed and scaled up quickly on premises using VMware, Hyper-V or Docker, and in public cloud platforms, such as AWS, Azure or Google Cloud Platform.  WAF continuously communicates with the Qualys Cloud Platform, tracking configuration changes and sending it the latest security events.

50.     WAF gives complete visibility into its data for continuous monitoring, risk assessments and remediation plans.  A dashboard summarizes website traffic information and security event trends that include detailed threat information, suspicious activity, and actionable insights into the threat data. WAF continuously indexes security events into local Elasticsearch or Splunk clusters, making data instantly discoverable.

51.     WAF protects web apps using security policies backed by Qualys' security intelligence, and one-click responses to security events.  Security needs can be addressed with simple, customizable and reusable policies and rules.  Qualys' out-of-the-box policies are designed for popular platforms such as WordPress, Joomla, Drupal, Outlook Web Application and Sharepoint.  It also includes generic templates for unknown applications and frameworks.

COMPLAINT FOR PATENT INFRINGEMENT                         CASE NO.

**Web App Scanning (WAS)**

52.     WAS finds and catalogs all web apps in the network, including new and unknown ones, and scales from a handful of apps to thousands.  Qualys WAS tags applications with labels to control reporting and limit access to scan data.  WAS' dynamic deep scanning covers all apps on the perimeter, in the internal environment and under active development, and even APIs that support mobile devices.  It also covers public cloud instances, and gives instant visibility of vulnerabilities like SQLi and XSS.  With programmatic scanning of SOAP and REST API services, WAS tests IoT services and APIs used by mobile apps and modern mobile architectures.

53.     WAS can insert security into application development and deployment in DevSecOps environments.  WAS detects code security issues early and often, tests for quality assurance and generates comprehensive reports.  With its tight Qualys WAF integration, WAS continuously monitors and virtually patches production apps.  WAS scans an organization's websites, and identifies and reports infections, including zero-day threats via behavioral analysis.  Detailed malware infection reports accompany infected code for remediation.  A central dashboard displays scan activity, infected pages and malware infection trends, and lets users initiate actions directly from its interface.  Malware detection functionality is provided via an optional add-on.

**Compliance Monitoring**

54.     Qualys' Compliance Monitoring Solutions include Policy Compliance, Security Assessment Questionnaire, and PCI.  Compliance Monitoring ensures that the organization must enforce internal policies, comply with external regulatory mandates, and assess the risk of doing business with vendors and other third parties.  Compliance Monitoring uses a cloud-based solution to automate assessment of security and compliance controls in order to demonstrate a repeatable and trackable process to auditors and stakeholders.

## DEFENDANT'S WILLFUL INFRINGEMENT OF FINJAN'S PATENTS

55.     Defendant has infringed the '844, '494, '305, '408, '968, '731, and '154 Patents (collectively, the "Asserted Patents") and continues to infringe the '305, '408, '968, '731 and '154

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

Patents in this Judicial District and elsewhere in the United States by, among other things, making, using, importing, selling, and offering for sale the Accused Products.

56.     In addition to directly infringing the Asserted Patents under 35 U.S.C. § 271(a), Defendant indirectly infringed the '844, '494, '305, '408, '968 and '731 Patents and continues to indirectly infringe the '305, '408, '968 and '731 Patents by instructing, directing, and requiring others, including its customers, purchasers, users, and developers, to perform all or some of the steps of the method claims, either literally or under the doctrine of equivalents.

## <u>COUNT I</u>
### (Direct Infringement of the '844 Patent pursuant to 35 U.S.C. § 271(a))

57.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

58.     Defendant infringed Claims 1-44 of the '844 Patent in violation of 35 U.S.C. § 271(a).

59.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

60.     Defendant's acts of making, using, importing, selling, and offering for sale infringing products and services were without the permission, consent, authorization, or license of Finjan.

61.     Defendant's infringement included the manufacture, use, sale, importation and offer for sale of Defendant's products and services that utilize Vulnerability Management, Threat Protection, Continuous Monitoring, Indicators of Compromise, Container Security, Web App Firewall, Web App Scanning, and Compliance Monitoring, including Qualys Cloud Platform products (collectively, "the '844 Accused Products").

62.     The '844 Accused Products practiced the patented invention of the '844 Patent and infringed the '844 Patent because they made or used the system and performed the steps of receiving a downloadable by an inspector, generating, by the inspector, a downloadable security profile that identifies suspicious code in the received downloadable, and linking, by the inspector, the downloadable security profile to the downloadable before a web server makes the downloadable available to web clients.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

63.    To the extent the '844 Accused Products used a system that includes modules, components or software owned by third parties, the '844 Accused Products still infringed the '844 Patent because Defendant is vicariously liable for the use of the patented system by controlling the entire system and deriving a benefit from the use of every element of the entire system.  Similarly, to the extent Defendant's customers performed a step or steps of the patented method or the '844 Accused Products incorporated third parties' modules, components or software that performed one or more patented steps, Defendant's '844 Accused Products still infringed the '844 Patent because the '844 Accused Products condition receipt by the third parties of a benefit upon performance of a step or steps of the patented method and establish the manner or timing of that performance.

64.    The '844 Accused Products include an inspector that receives Downloadables for scanning.



QualysGuard Web Application Security presentation at 30, attached hereto as Exhibit 8.

- Scheduled scans and network discoveries
- Automated daily updates to vulnerability KnowledgeBase
- Automated remediation ticket generation and verification

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



https://www.dts-solution.com/solutions/compliance-monitoring/vulnerability-management/, attached hereto as Exhibit 9.

65.    Network mapping is an essential step in discovering vulnerabilities and consists of enumeration of all IP addresses in registered networks in an attempt to find live hosts.  Network mapping is implemented using QualysGuard Vulnerability Management Scans – Maps:



Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

14

66.     The '844 Accused Products generate a first Downloadable security profile that identifies suspicious code in the received Downloadable (such as SQL injection, cross-site scripting (XSS), XML External Entities (XXE) and site misconfigurations):

### Web Application Scanning

Qualys WAS accurately discovers, catalogs, and scans large numbers of web applications. WAS identifies web application vulnerabilities in the OWASP Top 10 like SQL injection, cross-site scripting (XSS), XML External Entities (XXE), and site misconfigurations. With Selenium scripts created by Qualys Browser Recorder, WAS can effectively navigate through applications even when complex authentication and/or business workflows are present.

### Key Features

- REST API testing and Swagger support
- Retest functionality
- Single Sign-On (SSO)
- DOM XSS Detection
- Redundant link checks
- API for automation & integration
- High-volume scanning (multi-scan feature)
- Role-based access control (RBAC)

https://community.qualys.com/community/web-application-scanning, attached hereto as Exhibit 11.

67.     The '844 Accused Products catalog new threats and suspicious code in Downloadables:



QualysGuard InfoDay 2014 presentation at 29, attached hereto as Exhibit 12.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



Securing Public Cloud Infrastructure using Qualys presentation at 31, attached hereto as Exhibit 13.

https://www.qualys.com/apps/vulnerability-management/, attached hereto as Exhibit 14.

68.   The '844 Accused Products link the Downloadable security profile to the Downloadable for vulnerability protection and remediation before the web server makes the Downloadable available to web clients.

16



Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.



QualysGuard Web Application Security presentation at 8, attached hereto as Exhibit 8.

69.    The '844 Accused Products link Downloadable security profiles to Downloadables so that a user may have the findings for a particular downloadable stored for future reference so that when the downloadable is received again, a web server may block or allow it before it is made available to web clients:

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 20, attached hereto as Exhibit 15.

70.    The '844 Accused Products link Downloadable security profiles including "risk levels" with each discovered vulnerability in the Downloadables.





https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

71.     Defendant's infringement of the '844 Patent injured Finjan in an amount to be proven at trial, but not less than a reasonable royalty.

72.     Defendant has been long-aware of Finjan's patents, including the '844 Patent, and continued its unauthorized infringing activity despite this knowledge.  As discussed above, Finjan actively and diligently attempted to engage in good faith negotiations with Defendant for nearly three years regarding Defendant's infringement of Finjan's Asserted Patents.  Even after being shown that its products infringe Finjan's patents, including the '844 Patent, on information and belief Defendant made no effort to avoid infringement.  Instead, Defendant continued to incorporate its infringing technology into additional products, such as those identified in this complaint.  All of these actions demonstrate Defendant's blatant and egregious disregard for Finjan's patent rights.

73.     Despite its knowledge of Finjan's patent portfolio and Asserted Patents, and its specific knowledge of its own infringement, Defendant continued to sell the '844 Accused Products in complete and reckless disregard of Finjan's patent rights.  As such, Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '844 Patent, justifying an award to Finjan of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

## <u>COUNT II</u>
### (Indirect Infringement of the '844 Patent pursuant to 35 U.S.C. § 271(b))

74.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

75.     In addition to directly infringing the '844 Patent, Defendant knew or was willfully blind to the fact that it was inducing infringement of at least Claims 1-14 and 22-31 of the '844 Patent under 35 U.S.C. § 271(b) by instructing, directing and requiring its customers to perform the steps of the method claims of the '844 Patent, either literally or under the doctrine of equivalents.

76.     Defendant knowingly and actively aided and abetted the direct infringement of the '844 Patent by instructing and encouraging its customers and developers to use the '844 Accused Products.  Such instructions and encouragement included advising third parties to use the '844 Accused Products

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

in an infringing manner, providing a mechanism through which third parties may infringe the '844 Patent, by advertising and promoting the use of the '844 Accused Products in an infringing manner, and by distributing guidelines and instructions to third parties on how to use the '844 Accused Products in an infringing manner. *See, e.g.*, QualysGuard Web Application Security presentation, attached hereto as Exhibit 8; https://www.dts-solution.com/solutions/compliance-monitoring/vulnerability-management/, attached hereto as Exhibit 9; https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10; https://community.qualys.com/community/web-application-scanning, attached hereto as Exhibit 11; QualysGuard InfoDay 2014 presentation, attached hereto as Exhibit 12; Securing Public Cloud Infrastructure using Qualys presentation, attached hereto as Exhibit 13; https://www.qualys.com/apps/vulnerability-management/, attached hereto as Exhibit 14; Qualys Web Application Scanning Getting Started Guide Version 6.0.1, attached hereto as Exhibit 15.

## COUNT III
### (Direct Infringement of the '494 Patent pursuant to 35 U.S.C. § 271(a))

77. Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

78. Defendant infringed Claims 3-5 and 7-18 of the '494 Patent in violation of 35 U.S.C. § 271(a).

79. Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

80. Defendant's acts of making, using, importing, selling, and offering for sale infringing products and services were without the permission, consent, authorization, or license of Finjan.

81. Defendant's infringement included the manufacture, use, sale, importation and offer for sale of Defendant's products and services that utilize Vulnerability Management, Threat Protection, Continuous Monitoring, Indicators of Compromise, Container Security, Web App Firewall, Web App Scanning, and Compliance Monitoring, including Qualys Cloud Platform products (collectively, "the '494 Accused Products").

COMPLAINT FOR PATENT INFRINGEMENT        CASE NO.

82.     The '494 Accused Products practiced the patented invention of the '494 Patent and infringed the '494 Patent because they make or use the system and perform the steps of deriving security profiles and storing the security profiles by, for example, deriving a security profile for a downloadable, which includes a list of suspicious computer operations, and storing the security profile in a database.

83.     To the extent the '494 Accused Products used a system that includes modules, components or software owned by third parties, the '494 Accused Products still infringed the '494 Patent because Defendant is vicariously liable for the use of the patented system by controlling the entire system and deriving a benefit from the use of every element of the entire system.  Similarly, to the extent Defendant's customers performed a step or steps of the patented method or the '494 Accused Products incorporated third parties' modules, components or software that perform one or more patented steps, Defendant's '494 Accused Products still infringed the '494 Patent because the '494 Accused Products condition receipt by the third parties of a benefit upon performance of a step or steps of the patented method and establish the manner or timing of that performance.

84.     The '494 Accused Products are systems for managing Downloadables by performing vulnerability scans and creating vulnerability management reports using Virtual management (VM), Qualys Threat Protection, Web Application Filter (WAF) and Web Application Scanner (WAS):

COMPLAINT FOR PATENT INFRINGEMENT                          CASE NO.



Qualys' ability to track vulnerability data across hosts and time lets you use reports interactively to better understand the security of your network. Use a library of built-in reports, change what's shown or choose different sets of assets — all without having to rescan. Reports can be generated on demand or scheduled automatically and then shared with the appropriate recipients online, in PDF or CSV.

https://www.qualys.com/apps/vulnerability-management/, attached hereto as Exhibit 14.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



https://www.dts-solution.com/solutions/compliance-monitoring/vulnerability-management/, attached hereto as Exhibit 9.

Securing Public Cloud Infrastructure using Qualys presentation at 12, attached hereto as Exhibit 13.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

85. The '494 Accused Products include a receiver for receiving an incoming Downloadable for continuous asset discovery:

- Scheduled scans and network discoveries
- Automated daily updates to vulnerability KnowledgeBase
- Automated remediation ticket generation and verification



https://www.dts-solution.com/solutions/compliance-monitoring/vulnerability-management/, attached hereto as Exhibit 9.

86. Network mapping is an essential step in discovering vulnerabilities and consists of enumeration of all IP addresses in registered networks in an attempt to find live hosts. Network mapping is implemented using QualysGuard Vulnerability Management Scans – Maps which receive incoming Downloadables.

24



Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

87.   The '494 Accused Products include a Downloadable scanner coupled with the receiver, for deriving security profile data for the Downloadable, including a list of suspicious computer operations that may be attempted by the Downloadable.



Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

✓ Qualys AssetView to get visibility from the rich data collection from EC2 Connector, sensors – Scanner Appliances and Cloud Agents

✓ Maintaining the same processes and practices by utilizing Qualys across On Premise, Cloud, incorporating Cloud Aware features to handle ephemeral/elastic cloud workloads

✓ Edge servers scanned via Qualys Perimeter Internet Scanners

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



Securing Public Cloud Infrastructure using Qualys presentation at 29, attached hereto as Exhibit 13.



Securing Public Cloud Infrastructure using Qualys presentation at 37, attached hereto as Exhibit 13.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



https://www.qualys.com/apps/vulnerability-management/, attached hereto as Exhibit 14.



https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16.

88.     The '494 Accused Products include a database manager coupled with the Downloadable scanner, for storing the Downloadable security profile data in a database.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

> The Burp Management feature gives you a way to store the findings discovered by the Burp Suite scanner with those discovered by WAS and share this information with multiple users. To learn more refer to this blog article at the Qualys Community. (This feature is not available to Express Lite users.)
>
> To get started click the Burp option on the top menu and go to Burp > Reports, then click Import and we'll walk you through the steps. Your issues list shows imported Burp issues.



Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 20, attached hereto as Exhibit 15.

89.    The '494 Accused Products store security profiles in a policy index (high/low risk) data including entries that relate cache content and policies:

28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



QualysGuard Web Application Security presentation at 8, attached hereto as Exhibit 8.



https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17.

90.    Defendant's infringement of the '494 Patent injured Finjan in an amount to be proven at trial, but not less than a reasonable royalty.

91.    Defendant has been long-aware of Finjan's patents, including the '494 Patent, and continued its unauthorized infringing activity despite this knowledge.  As discussed above, Finjan actively and diligently attempted to engage in good faith negotiations with Defendant for nearly three

years regarding Defendant's infringement of Finjan's Asserted Patents.  Even after being shown that its products infringe Finjan's patents, including the '494 Patent, on information and belief Defendant made no effort to avoid infringement.  Instead, Defendant continued to incorporate its infringing technology into additional products, such as those identified in this complaint.  All of these actions demonstrate Defendant's blatant and egregious disregard for Finjan's patent rights.

92.     Despite its knowledge of Finjan's patent portfolio and Asserted Patents, and its specific knowledge of its own infringement, Defendant continued to sell the '494 Accused Products in complete and reckless disregard of Finjan's patent rights.  As such, Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '494 Patent, justifying an award to Finjan of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

## COUNT IV
### (Indirect Infringement of the '494 Patent pursuant to 35 U.S.C. § 271(b))

93.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

94.     In addition to directly infringing the '494 Patent, Defendant knew or was willfully blind to the fact that it was inducing infringement of at least Claims 3-5 and 7-9 of the '494 Patent under 35 U.S.C. § 271(b) by instructing, directing and requiring its customers to perform the steps of the method claims of the '494 Patent, either literally or under the doctrine of equivalents.

95.     Additionally, Defendant knew or was willfully blind to the fact that it was inducing infringement of at least Claims 3-5 and 7-9 of the '494 Patent under 35 U.S.C. § 271(b) by instructing, directing and requiring its customers to perform the steps of the method claims of the '494 Patent, either literally or under the doctrine of equivalents.

96.     Defendant knowingly and actively aided and abetted the direct infringement of the '494 Patent by instructing and encouraging its customers and developers to use the '494 Accused Products.  Such instructions and encouragement included advising third parties to use the '494 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '494

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

Patent, by advertising and promoting the use of the '494 Accused Products in an infringing manner, and by distributing guidelines and instructions to third parties on how to use the '494 Accused Products in an infringing manner.  *See, e.g.*, QualysGuard Web Application Security presentation, attached hereto as Exhibit 8; https://www.dts-solution.com/solutions/compliance-monitoring/vulnerability-management/, attached hereto as Exhibit 9.; https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10; Securing Public Cloud Infrastructure using Qualys presentation, attached hereto as Exhibit 13; https://www.qualys.com/apps/vulnerability-management/, attached hereto as Exhibit 14; https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16; https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17.

## COUNT V
### (Direct Infringement of the '305 Patent pursuant to 35 U.S.C. § 271(a))

97.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

98.    Defendant has infringed and continues to infringe Claims 3-4, 6-12, and 14-25 of the '305 Patent in violation of 35 U.S.C. § 271(a).

99.    Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

100.    Defendant's acts of making, using, importing, selling, and offering for sale infringing products and services has been without the permission, consent, authorization or license of Finjan.

101.    Defendant's infringement includes the manufacture, use, sale, importation and offer for sale of Defendant's products and services that utilize Vulnerability Management, Threat Protection, Continuous Monitoring, Indicators of Compromise, Container Security, Web App Firewall, Web App Scanning, and Compliance Monitoring, including Qualys Cloud Platform products (collectively, "the '305 Accused Products").

102.    The '305 Accused Products embody the patented invention of the '305 Patent and infringe the '305 Patent because they make or use the patented system or perform the patented method

of rule-based scanning of web-based content for exploits by, for example, using parser and analyzer rules to describe computer exploits as patterns of types of tokens.

103.    To the extent the '305 Accused Products use a system that includes modules, components or software owned by third parties, the '305 Accused Products still infringe the '305 Patent because Defendant is vicariously liable for the use of the patented system by controlling the entire system and deriving a benefit from the use of every element of the entire system.  Similarly, to the extent Defendant's customers perform a step or steps of the patented method or the '305 Accused Products incorporate third parties' modules, components or software that perform one or more patented steps, Defendant's '305 Accused Products still infringe the '305 Patent because the '305 Accused Products condition receipt by the third parties of a benefit upon performance of a step or steps of the patented method and establish the manner or timing of that performance.

104.    The '305 Accused Products are security systems for scanning content within a computer including Web Application Filter (WAF) and Web Application Scanner (WAS):



Qualys Cloud Platform datasheet at 2, attached hereto as Exhibit 22.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



Securing Public Cloud Infrastructure using Qualys presentation at 12, attached hereto as Exhibit 13.

Empower security professionals to rapidly discover and mitigate critical security concerns. With the new ScanTrust feature, Qualys WAF combines with Qualys WAS to provide true visibility for your web applications: Detect with WAS, protect with WAF and get scalable scanning, false-positive reduction and one-click patching to web apps.

https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16.

105.    The '305 Accused Products include a network interface, housed within a computer, for receiving incoming content from the Internet on its destination to an Internet application running on the computer.

COMPLAINT FOR PATENT INFRINGEMENT                CASE NO.

1
2
3
4
5
6
7
8
9
10
11
12
13



QualysGuard Web Application Security presentation at 30, attached hereto as Exhibit 8.

14
15
16
17
18
19
20
21
22
23
24
25
26

QualysGuard Web Application Security presentation at 5, attached hereto as Exhibit 8.

27
28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

106.    The '305 Accused Products include a database of parser and analyzer rules corresponding to computer exploits, stored within the computer, computer exploits being portions of program code that are malicious, and the parser and analyzer rules describe computer exploits as patterns of types of tokens, tokens being program code constructs, and types of tokens including a punctuation type, an identifier type and a function type.

107.    The '305 Accused Products parse the scanning results to discover and catalog applications searching for portions of program code that are malicious according to analyzer rules (such as SQL injection, cross-site scripting (XSS), XML External Entities (XXE) and site misconfigurations), or pattern matching describing the computer exploits as patterns of types of tokens:



Securing Public Cloud Infrastructure using Qualys presentation at 31, attached hereto as Exhibit 13.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Web Application Scanning**

Qualys WAS accurately discovers, catalogs, and scans large numbers of web applications. WAS identifies web application vulnerabilities in the OWASP Top 10 like SQL injection, cross-site scripting (XSS), XML External Entities (XXE), and site misconfigurations. With Selenium scripts created by Qualys Browser Recorder, WAS can effectively navigate through applications even when complex authentication and/or business workflows are present.

**Key Features**

- REST API testing and Swagger support
- Retest functionality
- Single Sign-On (SSO)
- DOM XSS Detection
- Redundant link checks
- API for automation & integration
- High-volume scanning (multi-scan feature)
- Role-based access control (RBAC)

https://community.qualys.com/community/web-application-scanning, attached hereto as Exhibit 11.



Integrating Qualys into the Patch and Vulnerability Management Processes presentation at 4, attached hereto as Exhibit 18.

    108.    The '305 Accused Products protect content using Firewall (analyzer) rules:

36



Securing Public Cloud Infrastructure using Qualys presentation at 19, attached hereto as Exhibit 13.

109.    The '305 Accused Products include a database of parser and analyzer rules, operatively coupled with the network interface, for scanning incoming content received by the network interface to recognize the presence of potential computer exploits.

110.    The '305 Accused Products use Policy Compliance to evaluate content profiles, and the results (high/low risk) are saved as entries in the policy index for the data including entries that relate cache content and policies:



QualysGuard Web Application Security presentation at 8, attached hereto as Exhibit 8.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1
2
3
4
5
6
7
8
9
10



11 https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17.

12
13
14
15
16
17
18
19
20
21
22
23



24 Integrating Qualys into the Patch and Vulnerability Management Processes presentation at 4, attached hereto as Exhibit 18.

25
26
27
28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1
2
3
4
5
6
7
8
9
10



11  QualysGuard InfoDay 2014 presentation at 17, attached hereto as Exhibit 12.

12      111.    The '305 Accused Products include a network traffic probe, operatively coupled to the
13  network interface and to the rule-based content scanner, for selectively diverting incoming content
14  from its intended destination to the rule-based content scanner.
15
16



17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1

✓ Qualys AssetView to get visibility from the rich data collection from EC2 Connector, sensors – Scanner Appliances and Cloud Agents

2

✓ Maintaining the same processes and practices by utilizing Qualys across On Premise, Cloud, incorporating Cloud Aware features to handle ephemeral/elastic cloud workloads

3

✓ Edge servers scanned via Qualys Perimeter Internet Scanners

4

5

Securing Public Cloud Infrastructure using Qualys presentation at 28-29, attached hereto as Exhibit 13.

6

7    ✓ Secure very large web apps with progressive
      scanning, which lets you scan in incremental
8      stages and bypass restrictions preventing you
      from scanning an entire app in one scan window

9    ✓ Detect OWASP Top 10 risks such as SQL injection,
      cross-site scripting (XSS), cross-site request
10     forgery (CSRF) and unvalidated redirection

11

12   ✓ Test IoT services and mobile apps as well as API-
      based business-to-business connectors, with
13     Qualys WAS' SOAP and REST API scanning
      capabilities

14

15   ✓ Achieve maximum scan coverage with
      authenticated scanning, including advanced
16     scripting using Selenium, the open source browser
      automation system for web app testing

17

18   ✓ Set scans' exact start time and duration with
      powerful scheduling features

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



https://www.qualys.com/apps/web-app-scanning/, attached hereto as Exhibit 19.

112.    The '305 Accused Products include a rule update manager that communicates with the database of parser and analyzer rules, for updating the database of parser and analyzer rules periodically to incorporate new parser and analyzer rules that are made available.



QualysGuard Web Application Security presentation at 5, attached hereto as Exhibit 8.

41

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1    113.    Virtual patching is the process of creating and implementing a temporary policy that is

2   used to mitigate exploitation risks associated with the discovery of new security vulnerabilities.  The

3   '305 Accused Products add virtual patches upon vulnerability detection and catalog new threats in

4   order to update parser and analyzer rules:



Qualys Web Application Firewall Getting Started Guide at 27, attached hereto as Exhibit 20.



QualysGuard InfoDay 2014 presentation at 29, attached hereto as Exhibit 12.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

114.    The '305 Accused Products include a database manager for storing scanned data in a database:



> The Burp Management feature gives you a way to store the findings discovered by the Burp Suite scanner with those discovered by WAS and share this information with multiple users. To learn more refer to this blog article at the Qualys Community. (This feature is not available to Express Lite users.)
>
> To get started click the Burp option on the top menu and go to Burp > Reports, then click Import and we'll walk you through the steps. Your issues list shows imported Burp issues.

Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 20, attached hereto as Exhibit 15.

115.    The '305 Accused Products use Policy Compliance to evaluate content profiles, and the results are saved as entries in the policy index.



https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17.

43

116.     Defendant's infringement of the '305 Patent has injured Finjan in an amount to be proven at trial, but not less than a reasonable royalty.  Additionally, as a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Finjan and Defendant compete in the security software space, and Finjan is actively engaged in licensing its patent portfolio.  Defendant's continued infringement of the '305 Patent causes harm to Finjan in the form of price erosion, loss of goodwill, damage to reputation, loss of business opportunities, inadequacy of money damages, and direct and indirect competition. Monetary damages are insufficient to compensate Finjan for these harms, and thus Finjan is entitled to preliminary and/or permanent injunctive relief.

117.     Defendant has been long-aware of Finjan's patents, including the '305 Patent, and continued its unauthorized infringing activity despite this knowledge.  As discussed above, Finjan actively and diligently attempted to engage in good faith negotiations with Defendant for nearly three years regarding Defendant's infringement of Finjan's Asserted Patents.  Even after being shown that its products infringe Finjan's patents, including the '305 Patent, on information and belief Defendant made no effort to avoid infringement.  Instead, Defendant continued to incorporate its infringing technology into additional products, such as those identified in this complaint.  All of these actions demonstrate Defendant's blatant and egregious disregard for Finjan's patent rights.

118.     Despite its knowledge of Finjan's patent portfolio and Asserted Patents, and its specific knowledge of its own infringement, Defendant continued to sell the '305 Accused Products in complete and reckless disregard of Finjan's patent rights.  As such, Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '305 Patent, justifying an award to Finjan of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

## COUNT VI
### (Indirect Infringement of the '305 Patent pursuant to 35 U.S.C. § 271(b))

119.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

120.     In addition to directly infringing the '305 Patent, Defendant knew or was willfully blind to the fact that it was inducing infringement of at least Claims 14-24 of the '305 Patent under 35 U.S.C. § 271(b) by instructing, directing and requiring its customers to perform the steps of the method claims of the '305 Patent, either literally or under the doctrine of equivalents.

121.     Additionally, Defendant knew or was willfully blind to the fact that it was inducing infringement of at least Claims 14-24 of the '305 Patent under 35 U.S.C. § 271(b) by instructing, directing and requiring its developers to perform the steps of the method claims of the '305 Patent, either literally or under the doctrine of equivalents.

122.     Defendant knowingly and actively aided and abetted the direct infringement of the '305 Patent by instructing and encouraging its customers, purchasers, users, and developers to use the '305 Accused Products.  Such instructions and encouragement included advising third parties to use the '305 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '305 Patent, by advertising and promoting the use of the '305 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '305 Accused Products in an infringing manner.  *See, e.g.*, QualysGuard Web Application Security presentation, attached hereto as Exhibit 8; https://community.qualys.com/community/web-application-scanning, attached hereto as Exhibit 11; QualysGuard InfoDay 2014 presentation , attached hereto as Exhibit 12; Securing Public Cloud Infrastructure using Qualys presentation, attached hereto as Exhibit 13; Qualys Web Application Scanning Getting Started Guide Version 6.0.1, attached hereto as Exhibit 15; https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16; https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17; Integrating Qualys into the Patch and Vulnerability Management Processes presentation, attached hereto as Exhibit 18; https://www.qualys.com/apps/web-app-scanning/, attached hereto as Exhibit 19; Qualys Web Application Firewall Getting Started Guide, attached hereto as Exhibit 20.

COMPLAINT FOR PATENT INFRINGEMENT                              CASE NO.

## COUNT VII
### (Direct Infringement of the '408 Patent pursuant to 35 U.S.C. § 271(a))

123.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

124.    Defendant has infringed and continues to infringe Claims 1-35 of the '408 Patent in violation of 35 U.S.C. § 271(a).

125.    Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

126.    Defendant's acts of making, using, importing, selling, and offering for sale infringing products and services has been without the permission, consent, authorization or license of Finjan.

127.    Defendant's infringement includes the manufacture, use, sale, importation and offer for sale of Defendant's products and services that utilize Vulnerability Management, Threat Protection, Continuous Monitoring, Indicators of Compromise, Container Security, Web App Firewall, Web App Scanning, and Compliance Monitoring, including Qualys Cloud Platform products (collectively, "the '408 Accused Products").

128.    The '408 Accused Products embody the patented invention of the '408 Patent and infringe the '408 Patent because they make or use the patented system or perform the patented method of rule-based scanning of web-based content for exploits written in different programming languages, by, for example, expressing the exploits as patterns of tokens or using a parse tree.

129.    To the extent the '408 Accused Products use a system that includes modules, components or software owned by third parties, the '408 Accused Products still infringe the '408 Patent because Defendant is vicariously liable for the use of the patented system by controlling the entire system and deriving a benefit from the use of every element of the entire system.  Similarly, to the extent Defendant's customers perform a step or steps of the patented method or the '408 Accused Products incorporate third parties' modules, components or software that perform one or more patented steps, Defendant's '408 Accused Products still infringe the '408 Patent because the '408 Accused

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1 | Products condition receipt by the third parties of a benefit upon performance of a step or steps of the

2 | patented method and establish the manner or timing of that performance.

3 |       130.    The '408 Accused Products are computer systems for multi-lingual content scanning.



17 | Qualys Cloud Platform datasheet at 2, attached hereto as Exhibit 22.

**Key Features**
- Crawl web applications (Intranet, Internet) and scan them for vulnerabilities
- Fully interactive UI with flexible workflows and reporting
- Identify web applications' handling of sensitive or secret data
- Customize: black/white lists, robots.txt, sitemap.xml and more
- Supports common authentication schemes
- View reports with recommended security coding practice and configuration

**Robust Scalable Scanning Capabilities**
- Supports scanning HTML web applications with JavaScript and embedded Flash
- Comprehensive detection of custom web application vulnerabilities including OWASP Top 10 Vulnerabilities
- Differentiates exploitable fault-injection problems from simple information disclosure
- Profiles custom web application behaviors
- Configures scanning performance with customizable performance level

COMPLAINT FOR PATENT INFRINGEMENT               CASE NO.

1    Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 4, attached hereto as Exhibit
2    15.

     131.    The '408 Accused Products include a non-transitory computer-readable storage medium
3    (i.e., computer software) storing computer-executable program code that is executed by a computer to
4    scan incoming program code.



Qualys Cloud Platform datasheet at 3, attached hereto as Exhibit 22.



Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as
Exhibit 10.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1
2
3
4
5
6
7
8
9



10 QualysGuard Web Application Security presentation at 8, attached hereto as Exhibit 8.

11      132.   The '408 Accused Products include a receiver, stored on the medium and executed by

12 the computer, for receiving an incoming stream of program code.

13
14
15
16
17



18
19
20
21
22
23

24 QualysGuard Web Application Security presentation at 30, attached hereto as Exhibit 8.

25
26
27
28

COMPLAINT FOR PATENT INFRINGEMENT           CASE NO.

1
2
3
4
5
6
7



Figure 1: Vulnerability management process

8
9

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



25

Securing Public Cloud Infrastructure using Qualys presentation at 28-29, attached hereto as Exhibit 13.

26
27
28

50

133.    The '408 Accused Products include a multi-lingual language detector, stored on the medium and executed by the computer, operatively coupled to the receiver for detecting the programming language in which the incoming stream is written:

**Key Features**
- Crawl web applications (Intranet, Internet) and scan them for vulnerabilities
- Fully interactive UI with flexible workflows and reporting
- Identify web applications' handling of sensitive or secret data
- Customize: black/white lists, robots.txt, sitemap.xml and more
- Supports common authentication schemes
- View reports with recommended security coding practice and configuration

**Robust Scalable Scanning Capabilities**
- Supports scanning HTML web applications with JavaScript and embedded Flash
- Comprehensive detection of custom web application vulnerabilities including OWASP Top 10 Vulnerabilities
- Differentiates exploitable fault-injection problems from simple information disclosure
- Profiles custom web application behaviors
- Configures scanning performance with customizable performance level

Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 4, attached hereto as Exhibit 15.

134.    The '408 Accused Products include a scanner instantiator, stored on the medium and executed by the computer, operatively coupled to the receiver and the multi-lingual language detector for instantiating a scanner for the specific programming language.



Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



Securing Public Cloud Infrastructure using Qualys presentation at 28-29, attached hereto as Exhibit 13.

**Key Features**

- Crawl web applications (Intranet, Internet) and scan them for vulnerabilities

- Fully interactive UI with flexible workflows and reporting

- Identify web applications' handling of sensitive or secret data

- Customize: black/white lists, robots.txt, sitemap.xml and more

- Supports common authentication schemes

- View reports with recommended security coding practice and configuration

**Robust Scalable Scanning Capabilities**

- Supports scanning HTML web applications with JavaScript and embedded Flash

- Comprehensive detection of custom web application vulnerabilities including OWASP Top 10 Vulnerabilities

- Differentiates exploitable fault-injection problems from simple information disclosure

- Profiles custom web application behaviors

- Configures scanning performance with customizable performance level

---

52

**Qualys Cloud Platform - Benefits for Users**

New technologies implemented in the Java-based backend offer many benefits for users:

- UI with dynamic and interactive interfaces, wizards and new report templates to present scan data with a wide range of presentation options.

- Customizable template-driven reporting engine outputs reports in a variety of formats (html, pdf, encrypted pdf, ppt, xml, cvs).

- Fast searching of several extensive Qualys data sets, including scan results, asset data, scan profiles, users and vulnerabilities.

- Create and manage tags (static and dynamic) to group and organize web applications.

- Dynamic distribution of scans on multiple scanners based on availability and load to optimize scanning of large networks, drastically reducing the overall scan time required to complete large scan jobs.

Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 4, attached hereto as Exhibit 15.

135.    The '408 Accused Products include a rules accessor for accessing parser rules and analyzer rules for the specific programming language, where the parser rules define certain patterns in terms of tokens, tokens being lexical constructs for the specific programming language, and where the analyzer rules identify certain combinations of tokens and patterns as being indicators of potential exploits, exploits being portions of program code that are malicious.



Integrating Qualys into the Patch and Vulnerability Management Processes presentation at 4, attached hereto as Exhibit 18.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

136.    The '408 Accused Products use rules-based scanners and detect indictors of malware such as certificates, track expirations, and broken pages:



QualysGuard Web Application Security presentation at 33, attached hereto as Exhibit 8.



Securing Public Cloud Infrastructure using Qualys presentation at 19, attached hereto as Exhibit 13.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

137.   The '408 Accused Products include a tokenizer, for identifying individual tokens within the incoming stream.

138.   The '408 Accused Products scan, discover and catalog applications searching for portions of program code that are malicious according to token-based analyzer rules (such as SQL injection, cross-site scripting (XSS), XML External Entities (XXE) and site misconfigurations):

**Web Application Scanning**

Qualys WAS accurately discovers, catalogs, and scans large numbers of web applications. WAS identifies web application vulnerabilities in the OWASP Top 10 like SQL injection, cross-site scripting (XSS), XML External Entities (XXE), and site misconfigurations. With Selenium scripts created by Qualys Browser Recorder, WAS can effectively navigate through applications even when complex authentication and/or business workflows are present.

**Key Features**

- REST API testing and Swagger support
- Retest functionality
- Single Sign-On (SSO)
- DOM XSS Detection
- Redundant link checks
- API for automation & integration
- High-volume scanning (multi-scan feature)
- Role-based access control (RBAC)

https://community.qualys.com/community/web-application-scanning, attached hereto as Exhibit 11.

139.   The '408 Accused Products detect indictors of malware such as certificates, track expirations, and broken pages:

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1
2
3
4
5
6
7
8
9
10
11



12  Securing Public Cloud Infrastructure using Qualys presentation at 19, attached hereto as Exhibit 13.

13      140.    The '408 Accused Products include a parser, for dynamically building a parse tree while

14  the receiver is receiving the incoming stream, where the parse tree nodes represent tokens and patterns

15  in accordance with the parser rules accessed by the rules accessor.

16
17
18
19
20
21
22
23
24
25
26



27  Securing Public Cloud Infrastructure using Qualys presentation at 31, attached hereto as Exhibit 13.

28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



QualysGuard Web Application Security presentation at 33, attached hereto as Exhibit 8.

141.    The '408 Accused Products scan, discover and catalog applications searching for portions of program code that are malicious according to analyzer rules (such as SQL injection, cross-site scripting (XSS), XML External Entities (XXE) and site misconfigurations):

### Web Application Scanning

Qualys WAS accurately discovers, catalogs, and scans large numbers of web applications. WAS identifies web application vulnerabilities in the OWASP Top 10 like SQL injection, cross-site scripting (XSS), XML External Entities (XXE), and site misconfigurations. With Selenium scripts created by Qualys Browser Recorder, WAS can effectively navigate through applications even when complex authentication and/or business workflows are present.

### Key Features

- REST API testing and Swagger support
- Retest functionality
- Single Sign-On (SSO)
- DOM XSS Detection
- Redundant link checks
- API for automation & integration
- High-volume scanning (multi-scan feature)
- Role-based access control (RBAC)

https://community.qualys.com/community/web-application-scanning, attached hereto as Exhibit 11.

142.    The '408 Accused Products include an analyzer, for dynamically detecting, while the parser is dynamically building the parse tree, combinations of nodes in the parse tree which are indicators of potential exploits, based on the analyzer rules.

57



Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

143.    The '408 Accused Products scan, discover and catalog applications searching for portions of program code that are malicious according to analyzer rules (such as SQL injection, cross-site scripting (XSS), XML External Entities (XXE) and site misconfigurations):

### Web Application Scanning

Qualys WAS accurately discovers, catalogs, and scans large numbers of web applications. WAS identifies web application vulnerabilities in the OWASP Top 10 like SQL injection, cross-site scripting (XSS), XML External Entities (XXE), and site misconfigurations. With Selenium scripts created by Qualys Browser Recorder, WAS can effectively navigate through applications even when complex authentication and/or business workflows are present.

### Key Features

- REST API testing and Swagger support
- Retest functionality
- Single Sign-On (SSO)
- DOM XSS Detection
- Redundant link checks
- API for automation & integration
- High-volume scanning (multi-scan feature)
- Role-based access control (RBAC)

https://community.qualys.com/community/web-application-scanning, attached hereto as Exhibit 11.

144.    Virtual patching is the process of creating and implementing a temporary policy that is used to mitigate exploitation risks associated with the discovery of new security vulnerabilities.  The '408 Accused Products add virtual patches upon vulnerability detection:

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



Qualys Web Application Firewall Getting Started Guide at 27, attached hereto as Exhibit 20.

145.   The '408 Accused Products include a notifier, stored on the medium and executed by the computer, operatively coupled to said scanner instantiator for indicating the presence of potential exploits within the incoming stream, based on the results from the analyzer.

146.   The '408 Accused Products perform continuous asset discovery by receiving incoming content and indicating the presence of potential exploits:



QualysGuard Web Application Security presentation at 5, attached hereto as Exhibit 8.



The Burp Management feature gives you a way to store the findings discovered by the Burp Suite scanner with those discovered by WAS and share this information with multiple users. To learn more refer to this blog article at the Qualys Community. (This feature is not available to Express Lite users.)

To get started click the Burp option on the top menu and go to Burp > Reports, then click Import and we'll walk you through the steps. Your issues list shows imported Burp issues.

Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 4, attached hereto as Exhibit 15.



QualysGuard InfoDay 2014 presentation at 29, attached hereto as Exhibit 12.

147.    The '408 Accused Products use Policy Compliance to evaluate content profiles, and the results are saved as entries in the policy index.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17.

148.    Defendant's infringement of the '408 Patent has injured Finjan in an amount to be proven at trial, but not less than a reasonable royalty.  Additionally, as a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Finjan and Defendant compete in the security software space, and Finjan is actively engaged in licensing its patent portfolio.  Defendant's continued infringement of the '408 Patent causes harm to Finjan in the form of price erosion, loss of goodwill, damage to reputation, loss of business opportunities, inadequacy of money damages, and direct and indirect competition. Monetary damages are insufficient to compensate Finjan for these harms, and thus Finjan is entitled to preliminary and/or permanent injunctive relief.

149.    Defendant has been long-aware of Finjan's patents, including the '408 Patent, and continued its unauthorized infringing activity despite this knowledge.  As discussed above, Finjan actively and diligently attempted to engage in good faith negotiations with Defendant for nearly three years regarding Defendant's infringement of Finjan's Asserted Patents.  Even after being shown that its products infringe Finjan's patents, on information and belief Defendant made no effort to avoid infringement.  Instead, Defendant continued to incorporate its infringing technology into additional

COMPLAINT FOR PATENT INFRINGEMENT                      CASE NO.

products, such as those identified in this complaint.  All of these actions demonstrate Defendant's

blatant and egregious disregard for Finjan's patent rights.

150.    Despite its knowledge of Finjan's patent portfolio and Asserted Patents, and its specific

knowledge of its own infringement, Defendant continued to sell the '408 Accused Products in

complete and reckless disregard of Finjan's patent rights.  As such, Defendant acted recklessly,

willfully, wantonly, and deliberately engaged in acts of infringement of the '408 Patent, justifying an

award to Finjan of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred

under 35 U.S.C. § 285.

## COUNT VIII
### (Indirect Infringement of the '408 Patent pursuant to 35 U.S.C. § 271(b))

151.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the

allegations of the preceding paragraphs, as set forth above.

152.    In addition to directly infringing the '408 Patent, Defendant knew or was willfully blind

to the fact that it was inducing infringement of at least Claims 1-8, 23-28 of the '408 Patent under 35

U.S.C. § 271(b) by instructing, directing and requiring its customers to perform the steps of the method

claims of the '408 Patent, either literally or under the doctrine of equivalents.

153.    Additionally, Defendant knew or was willfully blind to the fact that it was inducing

infringement of at least Claims 1-8 and 23-28 of the '408 Patent under 35 U.S.C. § 271(b) by

instructing, directing and requiring its developers to perform the steps of the method claims of the '408

Patent, either literally or under the doctrine of equivalents.

154.    Defendant knowingly and actively aided and abetted the direct infringement of the '408

Patent by instructing and encouraging its customers and developers to use the '408 Accused Products.

Such instructions and encouragement included advising third parties to use the '408 Accused Products

in an infringing manner, providing a mechanism through which third parties may infringe the '408

Patent, and by advertising and promoting the use of the '408 Accused Products in an infringing

manner, and distributing guidelines and instructions to third parties on how to use the '408 Accused

Products in an infringing manner.  *See, e.g.*, QualysGuard Web Application Security presentation,

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

attached hereto as Exhibit 8; https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10; https://community.qualys.com/community/web-application-scanning, attached hereto as Exhibit 11; QualysGuard InfoDay 2014 presentation, attached hereto as Exhibit 12; Securing Public Cloud Infrastructure using Qualys presentation, attached hereto as Exhibit 13; Qualys Web Application Scanning Getting Started Guide Version 6.0.1, attached hereto as Exhibit 15; https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17; Integrating Qualys into the Patch and Vulnerability Management Processes presentation, attached hereto as Exhibit 18; Qualys Web Application Firewall Getting Started Guide at 27, attached hereto as Exhibit 20.

## COUNT IX
### (Direct Infringement of the '968 Patent pursuant to 35 U.S.C. § 271(a))

155.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

156.     Defendant has infringed and continues to infringe Claims 1-38 of the '968 Patent in violation of 35 U.S.C. § 271(a).

157.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

158.     Defendant's acts of making, using, importing, selling, and offering for sale infringing products and services has been without the permission, consent, authorization or license of Finjan.

159.     Defendant's infringement includes the manufacture, use, sale, importation and offer for sale of Defendant's products and services that utilize Vulnerability Management, Threat Protection, Continuous Monitoring, Indicators of Compromise, Container Security, Web App Firewall, Web App Scanning, and Compliance Monitoring, including Qualys Cloud Platform products (collectively, "the '968 Accused Products").

160.     The '968 Accused Products embody the patented invention of the '968 Patent and infringe the '968 Patent because they make or use the patented system or perform the patented method

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

of rule-based scanning of web-based content for exploits written in different programming languages, by, for example, expressing the exploits as patterns of tokens or using a parse tree.

161.    To the extent the '968 Accused Products use a system that includes modules, components or software owned by third parties, the '968 Accused Products still infringe the '968 Patent because Defendant is vicariously liable for the use of the patented system by controlling the entire system and deriving a benefit from the use of every element of the entire system.  Similarly, to the extent Defendant's customers perform a step or steps of the patented method or the '968 Accused Products incorporate third parties' modules, components or software that perform one or more patented steps, Defendant's '968 Accused Products still infringe the '968 Patent because the '968 Accused Products condition receipt by the third parties of a benefit upon performance of a step or steps of the patented method and establish the manner or timing of that performance.

162.    The '968 Accused Products include policy-based cache managers that scan and securely store internet traffic:



Qualys Cloud Platform datasheet at 2, attached hereto as Exhibit 22.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



Qualys Cloud Platform datasheet at 3, attached hereto as Exhibit 22.

163.     The '968 Accused Products use rules for managing known threats that provide policy-based cache managers:



QualysGuard Web Application Security presentation at 33, attached hereto as Exhibit 8.

164.     The '968 Accused Products also use web Application Filter (WAF) and Web Application Scanner (WAS) to apply and enforce rules and policies:

COMPLAINT FOR PATENT INFRINGEMENT                CASE NO.

1
2
3
4
5
6
7
8
9
10
11
12
13



14  Securing Public Cloud Infrastructure using Qualys presentation at 12, attached hereto as Exhibit 13.

15      165.    The '968 Accused Products include a memory storing a cache of digital content, a

16  plurality of policies, and a policy index to the cache contents, the policy index including entries that

17  relate cache content and policies by indicating cache content that is known to be allowable relative to a

18  given policy, for each of a plurality of policies.

19      166.    The '968 Accused Products securely store scanned data.  Further, Qualys documents

20  confirm that the stored data are physically and logically secured in an n-tiered architecture of load

21  balanced servers:

22
23
24
25
26
27
28

COMPLAINT FOR PATENT INFRINGEMENT                CASE NO.



Qualys Cloud Platform datasheet at 3, attached hereto as Exhibit 22.

167. The '968 Accused Products come with a policy-based ticketing module including entries that relate cached content and policies:



Figure 4: Qualys remediation module

67

Each discovered vulnerability has a risk level associated with it. These risk levels are calculated using a combination of Criticality of an asset (1 through 5, see table 1) and a severity assigned by QualysGuard (1 through 5, according to Qualys Severity Levels). See the table below for detailed information about the risks associated with vulnerabilities:

| | Vulnerability Severity 1 | Vulnerability Severity 2 | Vulnerability Severity 3 | Vulnerability Severity 4 | Vulnerability Severity 5 |
|---|---|---|---|---|---|
| Asset Criticality 1 | Slight | Slight | Slight | Low | Medium |
| Asset Criticality 2 | Slight | Slight | Low | Medium | Medium |
| Asset Criticality 3 | Slight | Low | Low | Medium | High |
| Asset Criticality 4 | Slight | Low | Medium | High | High |
| Asset Criticality 5 | Low | Medium | High | High | High |

Table 2: Calculation of the risk for confirmed vulnerabilities

Our Information Security standards set the following remediation targets:

| No. | Risk Level | | Risk Rating | Remediation Target |
|---|---|---|---|---|
| 1 | High | Risk vulnerabilities | 25 – 100 | 30 days |
| 2 | Medium | Risk vulnerabilities | 10 – 25 | 60 days |
| 3 | Low | Risk vulnerabilities | 5 – 10 | 90 days |
| 4 | Slight | Risk vulnerabilities | 1 – 5 | 120 days |

Table 3: Remediation targets

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

168.    The '968 Accused Products investigate and remediate vulnerabilities using analytics and reporting engines:

| Analytics and Reporting Engines | Reporting & Dashboards | Remediation & Workflows |
|---|---|---|
| | Distributed Correlation | ElasticSearch Clusters |
| | Solr Lucene Indexing | Oracle & BFFS Storage |

Securing Public Cloud Infrastructure using Qualys presentation at 12, attached hereto as Exhibit 13.

169.    The '968 Accused Products store policy index (high/low risk) data including entries that relate cache content and policies:

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1
2
3
4
5
6
7
8
9



10  QualysGuard Web Application Security presentation at 8, attached hereto as Exhibit 8.

11        170.   The '968 Accused Products include a content scanner (e.g., network scanners),

12  communicatively coupled with memory, for scanning a digital content received, to derive a

13  corresponding content profile to protect against vulnerabilities and are coupled with memory in order

14  to be processed:

15
16
17
18
19
20
21
22

23  https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as
24  Exhibit 10.

25
26
27
28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15



Securing Public Cloud Infrastructure using Qualys presentation at 29, attached hereto as Exhibit 13.

16

17

18

19

20

21

22

23

24

25



Securing Public Cloud Infrastructure using Qualys presentation at 37, attached hereto as Exhibit 13.

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16.

171.    The '968 Accused Products include a content evaluator, communicatively coupled with memory, for determining whether a given digital content is allowable relative to a given policy, based on the content profile, the results of which are saved as entries in the policy index.



Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

71



Each discovered vulnerability has a risk level associated with it. These risk levels are calculated using a combination of Criticality of an asset (1 through 5, see table 1) and a severity assigned by QualysGuard (1 through 5, according to Qualys Severity Levels). See the table below for detailed information about the risks associated with vulnerabilities:

Table 2: Calculation of the risk for confirmed vulnerabilities

Our Information Security standards set the following remediation targets:



Table 3: Remediation targets

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

172.    The '968 Accused Products evaluate information about system vulnerabilities relative to a given policy by using virtual scanner appliances and share it with multiple users:



The Burp Management feature gives you a way to store the findings discovered by the Burp Suite scanner with those discovered by WAS and share this information with multiple users. To learn more refer to this blog article at the Qualys Community. (This feature is not available to Express Lite users.)

To get started click the Burp option on the top menu and go to Burp > Reports, then click Import and we'll walk you through the steps. Your issues list shows imported Burp issues.

Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 20, attached hereto as Exhibit 15.

72



Securing Public Cloud Infrastructure using Qualys presentation at 34, attached hereto as Exhibit 13.

173.    The '968 Accused Products use Policy Compliance to compare application security profiles to the security policies, evaluate content profiles, and the results are saved as entries in the policy index:



https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1
2
3
4
5
6
7
8
9
10



11   https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17.

12
13
14
15
16
17
18
19
20



21
22   QualysGuard Web Application Security presentation at 8, attached hereto as Exhibit 8.

23       174.    Defendant's infringement of the '968 Patent has injured Finjan in an amount to be

proven at trial, but not less than a reasonable royalty.  Additionally, as a result of Defendant's unlawful

24 activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no

25 adequate remedy at law.  Finjan and Defendant compete in the security software space, and Finjan is

26 actively engaged in licensing its patent portfolio.  Defendant's continued infringement of the '968

27
28

COMPLAINT FOR PATENT INFRINGEMENT          CASE NO.

Patent causes harm to Finjan in the form of price erosion, loss of goodwill, damage to reputation, loss of business opportunities, inadequacy of money damages, and direct and indirect competition. Monetary damages are insufficient to compensate Finjan for these harms, and thus Finjan is entitled to preliminary and/or permanent injunctive relief.

175.    Defendant has been long-aware of Finjan's patents, including the '968 Patent, and continued its unauthorized infringing activity despite this knowledge.  As discussed above, Finjan actively and diligently attempted to engage in good faith negotiations with Defendant for nearly three years regarding Defendant's infringement of Finjan's Asserted Patents.  Even after being shown that its products infringe Finjan's patents, including the '968 Patent, on information and belief Defendant made no effort to avoid infringement.  Instead, Defendant continued to incorporate its infringing technology into additional products, such as those identified in this complaint.  All of these actions demonstrate Defendant's blatant and egregious disregard for Finjan's patent rights.

176.    Despite its knowledge of Finjan's patent portfolio and Asserted Patents, and its specific knowledge of its own infringement, Defendant continued to sell the '968 Accused Products in complete and reckless disregard of Finjan's patent rights.  As such, Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '968 Patent, justifying an award to Finjan of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

## COUNT X
### (Indirect Infringement of the '968 Patent pursuant to 35 U.S.C. § 271(b))

177.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

178.    In addition to directly infringing the '968 Patent, Defendant knew or was willfully blind to the fact that it was inducing infringement of at least Claims 13-22 and 25-31 of the '968 Patent under 35 U.S.C. § 271(b) by instructing, directing and requiring its customers to perform the steps of the method claims of the '968 Patent, either literally or under the doctrine of equivalents.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

179.     Additionally, Defendant knew or was willfully blind to the fact that it was inducing infringement of at least Claims 13-22 and 25-31 of the '968 Patent under 35 U.S.C. § 271(b) by instructing, directing and requiring its developers to perform the steps of the method claims of the '968 Patent, either literally or under the doctrine of equivalents.

180.     Defendant knowingly and actively aided and abetted the direct infringement of the '968 Patent by instructing and encouraging its customers and developers to use the '968 Accused Products. Such instructions and encouragement included advising third parties to use the '968 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '968 Patent, and by advertising and promoting the use of the '968 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '968 Accused Products in an infringing manner.  *See, e.g.*, QualysGuard Web Application Security presentation, attached hereto as Exhibit 8; https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10; Securing Public Cloud Infrastructure using Qualys presentation, attached hereto as Exhibit 13; Qualys Web Application Scanning Getting Started Guide Version 6.0.1, attached hereto as Exhibit 15; https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16; https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17.

## COUNT XI
### (Direct Infringement of the '731 Patent pursuant to 35 U.S.C. § 271(a))

181.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

182.     Defendant has infringed and continues to infringe Claims 1-22 of the '731 Patent in violation of 35 U.S.C. § 271(a).

183.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

184.     Defendant's acts of making, using, importing, selling, and offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

185.    Defendant's infringement includes the manufacture, use, sale, importation and offer for sale of Defendant's products and services that utilize Vulnerability Management, Threat Protection, Continuous Monitoring, Indicators of Compromise, Container Security, Web App Firewall, Web App Scanning, and Compliance Monitoring, including Qualys Cloud Platform products (collectively, "the '731 Accused Products").

186.    The '731 Accused Products embody the patented invention of the '731 Patent and infringe the '731 Patent because they make or use the patented system or perform the patented method of rule-based scanning of web-based content for exploits written in different programming languages, by, for example, expressing the exploits as patterns of tokens or using a parse tree.

187.    To the extent the '731 Accused Products use a system that includes modules, components or software owned by third parties, the '731 Accused Products still infringe the '731 Patent because Defendant is vicariously liable for the use of the patented system by controlling the entire system and deriving a benefit from the use of every element of the entire system.  Similarly, to the extent Defendant's customers perform a step or steps of the patented method or the '731 Accused Products incorporate third parties' modules, components or software that perform one or more patented steps, Defendant's '731 Accused Products still infringe the '731 Patent because the '731 Accused Products condition receipt by the third parties of a benefit upon performance of a step or steps of the patented method and establish the manner or timing of that performance.

188.    The '731 Accused Products are computer gateways for intranets of computers.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



QualysGuard Web Application Security presentation at 30, attached hereto as Exhibit 8.



COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

Securing Public Cloud Infrastructure using Qualys presentation at 28-29, attached hereto as Exhibit 13.



QualysGuard Web Application Security presentation at 5, attached hereto as Exhibit 8.

189.    The '731 Accused Products include a scanner for scanning incoming files from the Internet and deriving security profiles for the incoming files, where each of the security profiles includes a list of computer commands that a corresponding incoming file is programmed to perform.

COMPLAINT FOR PATENT INFRINGEMENT                CASE NO.

1

2

3

✓ Secure very large web apps with progressive scanning, which lets you scan in incremental stages and bypass restrictions preventing you from scanning an entire app in one scan window

4

5

6

✓ Detect OWASP Top 10 risks such as SQL injection, cross-site scripting (XSS), cross-site request forgery (CSRF) and unvalidated redirection

7

8

9

✓ Test IoT services and mobile apps as well as API-based business-to-business connectors, with Qualys WAS' SOAP and REST API scanning capabilities

10

11

12

✓ Achieve maximum scan coverage with authenticated scanning, including advanced scripting using Selenium, the open source browser automation system for web app testing

13

14

✓ Set scans' exact start time and duration with powerful scheduling features

15

https://www.qualys.com/apps/web-app-scanning/, attached hereto as Exhibit 19.

16

17

18

The Burp Management feature gives you a way to store the findings discovered by the Burp Suite scanner with those discovered by WAS and share this information with multiple users. To learn more refer to this blog article at the Qualys Community. (This feature is not available to Express Lite users.)

19

20

To get started click the Burp option on the top menu and go to Burp > Reports, then click Import and we'll walk you through the steps. Your issues list shows imported Burp issues.

21

22

23

24



25

26

Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 20, attached hereto as

27

Exhibit 15.

28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

190.    The '731 Accused Products perform code scans and save lists of computer commands the incoming files are programmed to perform in the security profiles:



Securing Public Cloud Infrastructure using Qualys presentation at 31, attached hereto as Exhibit 13.



Securing Public Cloud Infrastructure using Qualys presentation at 37, attached hereto as Exhibit 13.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16.



QualysGuard InfoDay 2014 presentation at 29, attached hereto as Exhibit 12.

191.    The '731 Accused Products come with a policy-based ticketing module including entries that relate cache content and policies:

82



Figure 4: Qualys remediation module

Each discovered vulnerability has a risk level associated with it. These risk levels are calculated using a combination of Criticality of an asset (1 through 5, see table 1) and a severity assigned by QualysGuard (1 through 5, according to Qualys Severity Levels). See the table below for detailed information about the risks associated with vulnerabilities:

|  | Vulnerability Severity 1 | Vulnerability Severity 2 | Vulnerability Severity 3 | Vulnerability Severity 4 | Vulnerability Severity 5 |
|---|---|---|---|---|---|
| Asset Criticality 1 | Slight | Slight | Slight | Low | Medium |
| Asset Criticality 2 | Slight | Slight | Low | Medium | Medium |
| Asset Criticality 3 | Slight | Low | Low | Medium | High |
| Asset Criticality 4 | Slight | Low | Medium | High | High |
| Asset Criticality 5 | Low | Medium | High | High | High |

Table 2: Calculation of the risk for confirmed vulnerabilities

Our Information Security standards set the following remediation targets:

| No. | Risk Level | | Risk Rating | Remediation Target |
|---|---|---|---|---|
| 1 | High | Risk vulnerabilities | 25 – 100 | 30 days |
| 2 | Medium | Risk vulnerabilities | 10 – 25 | 60 days |
| 3 | Low | Risk vulnerabilities | 5 – 10 | 90 days |
| 4 | Slight | Risk vulnerabilities | 1 – 5 | 120 days |

Table 3: Remediation targets

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

192.    The '731 Accused Products investigate and remediate vulnerabilities:

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

| Analytics and Reporting Engines | Reporting & Dashboards | Remediation & Workflows |
| --- | --- | --- |
| | Distributed Correlation | ElasticSearch Clusters |
| | Solr Lucene Indexing | Oracle & BFFS Storage |

Securing Public Cloud Infrastructure using Qualys presentation at 12, attached hereto as Exhibit 13.

193.    The '731 Accused Products store policy index (high/low risk data) including entries that relate cache content and policies:



QualysGuard Web Application Security presentation at 8, attached hereto as Exhibit 8.

194.    The '731 Accused Products include a file cache for storing files that have been scanned by a scanner for future access, where each of the stored files is indexed by a file identifier.



Figure 1: Vulnerability management process

84

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

195.     The '731 Accused Products securely store scanned data in an n-tiered architecture with load balanced servers:



Qualys Cloud Platform datasheet at 3, attached hereto as Exhibit 22.

196.     The '731 Accused Products scan content and derive security profiles:

✓  Qualys AssetView to get visibility from the rich data collection from EC2 Connector, sensors – Scanner Appliances and Cloud Agents

✓  Maintaining the same processes and practices by utilizing Qualys across On Premise, Cloud, incorporating Cloud Aware features to handle ephemeral/elastic cloud workloads

✓  Edge servers scanned via Qualys Perimeter Internet Scanners

COMPLAINT FOR PATENT INFRINGEMENT                CASE NO.



Securing Public Cloud Infrastructure using Qualys presentation at 29, attached hereto as Exhibit 13.

197.    The '731 Accused Products perform a deep analysis of the configuration of SSL on the host.  The Hostname scan is saved, and a cached scan is used if available:

```
<#
.SYNOPSIS
Script to check the SSL configuration of URLs contained in a file, using the www.ssllabs.com API

.DESCRIPTION
Script will take a text file containing a list of URLs, and submit them to the
"Qualys SSL Labs Server Test" to perform a deep analysis of the configuration of SSL on the host.
Hostname and grade saved to CSV, JSON data for hostname scan saved also.

.PARAMETER InputFile
A text file containing one URL per line.

.PARAMETER Cache
Use a cached scan if available.

.PARAMETER Publish
Publish scan results to www.ssllabs.com

.PARAMETER MaxAge
Maximum age of a scan in hours, if pulling from cache.  The default is 168 (1 week).  Only used if
Cache is specified.
```

https://www.musingitoutloud.com/powershell-ssl-labs/, attached hereto as Exhibit 21.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1
2
3
4
5
6
7
8
9
10



Securing Public Cloud Infrastructure using Qualys presentation at 37, attached hereto as Exhibit 13.

11
12
13
14
15
16
17
18
19
20
21
22



https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16.

23         198.    The '731 Accused Products include a security profile cache for storing the security

24 profiles derived by the scanner, where each of the security profiles is indexed in the security profile

25 cache by a file identifier associated with a corresponding file stored in the file cache.

26
27
28

1
2
3
4
5
6
7
8
9



10  Qualys Cloud Platform datasheet at 3, attached hereto as Exhibit 22.

11          199.    The '731 Accused Products' security profiles are indexed using a file identifier:

12
13
14
15
16
17
18
19
20
21
22
23
24



25  QualysGuard InfoDay 2014 presentation at 29, attached hereto as Exhibit 12.

26          200.    The '731 Accused Products perform a deep analysis of the configuration of SSL on the

27  host.  The scan is saved, and a cached scan is used if available:

28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



https://www.musingitoutloud.com/powershell-ssl-labs/, attached hereto as Exhibit 21.

201. The '731 Accused Products include a security policy cache for storing security policies for intranet computers within the intranet, the security policies each including a list of restrictions for files that are transmitted to a corresponding subset of the intranet computers.



Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

89

Each discovered vulnerability has a risk level associated with it. These risk levels are calculated using a combination of Criticality of an asset (1 through 5, see table 1) and a severity assigned by QualysGuard (1 through 5, according to Qualys Severity Levels). See the table below for detailed information about the risks associated with vulnerabilities:

|  | Vulnerability Severity 1 | Vulnerability Severity 2 | Vulnerability Severity 3 | Vulnerability Severity 4 | Vulnerability Severity 5 |
|---|---|---|---|---|---|
| Asset Criticality 1 | Slight | Slight | Slight | Low | Medium |
| Asset Criticality 2 | Slight | Slight | Low | Medium | Medium |
| Asset Criticality 3 | Slight | Low | Low | Medium | High |
| Asset Criticality 4 | Slight | Low | Medium | High | High |
| Asset Criticality 5 | Low | Medium | High | High | High |

Table 2: Calculation of the risk for confirmed vulnerabilities

Our Information Security standards set the following remediation targets:

| No. | Risk Level | | Risk Rating | Remediation Target |
|---|---|---|---|---|
| 1 | High | Risk vulnerabilities | 25 – 100 | 30 days |
| 2 | Medium | Risk vulnerabilities | 10 – 25 | 60 days |
| 3 | Low | Risk vulnerabilities | 5 – 10 | 90 days |
| 4 | Slight | Risk vulnerabilities | 1 – 5 | 120 days |

Table 3: Remediation targets

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

202.    The '731 Accused Products use Policy Compliance to evaluate content profiles, save the results as entries in the policy index, and share it with multiple users.



COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1

https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17.



Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 20, attached hereto as Exhibit 15.



Securing Public Cloud Infrastructure using Qualys presentation at 34, attached hereto as Exhibit 13.

203. The '731 Accused Products compare application security profiles to the security policies:

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16.

204.    The '731 Accused Products store policy index (high/low risk) data including entries that relate cache content and policies:



QualysGuard Web Application Security presentation at 8, attached hereto as Exhibit 8.

COMPLAINT FOR PATENT INFRINGEMENT                          CASE NO.

205.   Defendant's infringement of the '731 Patent has injured Finjan in an amount to be proven at trial, but not less than a reasonable royalty.  Additionally, as a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Finjan and Defendant compete in the security software space, and Finjan is actively engaged in licensing its patent portfolio.  Defendant's continued infringement of the '731 Patent causes harm to Finjan in the form of price erosion, loss of goodwill, damage to reputation, loss of business opportunities, inadequacy of money damages, and direct and indirect competition. Monetary damages are insufficient to compensate Finjan for these harms, and thus Finjan is entitled to preliminary and/or permanent injunctive relief.

206.   Defendant has been long-aware of Finjan's patents, including the '731 Patent, and continued its unauthorized infringing activity despite this knowledge.  As discussed above, Finjan actively and diligently attempted to engage in good faith negotiations with Defendant for nearly three years regarding Defendant's infringement of Finjan's Asserted Patents.  Even after being shown that its products infringe Finjan's patents, on information and belief Defendant made no effort to avoid infringement.  Instead, Defendant continued to incorporate its infringing technology into additional products, such as those identified in this complaint.  All of these actions demonstrate Defendant's blatant and egregious disregard for Finjan's patent rights.

207.   Despite its knowledge of Finjan's patent portfolio and Asserted Patents, and its specific knowledge of its own infringement, Defendant continued to sell the '731 Accused Products in complete and reckless disregard of Finjan's patent rights.  As such, Defendant acted recklessly, willfully, wantonly, and deliberately engaged in acts of infringement of the '731 Patent, justifying an award to Finjan of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

## COUNT XII
### (Indirect Infringement of the '731 Patent pursuant to 35 U.S.C. § 271(b))

208.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

209.     In addition to directly infringing the '731 Patent, Defendant knew or was willfully blind to the fact that it was inducing infringement of at least Claims 7-12, 14-16, and 20-21 of the '731 Patent under 35 U.S.C. § 271(b) by instructing, directing and requiring its customers to perform the steps of the method claims of the '731 Patent, either literally or under the doctrine of equivalents.

210.     Additionally, Defendant knew or was willfully blind to the fact that it was inducing infringement of at least Claims 7-12, 14-16, and 20-21 of the '731 Patent under 35 U.S.C. § 271(b) by instructing, directing and requiring its developers to perform the steps of the method claims of the '731 Patent, either literally or under the doctrine of equivalents.

211.     Defendant knowingly and actively aided and abetted the direct infringement of the '731 Patent by instructing and encouraging its customers and developers to use the '731 Accused Products. Such instructions and encouragement included advising third parties to use the '731 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '731 Patent, and by advertising and promoting the use of the '731 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '731 Accused Products in an infringing manner. *See, e.g.*, QualysGuard Web Application Security presentation, attached hereto as Exhibit 8; https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10; QualysGuard InfoDay 2014 presentation, attached hereto as Exhibit 12; Securing Public Cloud Infrastructure using Qualys presentation, attached hereto as Exhibit 13; Qualys Web Application Scanning Getting Started Guide Version 6.0.1, attached hereto as Exhibit 15; https://www.qualys.com/apps/web-app-firewall/, attached hereto as Exhibit 16; https://www.qualys.com/apps/policy-compliance/, attached hereto as Exhibit 17; https://www.qualys.com/apps/web-app-scanning/, attached hereto as Exhibit 19; https://www.musingitoutloud.com/powershell-ssl-labs/, attached hereto as Exhibit 21.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

## COUNT XIII
### (Direct Infringement of the '154 Patent pursuant to 35 U.S.C. § 271(a))

212.   Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

213.   Defendant has infringed and continues to infringe Claims 1-12 of the '154 Patent in violation of 35 U.S.C. § 271(a).

214.   Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

215.   Defendant's acts of making, using, importing, selling, and offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

216.   Defendant's infringement includes the manufacture, use, sale, importation and offer for sale of Defendant's products and services that utilize Vulnerability Management, Threat Protection, Continuous Monitoring, Indicators of Compromise, Container Security, Web App Firewall, Web App Scanning, and Compliance Monitoring, including Qualys Cloud Platform products (collectively, "the '154 Accused Products").

217.   The '154 Accused Products embody the patented invention of the '154 Patent and infringe the '154 Patent because they make or use the patented system or perform the patented method of rule-based scanning of web-based content for exploits written in different programming languages, by, for example, expressing the exploits as patterns of tokens or using a parse tree.

218.   To the extent the '154 Accused Products use a system that includes modules, components or software owned by third parties, the '154 Accused Products still infringe the '154 Patent because Defendant is vicariously liable for the use of the patented system by controlling the entire system and deriving a benefit from the use of every element of the entire system.  Similarly, to the extent Defendant's customers perform a step or steps of the patented method or the '154 Accused Products incorporate third parties' modules, components or software that perform one or more patented steps, Defendant's '154 Accused Products still infringe the '154 Patent because the '154 Accused

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

Products condition receipt by the third parties of a benefit upon performance of a step or steps of the patented method and establish the manner or timing of that performance.

219.   The '154 Accused Products are systems for protecting computers from dynamically generated malicious content.



QualysGuard Web Application Security presentation at 5, attached hereto as Exhibit 8.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



QualysGuard Web Application Security presentation at 30, attached hereto as Exhibit 8.

220.    The '154 Accused Products dynamically scan and evaluate content, including dynamically generated malicious content:



97

Securing Public Cloud Infrastructure using Qualys presentation at 29, attached hereto as Exhibit 13.

221.    The '154 Accused Products include a content processor for processing content received over a network, the content including a call to a first function, and the call including an input, and for invoking a second function with the input if a security computer indicates that such invocation is safe:



Securing Public Cloud Infrastructure using Qualys presentation at 28-29, attached hereto as Exhibit 13.

222.    The '154 Accused Products process received content which can include a call to a first function including an input:

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.



QualysGuard Web Application Security presentation at 30, attached hereto as Exhibit 8.

223.    Network mapping is an essential step in discovering vulnerabilities and consists of enumeration of all IP addresses in registered networks in an attempt to find live hosts.  Network mapping is implemented using QualysGuard Vulnerability Management Scans – Maps:

Figure 1: Vulnerability management process

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

- · Scheduled scans and network discoveries
- · Automated daily updates to vulnerability KnowledgeBase
- · Automated remediation ticket generation and verification



https://www.dts-solution.com/solutions/compliance-monitoring/vulnerability-management/, attached hereto as Exhibit 9.

224.    The '154 Accused Products invoke a second function with an input, only if a security computer indicates that such invocation is safe:

| No. | Risk Level | | Risk Rating | Remediation Target |
|---|---|---|---|---|
| 1 | High | Risk vulnerabilities | 25 – 100 | 30 days |
| 2 | Medium | Risk vulnerabilities | 10 – 25 | 60 days |
| 3 | Low | Risk vulnerabilities | 5 – 10 | 90 days |
| 4 | Slight | Risk vulnerabilities | 1 – 5 | 120 days |

Table 3: Remediation targets

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

100

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

225.    The '154 Accused Products scan, discover and catalog applications searching for portions of program code that are malicious according to analyzer rules (such as SQL injection, cross-site scripting (XSS), XML External Entities (XXE) and site misconfigurations):

### Web Application Scanning

Qualys WAS accurately discovers, catalogs, and scans large numbers of web applications. WAS identifies web application vulnerabilities in the OWASP Top 10 like SQL injection, cross-site scripting (XSS), XML External Entities (XXE), and site misconfigurations. With Selenium scripts created by Qualys Browser Recorder, WAS can effectively navigate through applications even when complex authentication and/or business workflows are present.

### Key Features

- REST API testing and Swagger support
- Retest functionality
- Single Sign-On (SSO)
- DOM XSS Detection
- Redundant link checks
- API for automation & integration
- High-volume scanning (multi-scan feature)
- Role-based access control (RBAC)

https://community.qualys.com/community/web-application-scanning, attached hereto as Exhibit 11.

226.    The '154 Accused Products scan incoming content received by the network interface to recognize the presence of potential computer exploits:



QualysGuard InfoDay 2014 presentation at 29, attached hereto as Exhibit 12.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1
2
3
4
5
6
7
8
9
10
11
12
13



14   Securing Public Cloud Infrastructure using Qualys presentation at 12, attached hereto as Exhibit 13.

15
16   ✓ Secure very large web apps with progressive
17      scanning, which lets you scan in incremental
        stages and bypass restrictions preventing you
        from scanning an entire app in one scan window

18   ✓ Detect OWASP Top 10 risks such as SQL injection,
19      cross-site scripting (XSS), cross-site request
        forgery (CSRF) and unvalidated redirection

20   ✓ Test IoT services and mobile apps as well as API-
21      based business-to-business connectors, with
        Qualys WAS' SOAP and REST API scanning
22      capabilities

23   ✓ Achieve maximum scan coverage with
24      authenticated scanning, including advanced
        scripting using Selenium, the open source browser
        automation system for web app testing

25   ✓ Set scans' exact start time and duration with
26      powerful scheduling features

27   https://www.qualys.com/apps/web-app-scanning/, attached hereto as Exhibit 19.

28

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

227.    The '154 Accused Products include a transmitter for transmitting input to a security computer (such as the Qualys Cloud) for inspection, when a first function is invoked.



Securing Public Cloud Infrastructure using Qualys presentation at 28-29, attached hereto as Exhibit 13.

228.    The '154 Accused Products include a receiver for receiving an indicator (risk level) from a security computer of whether it is safe to invoke a second function:

| No. | Risk Level | Risk Rating | Remediation Target |
|-----|------------|-------------|--------------------|
| 1 | High Risk vulnerabilities | 25 – 100 | 30 days |
| 2 | Medium Risk vulnerabilities | 10 – 25 | 60 days |
| 3 | Low Risk vulnerabilities | 5 – 10 | 90 days |
| 4 | Slight Risk vulnerabilities | 1 – 5 | 120 days |

Table 3: Remediation targets

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

https://blog.thousandeyes.com/efficient-vulnerability-management-qualys/, attached hereto as Exhibit 10.

229.    The '154 Accused Products store an indicator (risk level) including entries that relate risk report and policies:



QualysGuard Web Application Security presentation at 8, attached hereto as Exhibit 8.



https://www.qualys.com/apps/web-app-scanning/, attached hereto as Exhibit 19.

230.    If the security computer indicates that it is safe to invoke the second function with the input, the '154 Accused Products make that input available to the user:

> The Burp Management feature gives you a way to store the findings discovered by the Burp Suite scanner with those discovered by WAS and share this information with multiple users. To learn more refer to this blog article at the Qualys Community. (This feature is not available to Express Lite users.)
>
> To get started click the Burp option on the top menu and go to Burp > Reports, then click Import and we'll walk you through the steps. Your issues list shows imported Burp issues.



Qualys Web Application Scanning Getting Started Guide Version 6.0.1 at 20, attached hereto as Exhibit 15.

# Compliance

You enforce compliance with complex internal policies, industry mandates and external regulations, and assess vendor risk. Qualys' cloud-based solutions give you the clarity, control and flexibility you need to keep your organization compliant.

Qualys Cloud Platform datasheet at 6, attached hereto as Exhibit 22.

231.    Defendant's infringement of the '154 Patent has injured Finjan in an amount to be proven at trial, but not less than a reasonable royalty.  Additionally, as a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Finjan and Defendant compete in the security software space, and Finjan is actively engaged in licensing its patent portfolio.  Defendant's continued infringement of the '154 Patent causes harm to Finjan in the form of price erosion, loss of goodwill, damage to reputation, loss

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

of business opportunities, inadequacy of money damages, and direct and indirect competition.
Monetary damages are insufficient to compensate Finjan for these harms, and thus Finjan is entitled to
preliminary and/or permanent injunctive relief.

232.   Defendant has been long-aware of Finjan's patents, including the '154 Patent, and
continued its unauthorized infringing activity despite this knowledge.  As discussed above, Finjan
actively and diligently attempted to engage in good faith negotiations with Defendant for nearly three
years regarding Defendant's infringement of Finjan's Asserted Patents.  Even after being shown that
its products infringe Finjan's patents, including the '154 Patent, on information and belief Defendant
made no effort to avoid infringement.  Instead, Defendant continued to incorporate its infringing
technology into additional products, such as those identified in this complaint.  All of these actions
demonstrate Defendant's blatant and egregious disregard for Finjan's patent rights.

233.   Despite its knowledge of Finjan's patent portfolio and Asserted Patents, and its specific
knowledge of its own infringement, Defendant continued to sell the '154 Accused Products in
complete and reckless disregard of Finjan's patent rights.  As such, Defendant acted recklessly,
willfully, wantonly, and deliberately engaged in acts of infringement of the '154 Patent, justifying an
award to Finjan of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred
under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Finjan prays for judgment and relief as follows:

A.   An entry of judgment holding that Defendant infringed the '844, '494, '305, '408,
'968, '731, and '154 Patents; are infringing the '305, '408, '968, '731, and '154 Patents; induced
infringement of the '844, '494, '305, '408, '968, and '731 Patents and are inducing infringement of
the '305, '408, '968, and '731 Patents;

B.   A preliminary and permanent injunction against Defendant and its officers, employees,
agents, servants, attorneys, instrumentalities, and those in privity with them, from infringing the '305,
'408, '968, '731, and '154 Patents, and from inducing the infringement of the '305, '408, '968, and
'731 Patents, and for all further and proper injunctive relief pursuant to 35 U.S.C. § 283;

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

C.     An award to Finjan of such past damages, not less than a reasonable royalty, as it shall prove at trial against Defendant that is adequate to fully compensate Finjan for Defendant's infringement of the '844, '494, '305, '408, '968, '731, and '154 Patents;

D.     A determination that Defendant's infringement has been willful, wanton, and deliberate and that the damages against it be increased up to treble on this basis or for any other basis in accordance with the law;

E.     A finding that this case is "exceptional" and an award to Finjan of its costs and reasonable attorneys' fees, as provided by 35 U.S.C. § 285;

F.     An accounting of all infringing sales and revenues, together with post judgment interest and prejudgment interest from the first date of infringement of the '844, '494, '305, '408, '968, '731, and '154 Patents; and

G.     Such further and other relief as the Court may deem proper and just.

Respectfully submitted,

Dated:  November 29, 2018          By:   _/s/ Paul J. Andre_____
                                        Paul J. Andre (State Bar No. 196585)
                                        Lisa Kobialka (State Bar No. 191404)
                                        James Hannah (State Bar No. 237978)
                                        KRAMER LEVIN NAFTALIS
                                         & FRANKEL LLP
                                        990 Marsh Road
                                        Menlo Park, CA  94025
                                        Telephone:  (650) 752-1700
                                        Facsimile:  (650) 752-1800
                                        pandre@kramerlevin.com
                                        lkobialka@kramerlevin.com
                                        jhannah@kramerlevin.com

                                        *Attorneys for Plaintiff*
                                        FINJAN, INC.

COMPLAINT FOR PATENT INFRINGEMENT                    CASE NO.

1

## **DEMAND FOR JURY TRIAL**

2

Finjan demands a jury trial on all issues so triable.

3

4                                                     Respectfully submitted,

5   Dated:  November 29, 2018              By:     */s/ Paul J. Andre*
                                                   Paul J. Andre (State Bar No. 196585)
6                                                  Lisa Kobialka (State Bar No. 191404)
                                                   James Hannah (State Bar No. 237978)
7                                                  KRAMER LEVIN NAFTALIS
                                                     & FRANKEL LLP
8                                                  990 Marsh Road
9                                                  Menlo Park, CA  94025
                                                   Telephone:  (650) 752-1700
10                                                 Facsimile:  (650) 752-1800
11                                                 pandre@kramerlevin.com
                                                   lkobialka@kramerlevin.com
12                                                 jhannah@kramerlevin.com

13                                                 *Attorneys for Plaintiff*
                                                   FINJAN, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT              CASE NO.