# Exhibit 23



S.H. Michael Kim
Senior Enforcement Counsel
Finjan Holdings, Inc.
2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
EM: mkim@finjan.com I D: 650.397.9567 I C: 650.305.0514

November 12, 2015

**VIA CERTIFIED U.S. MAIL AND EMAIL (bposey@qualys.com)**

Bruce Posey, Esq.
Vice President, General Counsel and Corporate Secretary
**Qualys, Inc.**
1600 Bridge Parkway
Redwood City, CA 94065

**Re:  Finjan's Cybersecurity Patents**

Dear Mr. Posey:

I am writing to engage Qualys, Inc. ("Qualys") in a dialogue with Finjan regarding Finjan's offer to Qualys for a fair value license to Finjan's cybersecurity patented technologies. This license can include over 40 U.S. and foreign patents worldwide. Finjan is globally recognized cybersecurity company that invested millions of dollars in research and development creating proactive behavior-based malware protection technology. Finjan's patented technologies enable behavior-based approaches to modern and next gen malware and zero-day protection for unknown attacks through techniques such as, for example, hashing, caching, sandboxing, and transmitting mobile protection code through customized profiles. Our patented technologies have been adopted, and lauded in the industry, and assigned significant value by its peers.

After concluding our comprehensive due diligence, we believe one of more of Finjan's patents reads on Qualys' Cloud Platform. We believe; however, a licensing arrangement can be reached that will both fairly value Finjan's patents and benefit Qualys for its leading Cloud Platform with an integrated suite of solutions such as Malware. Detection Systems (MDS), Web Application Firewall (WAF), Web Application Scanner (WAS), and Vulnerability Management (VM) solutions. As such, this letter is intended to provide you with background information about Finjan and its licensing and enforcement practices, our analysis and understanding of Qualys' Cloud Platform along with a representative claim

chart, and a request for in-person meeting to discuss a licensing arrangement. We are prepared to offer additional analysis of our patents and financial terms under an NDA/Standstill agreement - which is attached for your review.

I.   **Finjan Corporate History**

Established nearly 20 years ago, Finjan is a globally recognized cybersecurity company.  Today, Finjan engages in four diversified business segments: IP licensing, cybersecurity advisory services, mobile security application development, and investments in innovation.

Finjan's early technology innovations and products helped define the state-of the-art for detecting and deflecting software intrusions and malicious code delivery.  Finjan's early products were SurfinShield and SurfinGate, which migrated into its Vital Security technology enabled through security appliances still deployed in the market today under a license with TrustWave and practicing Finjan's patented technology.  In 2015, Finjan introduced its first mobile secure browser that protects consumer's mobile devices form malicious content on the Internet.  Finjan also offers cybersecurity risk and security advisory services to international markets through it wholly owned subsidiary, CyberRisk Security Solutions.  In 2013 Finjan committed to investments in early-state cybersecurity technology companies through its investments in JVP Cyber Strategic Partners. [See www.finjan.com/about] alongside other LP's including Cisco, Qihoo360, and Alibaba who comprise the major investors in the fund.

A.   **Finjan's Patented Technology**

Finjan invested more than a decade and over $65 million in R&D developing disruptive behavior-based detection and prevention software which was sold and distributed internationally both in software and security appliance implementations.  Through our inventions for such technology, Finjan has been awarded 24 issued U.S patents with more than 40 issued and pending patents world-wide.  Finjan's patented technology has also been recognized and praised by the technology industry and the patents specifically have been recognized through successful licensing and enforcement programs. Importantly, we believe a fair valued license to Finjan's cybersecurity patent portfolio promotes innovation in our industry by granting our licensees with the freedom to operate and design new solutions to thwart malicious attacks.

B.   **Finjan as a NASDAQ Company**

Finjan became a public company in June of 2013 and listed on the NASDAQ exchange in May of 2014.  The mission of Finjan is to re-join the

technology development programs and invest in next generation cybersecurity technologies.

Today, Finjan is developing and currently offers cybersecurity products to consumer and enterprise clients. In 2015, Finjan launched its Mobile Secure Browser that is a mobile security application available for iOS and Android based smart phone platforms. The technology surrounding this application is also subject to a pending patent. Finjan continues to invest in new mobile security applications. Finjan also provides consulting for highly technical advanced malware attacks, penetration services, maturity modeling of security operating centers, and cyber-risk quantification and governance for board level consideration through our wholly-owned subsidiary, CybeRisk. Finjan also proudly and actively promotes innovation and entrepreneurship, especially in the area of cybersecurity. Recently, Finjan collaborated with 28 participating universities for its "Finjan 2015 Mobile Defense Challenge" and awarded winners to graduate students applying innovative security solutions for mobile devices from a perspective not yet addressed by current market offerings.

### C. Finjan's Licensing and Enforcement Program

Although developed years ago, Finjan's patented technologies have become increasingly relevant across today's growing security sectors. Inasmuch as many if not most of the industry players use Finjan's patented technologies, Finjan offers licenses to our patents in and around the security industry and has successfully licensed its patents to a number of major industry players (see below) and, resulting in more than $150 million in income to date, with tens of millions of dollars outstanding with current jury awards.

| | Licensee | Year | Value | Details | Term |
|---|---|---|---|---|---|
| Judgments | Secure Computing | 2009 | $37.9 M | • Royalty rate 8% - 16%<br>• Willfulness found<br>• Injunction granted | • Life of patents |
| | Blue Coat | 2015 | $39.5 M | • Royalty rate 6% - 8%<br>• Verdict | TBD |
| Licenses | Microsoft | 2005 | $8 M | • Cash and Equity Investment<br>• Portfolio | • Life of patents |
| | M86 | 2008 | 25% equity of M86 | • Stock<br>• Portfolio | • Life of patents |
| | Trustwave | 2009 | $3.1M | • Stock<br>• Portfolio | • Life of patents |
| | Webroot | 2012 | $11.3 M | • Cash and Stock<br>• Portfolio | • Life of patents |
| | Confidential | 2012 | $85 M | • Cash<br>• Portfolio | • Life of patents |
| | Websense | 2014 | $8 M | • Cash<br>• Portfolio | • Life of patents |
| | F-Secure | 2015 | $1 M | • Cash and Patents<br>• Portfolio | • Life of patents |

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN

3

[Source: www.finjan.com/investors/presentations]

Finjan is interested, on a limited and early-stage basis, to engage in good faith licensing discussions with Qualys and believes an open dialogue is the most efficient way towards early resolution. Indeed, as part of Finjan's Licensing Best Practices and Core Values [See http://www.finjan.com/technology/licensing-best-practices] we do not believe that protracted litigation is an efficient mechanism to achieve fair value for our inventions.  This said, when forced, we will seek enforcement of our patents through litigation, which we have done successfully.[1]

Finjan recognizes and appreciates that not all businesses are alike, even those competing in the same industry.  As such, Finjan maintains flexibility in its licensing terms so our licensees can flourish in the market place and Finjan receives fair value for its inventions. Significantly, the companies which communicated with Finjan early, gained favorable license agreements and avoided costly litigation.

## II.     Preliminary Analysis

### A.     Qualys' Products

Through our analysis, we believe several of our patents read on several products offered by Qualys through its Cloud.  Qualys' Cloud Platform includes a suite of security and compliance solutions and, in particular, web application security such as Web Application Firewall (WAF), Web Application Scanning (WAS), and Malware Detection (MD) and network security including Vulnerability Management (VM).

Using such solutions, Qualys describes it Cloud Platform as providing 1+ billion IP scans/audits a year resulting in 400+ billion security events 98% uptime and availability, and 99.99966% six-sigma scanning accuracy. [See www.qualys.com/enterprises/security-compliance-cloud-platform].  In particular, we believe that Qualys' Cloud Platform including, but not limited to, the WAF, WAS, MD, and VM solutions have exposure to Finjan's patents in achieving such results.

---

[1] For example, in 2006 and 2013, Finjan filed patent infringement complaints against Secure Computing Corp. in the District of Delaware (Finjan Inc. v. Secure Computing Corp., DED 06-cv-00369) and BlueCoat Systems in the District of Northern California (Finjan, Inc. v. BlueCoat Systems., NDCA 13-cv-03999) resulting in a jury trial.  In both cases, Finjan was awarded substantial damages and an injunction against Secure Computing.

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN

WAF, WAS, and MD are security solutions for web applications. WAF can identify and mitigate security risks that most web application are vulnerable to, *e.g.*, WAF can identify and prevent notorious web application vulnerabilities such as:
- Command Injections (like SQL Injections)
- Cross-Site Scripting (XSS)
- URL Redirection
- Cross-Site Request Forgery (CSRF)
- Website Misconfigurations and more.

Specifically, WAF not only identifies the above mentioned attacks, but also does a detailed analysis and generates reports and alerts for user. For example, the WAF screenshot (below) shows an alert of a web application attack that was identified and prevented by WAF.



[See www.qualys.com/enterprises/qualysguard/web-application-firewall]

WAS automatically crawls through web applications and identifies web application vulnerabilities. It then proactively scans each web application and uses advanced behavioral and heuristic methodologies to prevent zero-day attacks and other malware infections.  For example, the WAS screenshot (below) shows a report generated by WAS exhibiting the number of threats detected using behavioral and heuristic methods.

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN

5



[See www.qualys.com/enterprises/qualysguard/web-application-scanning]

      MD identifies unknown malicious activities in web sites, and thus prevents the user of such web sites from getting infected. Qualys assures that by using Qualys MD, owners of web applications never get black listed, or earn a "bad" reputation scores.  For example, the MD screenshot (below) of an obfuscated Active X attack identified and prevented by MD.



[See www.qualys.com/enterprises/qualysguard/malware-detection]

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN

VM is a network security solution. VM provides continuous detection and protection against advanced network threats. VM provides the ability to manage the health of network enterprises through a single console. One primary feature of VM is the detection, prevention and analysis of zero-day threats based on advanced behavior-based detection methodologies. For example, the VM screenshot (below), exhibits a list of vulnerabilities identified and reported by VM.



[See www.qualys.com/enterprises/qualysguard/vulnerability-management/features]

### B.     Finjan's Conclusion

As noted above, our analysis concludes Qualys' products rely upon several of Finjan's Cybersecurity patents. A detailed list of Qualys' Cloud Platform solutions are listed with citations to Finjan patents we believe have exposure, including at least FInjan's U.S. Patent Nos. 8,677,494 ("'494 patent"); 6,154,844 ("'844 patent"); 8,141,154 ("'154 patent"); 7,975,305 ("'305 patent"); and 6,965,968 ("'968 patent"). To provide you with a single representative example of exposure, we have attached a claim chart for the '305 patent. All information contained in the chart about Qualys' Cloud Platform was obtained through publicly available information. We are prepared to provide Qualys with additional claim charts and analyses for the '494, '844, '154, and '968 patents once the enclosed NDA/Standstill agreement is signed by both parties.[2]

---

[2] The purpose of the NDA/Standstill Agreement is two-fold: to protect each party's confidential information and to remove the threat of litigation by either party, both of which **serve to promote** open and candid business negotiations.

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN

### III.    Request for a Meeting

We encourage you to consider this letter and the merits of the exemplary claim chart in making a determination as to your willingness to engage in licensing discussion. We note that the value of early good faith discussions is favorable terms and discounts to our licensing fee, which are not available when efforts are protracted causing greater expenses and risks.

In this endeavor, we request an in-person meeting with you Friday, December 4, 2015 to initiate the dialogue.

If another person at Qualys should be contacted for such a meeting, please promptly provide us with the name and contact information of that person in order to schedule a timely meeting.

Should you have any questions, I can be reached at 650-397-9567 or via email at mkim@finjan.com. I look forward to hearing from you soon.

Sincerely,

*[signature: Michael Kim]*

S.H. Michael Kim
Senior Enforcement Counsel
Finjan Holdings, Inc.

Encls.
- NDA/Standstill Agreement
- '305 Patent Proof Chart

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN

# APPENDIX

| Patent Number | Patent Title | Representative Products |
|---|---|---|
| 8,677,494 | Malicious Mobile Code Runtime Monitoring System and Methods | Qualys' Cloud Platform including, but not limited to:<br>• Malware Detection (MD)<br>• Vulnerability Management (VM) solutions. |
| 6,154,844 | System and Method for Attaching a Downloadable Security Profile to a Downloadable | Qualys' Cloud Platform including, but not limited to:<br>• Malware Detection (MD)<br>• Vulnerability Management (VM) solutions. |
| 8,141,154 | System and Method for Inspecting Dynamically Generated Executable Code | Qualys' Cloud Platform including, but not limited to:<br>• Web Application Firewall (WAF)<br>• Web Application Scanning (WAS) |
| 7,975,305 | Method and System for Adaptive Rule-Based Content Scanners for Desktop Computers | Qualys' Cloud Platform including, but not limited to:<br>• Web Application Firewall (WAF)<br>• Web Application Scanning (WAS) |
| 6,965,968 | Policy-Based Caching | Qualys' Cloud Platform including, but not limited to:<br>• Web Application Firewall (WAF)<br>• Web Application Scanning (WAS) |