# Exhibit 24

**SUBJECT TO FRE 408**



John Garland, Director Business Development
Finjan, Inc.
2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
EM: john.garland@finjan.com I D: 650.282.3233| C: 908.803.3741

**December 7, 2017**

**VIA OVERNIGHT MAIL**

Bruce Posey, Vice-President and General Counsel
Qualys, Inc.
Foster City, CA 94404
Tel: 650.801. 6100 |   email:  bposey@qualys.com

Re: Qualys | Finjan's Cybersecurity Patents


**Re:  Finjan Inc. and Finjan Blue Patented Technology**

Dear Mr. Posey,

As you may recall, Finjan Inc. provided Qualys with a Notice Letter dated November 12, 2015. In that Notice Letter, we indicated that Qualys' Cloud Platform has exposure to at least four (4) Finjan U.S. patents, namely U.S. Patent Nos. 8,677,494; 6,154,844; 7,975,305; and 6,965,968 ("the '494, '844, '305, and '968 patents," respectively). We also provided a representative claim chart for Claim 13 of the '305 patent and an Appendix listing the Cloud Platform solutions covered by our patents including Web Application Firewall (WAF), Web Application Scanning (WAS) solutions, Malware Detection (MD), and Vulnerability Management (VM).

In August 2017, Finjan announced that its newly formed subsidiary Finjan Blue, Inc. ("Finjan Blue"). Finjan Blue is a Delaware corporation and wholly owned subsidiary of Finjan Holdings, Inc. and recently announced its patent acquisition and development agreement with IBM  (NYSE : IBM)  (reference https://www.finjanblue.com/).  Finjan Blue's patent portfolio includes over 30 issued U.S. and international patents and worldwide pending patent applications that directly relate to network, web, cloud and mobile security.

In addition, patented inventions we have already shared with Qualys, we recently uncovered select Finjan Blue patents also read on certain products and services offered

Mr. Posey  
December 7, 2017

2

**Subject to FRE 408**

by Qualys. Attached is an Appendix of exemplary and select Finjan Inc. inventions related to Qualys Web Application Firewall (WAF), Qualys Web Application Scanning (WAS), Qualys Malware Detection System (MDS) & Qualys Threat Protection, plus select Finjan Blue patents that are the basis of our belief regarding current and ongoing use by Qualys Vulnerability Management (or "VM").  Furthermore, we recognize that Qualys touts it has secured #1 market-share position in the Vulnerability Assessment Market. Clearly, a company with Qualys' market stature takes IP issues seriously and would desire to enter discussions relative to entering a suitable patent license agreement to support current and future business objectives.

     I suggest we setup an introductory telephone call to agree on a mutually acceptable path going forward, and that our companies enter a Mutual Non-Disclosure/Standstill Agreement to permit a meaningful exchange of information.

     I plan to call Mr. McCormack on December 15th at 1PM Central time for that introductory call and we hope to arrange and discuss a near-term meeting date. If you have any questions or uncover any scheduling issues, I can be reached at 908.803.3741 or via email at john.garland@finjan.com

Sincerely,

*[signature]*

John Garland

cc:  
Phil Hartstein, CEO, Finjan  
Julie Mar-Spinola, Chief IP Officer, Finjan  
Brian C. McCormack, Esq.(brianmccormack@backermckenzie.com)

2000 University Ave., Ste. 600  
E. Palo Alto, CA 94303  
650.282.3228  
www.finjan.com  
NASDAQ: FNJN

Mr. Posey
December 7, 2017

3

**Subject to FRE 408**

APPENDIX:

Exemplary Finjan & Finjan Blue Patents utilized by Qualys

| Assignee | Patent # | Title | Product |
|---|---|---|---|
| Finjan Inc. | US 7975305 | Method and system for adaptive rule-based content scanners for desktop computers | Qualys Web Application Firewall (WAF), Qualys Web Application Scanning (WAS) |
| | US 8677494 | Malicious mobile code runtime monitoring system and methods | Qualys Malware Detection System (MDS), Qualys Threat Protection |
| | US 6154844 | System and method for attaching a downloadable security profile to a downloadable | Qualys Web Application Firewall (WAF) |
| | US 6965968 | Policy-based caching | Qualys Web Application Firewall (WAF), Qualys Web Application Scanning (WAS) |
| Finjan Blue | US 7346929 | Method and apparatus for auditing network security | Qualys Vulnerability Management (VM) |
| | US 7770225 | Method and apparatus for auditing network security | |
| | US 6199204 | Distribution of software updates via a computer network | |

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN