UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: 3/4/2019 | Time: 2:01pm-2:45pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 18-cv-07229-YGR | Case Name: Finjan, Inc. v. Qualys Inc. | |

**Attorney for Plaintiff:** Lisa Kobialka
**Attorney for Defendant:** Ryan R. Smith

| **Deputy Clerk:** Frances Stone | **Court Reporter:** Pam Hebel |
|---|---|

## PROCEEDINGS

INITIAL CMC- HELD
The Court had plaintiff's counsel indicate on the record the status of all seven of the patents in this action.

Plaintiff's counsel is to file a document and attach charts with information required by the Court, as discussed on the record. Charts should be in landscape orientation.
Compliance hearing set Friday, 3/22/19 at 9:01am. Filing due by 3/15/19.

**Counsel to provide the Court with the top two terms for construction that are critical to their case; whether terms have been construed, and whether they are the same ones being litigated in pending or previous cases.**

**Plaintiff's counsel is to email a Word/editable version of the chart at Appendix A, attached to Joint CMC Statement, with time frame as to dates given on the record to the Court's proposed order email box: ygrpo@cand.uscourts.gov**