PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901
Facsimile:  (866) 974-7329

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

*Attorneys for Defendant*
QUALYS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>QUALYS INC.,<br><br>　　　　Defendant. | Case No.: 4:18-cv-07229-YGR<br><br>**[PROPOSED] ORDER**<br><br>Date Complaint Filed: November 29, 2018<br><br>Trial Date:  None Set |

| Event | Agreed Proposed Date/Deadline |
|---|---|
| Finjan to file charts regarding prior and co-pending litigation involving Finjan's patents and prior claim constructions | Complete |
| Submit Protective Order and ESI Order | Complete |
| Initial Disclosures | Complete |
| Disclosure of Asserted Claims and Infringement Contentions; Document Production Accompanying Disclosure | Complete |
| Last day to join parties or amend the pleadings without leave of Court | Complete |
| Invalidity Contentions; Document Production Accompanying Invalidity Contentions | Complete |
| Exchange of Proposed Terms for Construction | 10/2/19 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 10/23/19 |
| Damages Contentions | 10/30/19 |
| Joint Claim Construction and Prehearing Statement | 12/4/19 |
| Responsive Damages Contentions | 12/18/19 |
| Completion of Claim Construction Discovery | 1/15/20 |
| Claim Construction Briefs – opening brief | 2/10/20 |
| Claim Construction Briefs – responsive brief | 3/16/20 |
| Claim Construction Briefs – reply brief | 4/6/20 |
| Claim Construction Tutorial | ~~5/6/20~~ 4/22/2020 at 2pm (subject to the Court's availability) |
| Claim Construction Hearing | ~~5/20/20~~ 5/1/2020 at 10:00 a.m. (subject to the Court's availability) |
| Close of fact discovery | 2 months after the claim construction order |
| Opening expert reports | 2 months after the close of fact discovery |

| Event | Agreed Proposed Date/Deadline |
|---|---|
| Rebuttal expert reports | 6 weeks after service of opening expert reports (subject to adjustment for holidays) |
| Close of expert discovery | 1 month after the service of rebuttal expert reports |
| Last day for a pre-filing conference on summary judgment motions | three weeks after the close of expert discovery |
| Plaintiff's opening summary judgment briefs | three weeks after the pre-filing conference on summary judgment motions |
| Defendant's opposition summary judgment briefs and cross motion for summary judgment | three weeks after Plaintiff's opening summary judgment brief |
| Plaintiff's reply summary judgment briefs and opposition to Defendant's cross motion for summary judgment | three weeks after Defendant's opposition summary judgment brief |
| Defendant's reply for its cross motion for summary judgment | three weeks after Plaintiff's opposition summary judgment brief |
| Summary judgment hearing | Subject to the Court's availability |
| Final Pretrial Conference | Subject to the Court's availability |
| Trial | Subject to the Court's availability |

IT IS SO ORDERED.

Date: July 16, 2019

Yvonne Gonzalez Rogers
U.S. District Court Judge

2

[PROPOSED] ORDER                                    CASE NO: 4:18-cv-07229-YGR