# EXHIBIT D
# FILED UNDER SEAL

## REDACTED
## VERSION OF DOCUMENT SOUGHT TO BE SEALED