PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
AUSTIN MANES (State Bar No. 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALYS INC.,<br><br>　　　　Defendant. | Case No.: 4:18-cv-07229-YGR<br><br>**PLAINTIFF FINJAN, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT QUALYS, INC.'S OBJECTION TO EVIDENCE [DKT. 60]**<br><br>Date:　　May 1, 2020[1]<br>Time:　　10:00 AM<br>Place:　　Courtroom 1, 4th Floor<br>Judge:　　Hon. Yvonne Gonzalez Rogers |

---

[1] Subject to the Court's March 12, 2020 Order (Dkt. No. 48) suspending in-person appearances.

Plaintiff Finjan, Inc. hereby moves for leave to file a short response to the Objections to Evidence that Qualys filed on April 13, 2020, at Dkt. 60 ("Objections").  Finjan's proposed 5-page response is attached hereto as **Exhibit A**, and will demonstrate that Qualys' Objections misstate the record and misapply the controlling law and Patent Local Rules.

On April 17, 2020 Qualys indicated that it reserves the right to oppose Finjan's motion for leave to file the response.  Declaration of Aaron Frankel filed herewith at ¶ 3.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  April 20, 2020 | By:  */s/ James Hannah* |
|  | Paul J. Andre (State Bar No. 196585) |
|  | Lisa Kobialka (State Bar No. 191404) |
|  | James Hannah (State Bar No. 237978) |
|  | Austin Manes (State Bar No. 284065) |
|  | KRAMER LEVIN NAFTALIS |
|  | & FRANKEL LLP |
|  | 990 Marsh Road |
|  | Menlo Park, CA 94025 |
|  | Telephone: (650) 752-1700 |
|  | Facsimile: (650) 752-1800 |
|  | pandre@kramerlevin.com |
|  | lkobialka@kramerlevin.com |
|  | jhannah@kramerlevin.com |
|  | amanes@kramerlevin.com |
|  | *Attorneys for Plaintiff* |
|  | FINJAN, INC. |