PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
AUSTIN MANES (State Bar No. 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUALYS INC.,<br><br>Defendant. | Case No.: 4:18-cv-07229-YGR<br><br>**DECLARATION OF AARON FRANKEL IN SUPPORT OF PLAINTIFF FINJAN, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT QUALYS, INC.'S OBJECTION TO EVIDENCE [DKT. 60]**<br><br>Date:     May 1, 2020<br>Time:    10:00 AM<br>Place:    Courtroom 1, 4th Floor<br>Before:  Hon. Yvonne Gonzalez Rogers |

I, Aaron Frankel, declare:

1. I am an attorney with the law firm Kramer Levin Naftalis & Frankel LLP, counsel of record for Finjan, Inc. ("Finjan"). I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of Finjan's Administrative Motion for Leave to File a Response to Defendant Qualys, Inc.'s ("Qualys") Objection to Evidence.

2. On April 16, 2020, I contacted Qualys' counsel and indicated Finjan's intention to file an administrative motion for leave to file a short response to Qualys' Objections.

3. On April 17, 2020, counsel for Qualys responded that it would reserve its right to oppose Finjan's Administrative Motion for Leave to file a Response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2020 in Allendale, New Jersey.

*/s/ Aaron Frankel*
Aaron Frankel

### ATTESTATION PURSUANT TO L.R. 5-1(I)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ James Hannah*
James Hannah