PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
AUSTIN MANES (State Bar No. 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>QUALYS INC.,<br><br>       Defendant. | Case No.: 4:18-cv-07229-YGR<br><br>**[PROPOSED] ORDER ACCEPTING PLAINTIFF FINJAN, INC.'S PROPOSED RESPONSE TO DEFENDANT QUALYS, INC.'S OBJECTION TO EVIDENCE [DKT. 60]**<br><br>Date:    May 1, 2020[1]<br>Time:   10:00 AM<br>Place:  Courtroom 1, 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers |

---

[1] Subject to the Court's March 12, 2020 Order (Dkt. No. 48) suspending in-person appearances.

1

**[PROPOSED] ORDER**

2        Before the Court is Plaintiff Finjan, Inc.'s Request for Leave to File a Response to the Objection

3   to Evidence filed by Defendant Qualys, Inc. at Dkt. 60.  Finjan attached the proposed Response as

4   Exhibit A to its Request.

5        Having considered the Request, and for good cause shown, the Court hereby GRANTS the

6   Request and takes Exhibit A attached thereto under submission.

7

8        **IT IS SO ORDERED**.

9

10

11    DATED: _____

12                                                    Honarable Yvonne Gonzalez Rogers
                                                     United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    1