UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/22/2020 | **Time:** 9:15am-10:01am AND 10:05am-10:37am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 18-cv-07229-YGR | **Case Name:** Finjan Inc. v Qualys, Inc. | |

**Attorney for Plaintiff:** James Hannah and Aaron Frankel
Plaintiff expert presenter: Nenad Medvidovic

**Attorney for Defendant:** Christopher Mays and Ryan Smith
Defendant expert presenter: Dr. Aviel Rubin

**Deputy Clerk:** Frances Stone         **Court Reporter:** NOT REPORTED.

### PROCEEDINGS
TUTORIAL HELD via Zoom Video Webinar

Claim Construction Hearing is set Wednesday 5/27/2020 at 2:00pm