# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/27/2020 | **Time:** 2:11pm-4:03pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 18-cv-07229-YGR | **Case Name:** Finjan Inc. v Qualys, Inc. | |

**Attorney for Plaintiff:** James Hannah and Aaron Frankel

**Attorney for Defendant:** Christopher Mays and Ryan Smith

| **Deputy Clerk:** Frances Stone | **Court Reporter:** Diane Skillman |
|---|---|

## PROCEEDINGS

Claim Construction Hearing HELD via Zoom Video Webinar