PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901
Facsimile:  (866) 974-7329

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811

*Attorneys for Defendant*
QUALYS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>QUALYS INC.,<br><br>            Defendant. | Case No.: 4:18-cv-07229-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**<br><br>Date Complaint Filed: November 29, 2018<br><br>Trial Date:  None Set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Qualys Inc. ("Qualys") (collectively, "the Parties"), hereby jointly stipulate and respectfully request that the Court amend the case schedule.

In support of these stipulated requests, the Parties jointly state as follows:

WHEREAS, the COVID-19 pandemic has impacted the daily business operations of both parties and their respective counsel;

WHEREAS, in light of the COVID-19 pandemic, the parties have conferred and agreed that, subject to the Court's approval, the case schedule should be amended as set forth below in order to account for the uncertainties surrounding the pandemic and to provide for the orderly conclusion of fact discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Finjan and Qualys that the deadlines set forth below be amended as follows:

1

STIPULATION AND [PROPOSED] ORDER  CASE NO: 4:18-cv-07229-YGR
TO EXTEND DEADLINES

| Event | Previous Date | Agreed Proposed Date/Deadline |
|---|---|---|
| Close of fact discovery | 2 months after the claim construction order (August 11, 2020) | October 1, 2020 |
| Opening expert reports | 2 months after the close of fact discovery | No change (December 1, 2020) |
| Rebuttal expert reports | 6 weeks after service of opening expert reports | No change (January 12, 2021) |
| Close of expert discovery | 1 month after the service of rebuttal expert reports | No change (February 12, 2021) |
| Last day for a pre-filing conference on summary judgment motions | three weeks after the close of expert discovery | No change (March 5, 2021) |
| Plaintiff's opening summary judgment briefs | three weeks after the pre-filing conference on summary judgment motions | No change |
| Defendant's opposition summary judgment briefs and cross motion for summary judgment | three weeks after Plaintiff's opening summary judgment brief | No change |
| Plaintiff's reply summary judgment briefs and opposition to Defendant's cross motion for summary judgment | three weeks after Defendant's opposition summary judgment brief | No change |
| Defendant's reply for its cross motion for summary judgment | three weeks after Plaintiff's opposition summary judgment brief | No change |
| Summary judgment hearing | Subject to the Court's availability | No change[1] |
| Final Pretrial Conference | Subject to the Court's availability | No change[2] |

---

[1] Finjan proposes the Summary Judgment Hearing be scheduled for June 29, 2021 (if a hearing is necessary), subject to the Court's availability. Qualys is of the view that scheduling a hearing at this juncture is premature at least until the Court holds its post-claim construction CMC. *See* Standing Order for Patent Cases, ¶ 4.

[2] Finjan proposes the Final Pretrial Conference be scheduled for July 30, 2021 at 9:00 a.m., subject to the Court's availability. Qualys is of the view that scheduling a final pretrial conference at this juncture is premature. Further, in Qualys' view, scheduling the pretrial conference within 4 weeks of

| Event | Previous Date | Agreed Proposed Date/Deadline |
|---|---|---|
| Trial | Subject to the Court's availability | No change[3] |

DATED: June 25, 2020

By: */s/ Kristopher Kastens*
Kristopher Kastens (State Bar No. 254797)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
kkastens@kramerlevin.com

Attorneys for Plaintiff
FINJAN, INC.

DATED: June 25, 2020

By: */s/ Ryan Smith*
Ryan Smith (State Bar No. 229323)
rsmith@wsgr.com
WILSON SONSINI GOODRICH
& ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendant
QUALYS INC.

---

the summary judgment hearing would not afford sufficient time to account for the Court's summary judgment order.

[3] Finjan proposes Trial be scheduled to begin August 16, 2021 at 8:00 a.m., subject to the Court's availability.  Qualys disagrees for the same reasons as expressed above.

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                 */s/ Kristopher Kastens*
                                 Kristopher Kastens

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation, it is hereby ordered that the deadlines set forth below are extended as follows:

| Event | Amended Deadline |
|---|---|
| Close of fact discovery | October 1, 2020 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Yvonne Gonzalez Rogers
United States District Court Judge