PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (SBN 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901
Facsimile: (866) 974-7329

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendant*
QUALYS INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALYS INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 18-cv-07229-YGR (TSH)<br><br>**PLAINTIFF FINJAN, INC.'S AND DEFENDANT QUALYS INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 26(c), Civil Local Rules 7-11 and 79-5, Plaintiff Finjan, Inc. ("Finjan") and Defendant Qualys Inc. ("Qualys") (together, "the Parties") bring this Administrative Motion to File Documents Under Seal. The portions of the Parties' Joint Discovery Letter identified below contain confidential information of both Finjan and Qualys. Specifically, there exists good cause to file the following under seal:

| Identification of Documents or Portions of Document to be Sealed | Portions of Document to be Sealed | Designating Party | Reasons for Sealing |
|---|---|---|---|
| Joint Discovery Letter | Highlighted portions of the Joint Discovery Letter at pp. 1, 2 | Qualys | This information contains Qualys's confidential technical and/or business information. This information has been designated by Qualys as "Highly Confidential – Attorneys' Eyes Only." |
| Exhibit 5 to Joint Discovery Letter (Qualys technical document) | Entirety | Qualys | This information contains Qualys's confidential technical and/or business information. This information has been designated by Qualys as "Highly Confidential – Attorneys' Eyes Only." |

| Identification of Documents or Portions of Document to be Sealed | Portions of Document to be Sealed | Designating Party | Reasons for Sealing |
|---|---|---|---|
| Exhibit 7 to Joint Discovery Letter<br><br>(Qualys technical document) | Entirety | Qualys | This information contains Qualys's confidential technical and/or business information.  This information has been designated by Qualys as "Highly Confidential – Attorneys' Eyes Only." |
| Exhibit A to Joint Discovery Letter<br><br>(Finjan's Damages Contentions) | Entirety | Finjan | This information contains Finjan's confidential financial information and confidential licensing terms between Finjan and third party licensees or third parties whom Finjan has communicated with regarding its confidential licensing negotiations.  This information has been designated by Finjan as "Highly Confidential – Attorneys' Eyes Only." |

The documents listed above disclose confidential technical and/or business information of the Parties.

## II. ARGUMENT

The Parties seek to seal confidential information in the Joint Discovery Letter. Mindful of the Stipulated Protective Order and also Civil Local Rule 79-5, the Parties have filed publicly the relevant excerpts of information that are not confidential. The Parties have narrowly tailored its request with this Administrative Motion, seeking to file under seal only that information that the Parties designated as containing confidential information pursuant to the Stipulated Protective Order.

As set forth in the accompanying Declaration of Kristopher Kastens in Support of the Parties' Administrative Motion to File Documents Under Seal, the portions of the Joint Discovery Letter at issue and exhibits designated by Finjan, set forth above, contain confidential financial information and confidential licensing terms between Finjan and third party licensees or third parties whom Finjan has communicated with regarding its confidential licensing negotiations.

As set forth in the accompanying Declaration of Christopher Mays in support of the Parties' Administrative Motion to File Documents Under Seal, the portions of the Joint Discovery Letter at issue and exhibits designated by Qualys, set forth above, contain confidential technical information of Qualys.

Pursuant to Civil Local Rule 79-5(e), the Parties are filing this Administrative Motion because the documents contain information that the Parties have designated as "Highly Confidential – Attorneys' Eyes Only." To comply with the Stipulated Protective Order in this case, the Parties are required to make this motion. Consequently, this Administrative Motion should be granted because it is narrowly tailored to cover only the documents for which good cause for filing under seal exist.

Attached hereto are redacted and unredacted versions of the documents set forth above.

## III. CONCLUSION

The Parties have shown good cause for this request to file the above-referenced documents under seal. This request is narrowly tailored to seal only information that is regarded as confidential. For these reasons, the Parties respectfully request that the Court grant its Administrative Motion to File Under Seal.

JOINT ADMINISTRATIVE MOTION  
TO FILE DOCUMENTS UNDER SEAL

CASE NO.: 18-cv-07229-YGR

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated:  September 4, 2020 | | By: */s/ Kristopher B. Kastens* |
| | | Paul J. Andre (SBN 196585) |
| | | Lisa Kobialka (SBN 191404) |
| | | James Hannah (SBN 237978) |
| | | Kristopher Kastens (SBN 254797) |
| | | KRAMER LEVIN NAFTALIS |
| | |   & FRANKEL LLP |
| | | 990 Marsh Road |
| | | Menlo Park, CA  94025 |
| | | Telephone:  (650) 752-1700 |
| | | Facsimile:   (650) 752-1800 |
| | | pandre@kramerlevin.com |
| | | lkobialka@kramerlevin.com |
| | | jhannah@kramerlevin.com |
| | | kkastens@kramerlevin.com |
| | | *Attorneys for Plaintiff* |
| | | FINJAN, INC. |
| | | Respectfully submitted, |
| | | WILSON SONSINI GOODRICH & ROSATI |
| | | Professional Corporation |
| Dated:  September 4, 2020 | | By: */s/ Christopher D. Mays* |
| | | EDWARD D. POPLAWSKI |
| | | OLIVIA M. KIM |
| | | RYAN R. SMITH |
| | | CHRISTOPHER D. MAYS |
| | | Counsel for Defendant |
| | | QUALYS INC. |
| | | . |

4

JOINT ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

CASE NO.: 18-cv-07229-YGR

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Kristopher Kastens*
Kristopher Kastens

5