UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>QUALYS INC.,<br><br>            Defendant. | Case No. 18-cv-07229-YGR (TSH)<br><br>**ORDER REGARDING MOTION TO SEAL**<br><br>Re: Dkt. No. 99 |

The parties have filed a joint motion to seal at ECF No. 99. As to the joint discovery letter brief, the first redaction does not satisfy the standards for sealing, but the second one does. Accordingly, the motion to seal is granted in part and denied in part as to that document.

As for Finjan Exhibit 5, there is confidential information in it, but there is also a lot of non-confidential information in it, such as basic background about Qualys and a fair amount of marketing language. Sealing the whole document violates Civil Local Rule 79-5(d)(1)(B). The same is true of Finjan Exhibit 8 (which is called Exhibit 7 in the motion). Likewise, Qualys's Exhibit A contains lots of nonconfidential narrative and legal argument; there is no reason to seal the whole thing. As to these three documents, the motion to seal is denied without prejudice to the parties' proposing narrowly tailored redactions, which they shall file within seven days.

**IT IS SO ORDERED.**

Dated: September 17, 2020

THOMAS S. HIXSON
United States Magistrate Judge