PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (SBN 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>         Plaintiff,<br><br>     v.<br><br>QUALYS, INC., a Delaware Corporation,<br><br>         Defendant. | Case No. 4:18-cv-07229-YGR<br><br>**PLAINTIFF FINJAN, INC.'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |

Pursuant to the Civil L.R. 7-11 and 11-5, Plaintiff Finjan, Inc. ("Finjan") hereby moves the Court for an order permitting the withdrawal of its counsel of record, Paul Andre, Lisa Kobialka, James Hannah, Kristopher Kastens, and Aaron Frankel of Kramer Levin Naftalis & Frankel LLP, and the appearance of substitute counsel, Juanita R. Brooks and Robert Courtney of Fish & Richardson P.C., on its behalf in this action.

Fish & Richardson P.C. consents to such withdrawal and substitution of counsel. Counsel for Qualys, Inc. ("Qualys") was informed of the proposed substitution and does not oppose the motion.

Accordingly, Finjan respectfully requests that the Court grant the Proposed Order attached hereto, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the Fish & Richardson attorneys who have already filed Notices of Appearance in this action, including Juanita R. Brooks and Robert Courtney.

Respectfully submitted,

DATED: October 21, 2020

By: */s/ Paul Andre*
Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Kristopher Kastens (State Bar No. 254797)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.