EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
TALIN GORDNIA (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901
Facsimile:  (866) 974-7329

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

*Attorneys for Defendant*

QUALYS INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUALYS INC., a Delaware Corporation,<br><br>　　　　　Defendant | CASE NO.:  4:18-cv-07229-YGR (TSH)<br><br>**QUALYS INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Federal Rule of Evidence 201, Defendant Qualys Inc. ("Qualys") respectfully asks that the Court take judicial notice of the following public and/or litigation documents listed below. Each document identified below is appropriate for judicial notice.[1]

The specific documents subject to this Request are:

- **Exhibit A**: a true and correct copy of excerpts of the file history of U.S. Patent No. 7,975,305. This document is publicly available from the United States Patent and Trademark Office ("USPTO") and contains the public record of the application process for the '305 Patent.

- **Exhibit B**: a true and correct copy of excerpts of the proceedings for *Ex Parte* Reexamination No. 90/013,660 proceedings for U.S. Patent No. 7,975,305. This document is publicly available from the USPTO and contains the public record of those proceedings.

- **Exhibit C**: a true and correct copy of the Federal Circuit Court of Appeal's Judgment in Case No. 2018-2354 pertaining to *Ex Parte* Reexamination No. 90/013,660.

- **Exhibit D**: a true and correct copy of U.S. Patent No. 5,987,611 (issued Nov. 16, 1999) ("Freund"). This document is publicly available from the USPTO and is discussed in the file history for the '305 Patent that is Exhibit A.

- **Exhibit E**: is a true and correct copy of U.S. Patent No. 8,140,660 (issued March 20, 2012) ("Wells"). This document is publicly available from the USPTO and is discussed in the proceedings for *Ex Parte* Reexamination No. 90/013,660 that is Exhibit B.

---

[1] *See Uniloc USA, Inc. v. ADP, LLC,* 772 Fed. Appx. 890, 898 n.3 (Fed. Cir. 2019) (taking judicial notice of the patentee's prosecution history); *Coinstar. Inc. v. Coinbank Automated Sys., Inc.,* 998 F.Supp. 1109, 1114 (N.D. Cal. 1998); *Marine Polymer Tech., Inc. v. HemCon, Inc.,* 659 F.3d 1084, 1090 (Fed. Cir. 2011) (taking judicial notice of a reexamination proceeding); *St. Clair Intellectual Prop. Consultants, Inc. v. Canon Inc.,* 2011 WL 66166, *5 (Fed. Cir. 2011) (nonprecedential) (noting that the court could take judicial notice of the prosecution history of a reexamination); *Hoganas AB v. Dresser Indus., Inc.,* 9 F.3d 948, 954 n.27, 28 (Fed. Cir. 1993) (taking judicial notice of another patent); *Coinstar, Inc. v. Coinbank Automated Sys., Inc.,* 998 F.Supp. 1109, 1114 (N.D. Cal. 1998) (taking judicial notice of two patents); *Los Angeles Biomedical Research Institute at Harbor-UCLA Medical Center v. Eli Lilly and Co.,* 849 F.3d 1049, 1061 n.6 (Fed. Cir. 2017) (taking judicial notice a patentee's infringement contentions).

- D.I. 100-11, previously filed in this matter, is a true and correct copy of Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served April 19, 2019.

Respectfully submitted,

DATED: October 22, 2020       By:  /s/ Christopher D. Mays
                                   EDWARD G. POPLAWSKI (SBN 113590)
                                   epoplawski@wsgr.com
                                   OLIVIA M. KIM (SBN 228382)
                                   okim@wsgr.com
                                   TALIN GORDNIA (SBN 274213)
                                   tgordnia@wsgr.com
                                   WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation
                                   633 West Fifth Street, Suite 1550
                                   Los Angeles, CA 90071
                                   Telephone: (323) 210-2901
                                   Facsimile:  (866) 974-7329

                                   RYAN R. SMITH (SBN 229323)
                                   rsmith@wsgr.com
                                   CHRISTOPHER D. MAYS (SBN 266510)
                                   cmays@wsgr.com
                                   WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation
                                   650 Page Mill Road
                                   Palo Alto, CA 94304-1050
                                   Telephone:  (650) 493-9300
                                   Facsimile:   (650) 493-6811

                                   *Counsel for Defendant*
                                   QUALYS INC.