Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Robert P. Courtney (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696

Proshanto Mukherji (Admitted *pro hac vice*)
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070 / Fax (617) 542-8906

*Attorneys for Plaintiff*
FINJAN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>QUALYS INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:18-cv-07229-YGR (TSH)<br><br>**PLAINTIFF FINJAN LLC'S OBJECTION TO DEFENDANT QUALYS INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS** |

Plaintiff Finjan LLC ("Finjan") hereby objects to Defendant Qualys Inc.'s ("Qualys") request pursuant to Federal Rule of Evidence 201 that the Court take judicial notice of the documents identified as Exhibits A-E, as well as Dkt. No. 100-11, in Qualys's request. (Dkt. No. 125.) The subject documents are being selectively cited out of context and in a manner not consistent with a motion under Federal Rule of Civil Procedure 12(c). *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018). Finjan incorporates by reference its objection to Qualys's request for judicial notice of these documents as articulated in Plaintiff Finjan LLC's Opposition to Defendant Qualys Inc.'s Motion for Judgment on the Pleadings. *See* Dkt. No. 131. For the reasons stated therein, Finjan respectfully requests the Court decline to take judicial notice of Exhibits A-E, as well as Dkt. No. 100-11, in Qualys's request.

Dated: November 5, 2020

*/s/ Megan A. Chacon*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Robert Courtney (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Proshanto Mukherji (Admitted *pro hac vice*)
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070 / Fax (617) 542-8906

Attorneys for Plaintiff
**FINJAN LLC.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 5, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

*/s/ Megan A. Chacon*
Megan A. Chacon (CA SBN 304912)
chacon@fr.com

***Attorney for Plaintiff***
FINJAN LLC.
