UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>QUALYS INC.,<br><br>        Defendant. | Case No. 18-cv-07229-YGR   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 131 |

The Court is evaluating the joint discovery letter brief at ECF No. 131. The Court orders the parties to file by 3:00 p.m. on November 10, 2020 a joint discovery letter brief not to exceed two pages that identifies (1) when on or after October 1, 2020 Finjan first requested continued access to the Qualys source code and (2) when Qualys said no. The parties shall attach any exhibits, such as emails, that may answer these questions.

**IT IS SO ORDERED.**

Dated: November 9, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge