November 6, 2020

**VIA ELECTRONIC FILING**

Honorable Thomas S. Hixon
U.S. District Court, Northern District of California
Oakland Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     Discovery Order (Dkt. No. 134)
         *Finjan LLC v. Qualys Inc*., Case No. 4:18-cv-07229-YGR

Dear Magistrate Judge Hixson:

   Pursuant to the Court's November 6, 2020 Order (D134), Plaintiff Finjan LLC ("Finjan") submits the following documents referenced in the parties' joint discovery letter brief (D131):

- Exhibit 1 – Defendant Qualys Inc.'s Patent L.R. 3-3, 3-4 Disclosures;
- Exhibit 2 – Defendant Qualys Inc.'s Oct. 1, 2020 Supplemental Objections and Responses to Finjan's First Set of Interrogatories (Nos. 1-6); and
- Exhibit 3 – Defendant Qualys Inc.'s Oct. 1, 2020 Supplemental Objections and Responses to Finjan's Third Set of Interrogatories (Nos. 12-19).

                    Respectfully submitted,

                    */s/ Jason W. Wolff*
                    Jason W. Wolff (State Bar No. 215819)
                    FISH & RICHARDSON P.C.

                    *Attorneys for Plaintiff*
                    Finjan LLC