Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Ryan P. O'Connor (CA SBN 253596)
oconnor@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone:(858) 678-5070 /Fax:(858) 678-5099

Robert P. Courtney (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Phone:(612) 335-5070 /Fax:(612) 288-9696

Proshanto Mukherji (*pro hac vice*)
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Phone:(617) 542-5070/ Fax (617) 542-8906

*Attorneys for Plaintiff*
FINJAN LLC

EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
TALIN GORDNIA (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

*Attorneys for Defendant*
QUALYS INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>QUALYS INC.,<br><br>             Defendant | CASE NO.:  4:18-cv-07229-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CERTAIN PATENTS-IN-SUIT AND COUNTERCLAIMS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

In an effort to narrow and streamline the issues before the Court, Plaintiff Finjan LLC ("Finjan") and Defendant Qualys Inc. ("Qualys") hereby agree and stipulate:

Finjan's claims for infringement of U.S. Patent Nos. 6,965,968, 7,975,305 and 8,141,154 (Counts V, VI, IX, X, and XIII of Dkt. No. 1) are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Qualys's counterclaims relating to the aforementioned patents (Fifth, Sixth, Ninth, Tenth, Thirteenth, Fourteenth, Sixteenth, Seventeenth, and Eighteenth Counterclaims of Dkt. No. 62, in so far as they relate to the aforementioned patents) are also dismissed.

Each party shall bear its own costs and fees pertaining to the dismissed claims.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: November 25, 2020                    *

By: */s/ Jason W. Wolff*
    Jason W. Wolff
    Attorneys for Plaintiff
    FINJAN LLC

WILSON SONSINI GOODRICH & ROSATI

By: */s/ Ryan R. Smith*
    Ryan R. Smith
    Attorneys for Defendant
    QUALYS INC.

**CONCURRENCE IN FILING**

I, Jason W. Wolff, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

                              */s/ Jason W. Wolff*
                              Jason W. Wolff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____
                                     Hon. Yvonne Gonzalez Rogers
                                       UNITED STATES DISTRICT JUDGE