1   Juanita R. Brooks (CA SBN 75934)
    brooks@fr.com
2   Roger A. Denning (CA SBN 228998)
    denning@fr.com
3   Jason W. Wolff (CA SBN 215819)
    wolff@fr.com
4   Ryan P. O'Connor (CA SBN 253596)
    oconnor@fr.com
5   Megan A. Chacon (CA SBN 304912)
    chacon@fr.com
6   FISH & RICHARDSON P.C.
7   12860 El Camino Real, Suite 400
    San Diego, CA 92130
8   Phone:(858) 678-5070 /Fax:(858) 678-5099
9   Robert P. Courtney (CA SBN 248392)
10  courtney@fr.com
    FISH & RICHARDSON P.C.
11  3200 RBC Plaza
    60 South 6th Street
12  Minneapolis, MN 55402
13  Phone:(612) 335-5070 /Fax:(612) 288-9696

14  Proshanto Mukherji (*pro hac vice*)
    mukherji@fr.com
15  FISH & RICHARDSON P.C.
16  One Marina Park Drive
    Boston, MA 02210
17  Phone:(617) 542-5070/ Fax (617) 542-8906
    *Attorneys for Plaintiff*
18  FINJAN LLC

EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
TALIN GORDNIA (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
*Attorneys for Defendant*
QUALYS INC.

19              **IN THE UNITED STATES DISTRICT COURT**

20          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

21                      **OAKLAND DIVISION**

22  FINJAN LLC,                          CASE NO.:  4:18-cv-07229-YGR (TSH)

23              Plaintiff,               **STIPULATED ADMINISTRATIVE
                                         MOTION TO WITHDRAW CERTAIN
24      v.                               MOTIONS**

25  QUALYS INC.,                         **Judge: Hon. Yvonne Gonzalez Rogers
                                         Date: January 12, 2021
26                                       Time: 2:00pm
27              Defendant                Location: Zoom Teleconference**[1]

28

_____

[1] Per the Court's Notice regarding Civil Law and Motion Calendars and its Order at D.I. 48.

CASE NO. 4:18-cv-07229-YGR (TSH)                      STIPULATED ADMINISTRATIVE MOTION
                                                        TO WITHDRAW CERTAIN MOTIONS

1      Plaintiff Finjan LLC ("Finjan") and Defendant Qualys Inc. ("Qualys") hereby agree and

2   stipulate to bring this Administrative Motion Under Civil L.R. 7-11 to withdraw the following

3   motions:

4            • Defendant Qualys, Inc.'s Motion for Judgment on the Pleadings (Fed. R. Civ. Proc.

5              12(c)) (Dkt. 124).

6            • The portions of Defendant Qualys, Inc.'s Motion to Strike Plaintiff Finjan LLC's

7              Infringement Contentions (Dkt. 126) that are directed to U.S. Patent Nos. 6,965,968

8              and 8,141,154.

9      On October 22, 2020, Qualys filed a Motion for Judgment on the Pleadings (Fed. R. Civ.

10  Proc. 12(c)) (Dkt. 124) directed to U.S. Patent No. 7,975,305.  On November 5, 2020, Finjan filed

11  an opposition to that motion (Dkt. 132), and on November 12, 2020 Qualys filed a reply in support

12  of that motion (Dkt. 142).

13     On October 30, 2020, Qualys filed a Motion to Strike Plaintiff Finjan LLC's Infringement

14  Contentions (Dkt. 126) directed to U.S. Patent Nos. 6,965,968, 8,141,154, 8,225,408, and

15  8,677,494.  On November 13, 2020, Finjan filed an opposition to that motion (Dkt. 143), and on

16  November 20, 2020, Qualys filed a reply in support of that motion (Dkt. 145).

17     On November 25, 2020, Finjan and Qualys filed a Stipulation and Proposed Order to

18  Dismiss Certain Patents-in-Suit and Counterclaims (Dkt. 148).  Should the Court enter that

19  Proposed Order (Dkt. 148), U.S. Patent Nos. 7,975,305, 6,965,968, and 8,141,154 will no longer

20  be asserted in this case and it will no longer be necessary for the Court to decide (i) Qualys's

21  Motion for Judgment on the Pleadings (Dkt. 124), which is directed to U.S. Patent No. 7,975,305,

22  and (ii) the portions of Qualys's Motion to Strike Plaintiff Finjan LLC's Infringement Contentions

23  (Dkt. 126) that are directed to U.S. Patent Nos. 6,965,968 and 8,141,154.  Because Qualys had

24  filed the reply briefs in support of both of its motions (Dkt. 142, 145) before the parties filed the

25  stipulation (Dkt. 148), Qualys is unable to withdraw the motions under Civil L.R. 7-7(e) and

26

27

28

accordingly brings this administrative motion under Civil L.R. 7-11 to withdraw the above identified motions out of time.[2]

Respectfully submitted,

Dated: December 2, 2020

FISH & RICHARDSON P.C.

By: /s/ Jason W. Wolff
    Jason W. Wolff
    Attorneys for Plaintiff
    FINJAN LLC

WILSON SONSINI GOODRICH & ROSATI

By: /s/ Talin Gordnia
    TALIN GORDNIA
    Attorneys for Defendant
    QUALYS INC.

**CONCURRENCE IN FILING**

I, Talin Gordnia, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: /s/ Talin Gordnia
    TALIN GORDNIA

---

[2] The remainder of Defendant Qualys Inc.'s Motion to Strike Plaintiff Finjan LLC's Infringement Contentions (Dkt. 126), which is directed to U.S. Patent Nos. 8,225,408 and 8,677,494, is not being withdrawn as these patents continue to be asserted in the case.