Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Ryan P. O'Connor (CA SBN 253596)
oconnor@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone:(858) 678-5070 /Fax:(858) 678-5099

Robert P. Courtney (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Phone:(612) 335-5070 /Fax:(612) 288-9696

Proshanto Mukherji (*pro hac vice)*
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Phone:(617) 542-5070/ Fax (617) 542-8906

*Attorneys for Plaintiff*
FINJAN LLC

EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
TALIN GORDNIA (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

*Attorneys for Defendant*
QUALYS INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC, | CASE NO.:  4:18-cv-07229-YGR |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL OF CERTAIN PATENTS-IN-SUIT AND COUNTERCLAIMS** |
| v. | |
| QUALYS INC., | **Judge: Hon. Yvonne Gonzalez Rogers** |
| Defendant | |

1    In an effort to narrow and streamline the issues before the Court, Plaintiff Finjan LLC

2  ("Finjan") and Defendant Qualys Inc. ("Qualys") hereby agree and stipulate:

3    Finjan's claims for infringement of U.S. Patent Nos. 6,965,968, 7,975,305 and 8,141,154

4  (Counts V, VI, IX, X, and XIII of Dkt. No. 1) are dismissed with prejudice pursuant to Federal

5  Rule of Civil Procedure 41(a)(2).

6    Qualys's counterclaims relating to the aforementioned patents (Fifth, Sixth, Ninth, Tenth,

7  Thirteenth, Fourteenth, Sixteenth, Seventeenth, and Eighteenth Counterclaims of Dkt. No. 62, in

8  so far as they relate to the aforementioned patents) are also dismissed.

9    Each party shall bear its own costs and fees pertaining to the dismissed claims.

10    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

11
    Dated: November 25, 2020                              *
12

13

14                                           By: */s/ Jason W. Wolff*
                                                Jason W. Wolff
                                                Attorneys for Plaintiff
15                                              FINJAN LLC

16
                                             WILSON SONSINI GOODRICH & ROSATI
17

18
                                             By: */s/ Ryan R. Smith*
19                                              Ryan R. Smith
                                                Attorneys for Defendant
20                                              QUALYS INC.

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONCURRENCE IN FILING**

I, Jason W. Wolff, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Jason W. Wolff*
Jason W. Wolff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  12/4/2020

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE