| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) <br> brooks@fr.com <br> Roger A. Denning (CA SBN 228998) <br> denning@fr.com <br> Jason W. Wolff (CA SBN 215819) <br> wolff@fr.com <br> Ryan P. O'Connor (CA SBN 253596) <br> oconnor@fr.com <br> Megan A. Chacon (CA SBN 304912) <br> chacon@fr.com <br> FISH & RICHARDSON P.C. <br> 12860 El Camino Real, Suite 400 <br> San Diego, CA 92130 <br> Phone:(858) 678-5070 /Fax:(858) 678-5099 <br><br> Robert P. Courtney (CA SBN 248392) <br> courtney@fr.com <br> FISH & RICHARDSON P.C. <br> 3200 RBC Plaza <br> 60 South 6th Street <br> Minneapolis, MN 55402 <br> Phone:(612) 335-5070 /Fax:(612) 288-9696 <br><br> Proshanto Mukherji (*pro hac vice*) <br> mukherji@fr.com <br> FISH & RICHARDSON P.C. <br> One Marina Park Drive <br> Boston, MA 02210 <br> Phone:(617) 542-5070/ Fax (617) 542-8906 <br> *Attorneys for Plaintiff* <br> FINJAN LLC | EDWARD G. POPLAWSKI (SBN 113590) <br> epoplawski@wsgr.com <br> OLIVIA M. KIM (SBN 228382) <br> okim@wsgr.com <br> TALIN GORDNIA (SBN 274213) <br> tgordnia@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI <br> 633 West Fifth Street, Suite 1550 <br> Los Angeles, CA 90071 <br> Telephone: (323) 210-2900 <br><br> RYAN R. SMITH (SBN 229323) <br> rsmith@wsgr.com <br> CHRISTOPHER D. MAYS (SBN 266510) <br> cmays@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 <br> Telephone:  (650) 493-9300 <br> *Attorneys for Defendant* <br> QUALYS INC. |

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
12/4/20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC, <br><br> Plaintiff, <br><br> v. <br><br> QUALYS INC., <br><br> Defendant | CASE NO.:  4:18-cv-07229-YGR (TSH) <br> ORDER GRANTING <br> **STIPULATED ADMINISTRATIVE MOTION TO WITHDRAW CERTAIN MOTIONS** <br><br> **Judge: Hon. Yvonne Gonzalez Rogers** <br> **Date: January 12, 2021** <br> **Time: 2:00pm** <br> **Location: Zoom Teleconference**[1] |

---

[1] Per the Court's Notice regarding Civil Law and Motion Calendars and its Order at D.I. 48.

Plaintiff Finjan LLC ("Finjan") and Defendant Qualys Inc. ("Qualys") hereby agree and stipulate to bring this Administrative Motion Under Civil L.R. 7-11 to withdraw the following motions:

- Defendant Qualys, Inc.'s Motion for Judgment on the Pleadings (Fed. R. Civ. Proc. 12(c)) (Dkt. 124).
- The portions of Defendant Qualys, Inc.'s Motion to Strike Plaintiff Finjan LLC's Infringement Contentions (Dkt. 126) that are directed to U.S. Patent Nos. 6,965,968 and 8,141,154.

On October 22, 2020, Qualys filed a Motion for Judgment on the Pleadings (Fed. R. Civ. Proc. 12(c)) (Dkt. 124) directed to U.S. Patent No. 7,975,305. On November 5, 2020, Finjan filed an opposition to that motion (Dkt. 132), and on November 12, 2020 Qualys filed a reply in support of that motion (Dkt. 142).

On October 30, 2020, Qualys filed a Motion to Strike Plaintiff Finjan LLC's Infringement Contentions (Dkt. 126) directed to U.S. Patent Nos. 6,965,968, 8,141,154, 8,225,408, and 8,677,494. On November 13, 2020, Finjan filed an opposition to that motion (Dkt. 143), and on November 20, 2020, Qualys filed a reply in support of that motion (Dkt. 145).

On November 25, 2020, Finjan and Qualys filed a Stipulation and Proposed Order to Dismiss Certain Patents-in-Suit and Counterclaims (Dkt. 148). Should the Court enter that Proposed Order (Dkt. 148), U.S. Patent Nos. 7,975,305, 6,965,968, and 8,141,154 will no longer be asserted in this case and it will no longer be necessary for the Court to decide (i) Qualys's Motion for Judgment on the Pleadings (Dkt. 124), which is directed to U.S. Patent No. 7,975,305, and (ii) the portions of Qualys's Motion to Strike Plaintiff Finjan LLC's Infringement Contentions (Dkt. 126) that are directed to U.S. Patent Nos. 6,965,968 and 8,141,154. Because Qualys had filed the reply briefs in support of both of its motions (Dkt. 142, 145) before the parties filed the stipulation (Dkt. 148), Qualys is unable to withdraw the motions under Civil L.R. 7-7(e) and

accordingly brings this administrative motion under Civil L.R. 7-11 to withdraw the above identified motions out of time.[2]

Respectfully submitted,

Dated: December 2, 2020

FISH & RICHARDSON P.C.

By: */s/ Jason W. Wolff*
    Jason W. Wolff
    Attorneys for Plaintiff
    FINJAN LLC

WILSON SONSINI GOODRICH & ROSATI

By: */s/ Talin Gordnia*
    TALIN GORDNIA
    Attorneys for Defendant
    QUALYS INC.

### CONCURRENCE IN FILING

I, Talin Gordnia, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: */s/ Talin Gordnia*
    TALIN GORDNIA

---

[2] The remainder of Defendant Qualys Inc.'s Motion to Strike Plaintiff Finjan LLC's Infringement Contentions (Dkt. 126), which is directed to U.S. Patent Nos. 8,225,408 and 8,677,494, is not being withdrawn as these patents continue to be asserted in the case.