| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>Megan A. Chacon (CA SBN 304912)<br>chacon@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Phone:(858) 678-5070 /Fax:(858) 678-5099<br><br>Robert P. Courtney (CA SBN 248392)<br>courtney@fr.com<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South 6th Street<br>Minneapolis, MN 55402<br>Phone:(612) 335-5070 /Fax:(612) 288-9696<br><br>Proshanto Mukherji (*pro hac vice*)<br>mukherji@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02210<br>Phone:(617) 542-5070/ Fax (617) 542-8906<br><br>*Attorneys for Plaintiff*<br>FINJAN LLC | EDWARD G. POPLAWSKI (SBN 113590)<br>epoplawski@wsgr.com<br>OLIVIA M. KIM (SBN 228382)<br>okim@wsgr.com<br>TALIN GORDNIA (SBN 274213)<br>tgordnia@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071<br>Telephone: (323) 210-2901<br><br>RYAN R. SMITH (SBN 229323)<br>rsmith@wsgr.com<br>CHRISTOPHER D. MAYS (SBN 266510)<br>cmays@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br><br>*Attorneys for Defendant*<br>QUALYS INC. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>QUALYS INC.,<br><br>            Defendant | CASE NO.:  4:18-cv-07229-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER RE PARTIAL DISMISSAL OF CERTAIN CLAIMS OF U.S. PATENT NOS. 6,154,844 AND 7,418,731**<br><br>**Judge: Hon. Yvonne Gonzalez Rogers** |

In an effort to narrow and streamline the issues before the Court, Plaintiff Finjan LLC ("Finjan") and Defendant Qualys Inc. ("Qualys") hereby agree and stipulate:

Finjan's claims for infringement of claims 2, 3, 9, 21, 22, 23, 32, 42 and 44 of U.S. Patent No. 6,154,844 and claims 1, 2, 14 and 15 of U.S. Patent No. 7,418,731 are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Qualys's counterclaims relating to claims 2, 3, 9, 21, 22, 23, 32, 42 and 44 of U.S. Patent No. 6,154,844 and claims 1, 2, 14 and 15 of U.S. Patent No. 7,418,731 are also dismissed.

Each party shall bear its own costs and fees pertaining to the dismissed claims.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: January 8, 2021                         *

By: /s/ Jason W. Wolff
    Jason W. Wolff
    Attorneys for Plaintiff
    FINJAN LLC

WILSON SONSINI GOODRICH & ROSATI

By: /s/ Ryan R. Smith
    Ryan R. Smith
    Attorneys for Defendant
    QUALYS INC.

**CONCURRENCE IN FILING**

I, Jason W. Wolff, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

                        */s/ Jason W. Wolff*
                        Jason W. Wolff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                        Yvonne Gonzalez Rogers
                        UNITED STATES DISTRICT JUDGE