JUANITA R. BROOKS (SBN 75934)
brooks@fr.com
JASON W. WOLFF (SBN 215819)
wolff@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:  (858) 678-5070
Fax:  (858) 678-5099

ROBERT P. COURTNEY (SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Fax:  (612) 288-9696

*Attorneys for Plaintiff*
FINJAN LLC

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
TALIN GORDNIA (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile:  (866) 974-7329

*Attorneys for Defendant*
QUALYS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALYS INC.,<br><br>　　　　Defendant. | Case No.: 4:18-cv-07229-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**<br><br>Date Complaint Filed: November 29, 2018<br><br>Trial Date:  None Set |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Finjan LLC ("Finjan") and Defendant
2  Qualys Inc. ("Qualys") (collectively, "the Parties"), hereby jointly stipulate and respectfully request that
3  the Court amend the case schedule.
4  In support of these stipulated requests, the Parties jointly state as follows:
5  WHEREAS, one of Qualys's attorneys will be undergoing surgery and will need some time to
6  recover before taking expert depositions, the parties have conferred and agreed that, subject to the
7  Court's approval, the case schedule should be amended as set forth below in order to account for the
8  recovery of Qualys's attorney;
9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel
10  for Finjan and Qualys that the deadlines set forth below be amended as follows:

| Event | Previous Date | Agreed Proposed Date/Deadline |
|---|---|---|
| Close of expert discovery | 1 month after the service of rebuttal expert reports | March 5, 2021 (changed from February 12, 2021) |
| Last day for a pre-filing conference on summary judgment motions | three weeks after the close of expert discovery | March 26, 2021 (changed from March 5, 2021) |
| Plaintiff's opening summary judgment briefs | three weeks after the pre-filing conference on summary judgment motions | No change |
| Defendant's opposition summary judgment briefs and cross motion for summary judgment | three weeks after Plaintiff's opening summary judgment brief | No change |
| Plaintiff's reply summary judgment briefs and opposition to Defendant's cross motion for summary judgment | three weeks after Defendant's opposition summary judgment brief | No change |
| Defendant's reply for its cross motion for summary judgment | three weeks after Plaintiff's opposition summary judgment brief | No change |
| Summary judgment hearing | Subject to the Court's availability | No change |
| Final Pretrial Conference | Subject to the Court's availability | No change |
| Trial | Subject to the Court's availability | No change |

Dated: January 22, 2021

　　　　/s/ Jason W. Wolff
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES　　　　CASE NO: 4:18-cv-07229-YGR

| | |
|---|---|
| Dated: January 22, 2021 | */s/ Ryan R. Smith*<br>Ryan R. Smith (SBN 229323)<br>rsmith@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document

*/s/ Ryan R. Smith*
Ryan R. Smith

# [PROPOSED] ORDER

Pursuant to the parties' Stipulation, it is hereby ordered that the deadlines set forth below are extended as follows:

| Event | Amended Deadline |
|---|---|
| Close of expert discovery | March 5, 2021 |
| Last day for a pre-filing conference on summary judgment motions | March 26, 2021 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Yvonne Gonzalez Rogers
United States District Court Judge