JUANITA R. BROOKS (SBN 75934)
brooks@fr.com
JASON W. WOLFF (SBN 215819)
wolff@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Fax: (858) 678-5099

ROBERT P. COURTNEY (SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Fax: (612) 288-9696

*Attorneys for Plaintiff*
FINJAN LLC

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
TALIN GORDNIA (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendant*
QUALYS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUALYS INC.,<br><br>　　　　　Defendant. | Case No.: 4:18-cv-07229-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**<br>\*As Modified by the Court \*<br>Date Complaint Filed: November 29, 2018<br><br>Trial Date:  None Set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Finjan LLC ("Finjan") and Defendant Qualys Inc. ("Qualys") (collectively, "the Parties"), hereby jointly stipulate and respectfully request that the Court amend the case schedule.

In support of these stipulated requests, the Parties jointly state as follows:

WHEREAS, one of Qualys's attorneys will be undergoing surgery and will need some time to recover before taking expert depositions, the parties have conferred and agreed that, subject to the Court's approval, the case schedule should be amended as set forth below in order to account for the recovery of Qualys's attorney;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Finjan and Qualys that the deadlines set forth below be amended as follows:

| Event | Previous Date | Agreed Proposed Date/Deadline |
|---|---|---|
| Close of expert discovery | 1 month after the service of rebuttal expert reports | March 5, 2021 (changed from February 12, 2021) |
| Last day for a pre-filing conference on summary judgment motions | three weeks after the close of expert discovery | March 26, 2021 (changed from March 5, 2021) |
| Plaintiff's opening summary judgment briefs | three weeks after the pre-filing conference on summary judgment motions | No change |
| Defendant's opposition summary judgment briefs and cross motion for summary judgment | three weeks after Plaintiff's opening summary judgment brief | No change |
| Plaintiff's reply summary judgment briefs and opposition to Defendant's cross motion for summary judgment | three weeks after Defendant's opposition summary judgment brief | No change |
| Defendant's reply for its cross motion for summary judgment | three weeks after Plaintiff's opposition summary judgment brief | No change |
| Summary judgment hearing | Subject to the Court's availability | No change |
| Final Pretrial Conference | Subject to the Court's availability | No change |
| Trial | Subject to the Court's availability | No change |

Dated: January 22, 2021

/s/ Jason W. Wolff
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

| | |
|---|---|
| Dated: January 22, 2021 | /s/ Ryan R. Smith<br>Ryan R. Smith (SBN 229323)<br>rsmith@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document

/s/ Ryan R. Smith
Ryan R. Smith

As Modified by the Court
# [PROPOSED] ORDER

Pursuant to the parties' Stipulation, it is hereby ordered that the deadlines set forth below are extended as follows:

| Event | Amended Deadline |
|---|---|
| Close of expert discovery | March 5, 2021 |
| Last day for a pre-filing conference on summary judgment motions | March 26, 2021 |

PURSUANT TO STIPULATION, IT IS SO ORDERED with following caveat: Parties are advised that by seeking to move the dates relative to any summary judgment motion, they are effectively eliminating three weeks for the Court to render a decision before trial filings are due. Those deadlines will not be moved and the Court makes no guarantee that a decision will be final in time to avoid dual tracking.

Dated: January 25 2021

_____
Yvonne Gonzalez Rogers
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER    CASE NO: 4:18-cv-07229-YGR
TO EXTEND DEADLINES