Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 /Fax: (858) 678-5099

Robert P. Courtney (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Phone: (612) 335-5070 /Fax: (612) 288-9696

Proshanto Mukherji (*pro hac vice*)
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Phone: (617) 542-5070/ Fax (617) 542-8906

*Attorneys for Plaintiff*
FINJAN, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>QUALYS INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:18-cv-07229-YGR (TSH)<br>Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF JASON W. WOLFF IN SUPPORT OF QUALYS INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF QUALYS'MOTION TO STRIKE PORTIONS OF PLAINTIFF FINJAN LLC'S INFRINGEMENT AND DAMAGES EXPERT REPORTS, AND EXHIBITS 1-3, 8-9, AND 12** |

I, Jason W. Wolff, hereby declare and state as follows:

1. I am a principal in the law firm of Fish & Richardson P.C., counsel of record for Plaintiff Finjan, LLC in the above-captioned matter. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. As required under Civil L.R. 79-5(d)(1)(A), Civil L.R. 79-5(e), and this Court's Standing Order, the basis for asserting confidentiality and the grounds for filing under seal the documents listed below are as follows:

3. Sealed Exhibit 3 to the Declaration of Christopher Mays in Support of [Qualys'] Administrative Motion to File Documents Under Seal (ECF No. 156-1, "Mays Declaration") includes confidential and proprietary financial and licensing information relating to agreements between Finjan, LLC and multiple non-parties to the litigation. The agreements upon which the information disclosed in Exhibit 3 is based are designated as confidential information with disclosure obligations to non-parties to maintain their confidentiality. Accordingly, the summary royalty rate information found at:

- page 3, middle paragraph revealing % rates;
- page 4, penultimate paragraph identifying % rates;
- page 91, Table 6, "Impact" field for GP factors 1 and 4 revealing % rates as well as the rates in the first sentence of paragraph 126; and at
- page 92, second to last sentence of item "(2)" revealing % rates

is all information reflecting confidential licensing and financial information of Finjan, LLC and its licensees that falls under the protective order. Moreover, it is not material for the resolution of the pending motion, so the public would not be harmed by not having this confidential financial information. Accordingly, good cause and compelling reasons exist to seal the rate information found at pages 3, 4, 91 and 92 of Exhibit 3 to the Mays Declaration.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on January 26, 2021, in San Diego, California.

*/s/ Jason W. Wolff*
Jason W. Wolff (CA SBN 215819)
wolff@fr.com

1   DECL. OF WOLFF ISO QUALYS' ADMIN MFUS
Case No. 4:18-cv-07229-YGR (TSH)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 26, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

                                                              /s/ *Jason W. Wolff*
                                                              Jason W. Wolff