EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
TALIN GORDNIA (SBN 274213)
tgordnia@wsgr.com
STEPHANIE CHENG (SBN 319856)
stephanie.cheng@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

*Attorneys for Defendant*
QUALYS INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC<br><br>Plaintiff,<br><br>v.<br><br>QUALYS INC.,<br><br>Defendant. | CASE NO.: 4:18-cv-07229-YGR (TSH)<br><br>**NOTICE TO THE COURT REGARDING INVALIDITY DECISION IN COPENDING CASE OF PATENT-IN-SUIT** |

Defendant Qualys, Inc. ("Qualys") wishes to notify the Court regarding a Decision issued this week (on March 23, 2021) by the Honorable Cathy Ann Bencivengo of the Southern District of California in the case captioned *Finjan, Inc. v. ESET, LLC*, Case No. 3:17-cv-0183-CAB-BGS (Dkt. No. 864, also attached to this Notice as Exhibit A) (the "Decision"). In the Decision, the court granted ESET's motion for summary judgment that five Finjan patents are invalid as indefinite pursuant to 35 U.S.C. § 112 based on the term "Downloadable." Among the invalidated patents were (1) U.S. Patent No. 6,154,844 (asserted here); and (2) U.S. Patent No. 8,079,086, which is the direct parent to U.S. Patent No. 8,677,494 (also asserted here).

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

Dated: March 25, 2021

By: */s/ Christopher D. Mays*
CHRISTOPHER D. MAYS

*Counsel for*
QUALYS INC.