| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>Ryan P. O'Connor (CA SBN 253596)<br>oconnor@fr.com<br>Megan A. Chacon (CA SBN 304912)<br>chacon@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Phone:(858) 678-5070 /Fax:(858) 678-5099<br><br>Robert P. Courtney (CA SBN 248392)<br>courtney@fr.com<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South 6th Street<br>Minneapolis, MN 55402<br>Phone:(612) 335-5070 /Fax:(612) 288-9696<br><br>Proshanto Mukherji (*pro hac vice*)<br>mukherji@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02210<br>Phone:(617) 542-5070/ Fax (617) 542-8906<br><br>*Attorneys for Plaintiff*<br>FINJAN LLC | EDWARD G. POPLAWSKI (SBN 113590)<br>epoplawski@wsgr.com<br>OLIVIA M. KIM (SBN 228382)<br>okim@wsgr.com<br>TALIN GORDNIA (SBN 274213)<br>tgordnia@wsgr.com<br>STEPHANIE CHENG (SBN 319856)<br>stephanie.cheng@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071<br>Telephone: (323) 210-2901<br><br>RYAN R. SMITH (SBN 229323)<br>rsmith@wsgr.com<br>CHRISTOPHER D. MAYS (SBN 266510)<br>cmays@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br><br>*Attorneys for Defendant*<br>QUALYS INC. |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>QUALYS INC.,<br><br>        Defendant | CASE NO.:  4:18-cv-07229-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER RE PARTIAL DISMISSAL OF CLAIM 29 OF U.S. PATENT NO. 8,225,408**<br><br>**Judge: Hon. Yvonne Gonzalez Rogers** |

1  In an effort to narrow and streamline the issues before the Court, Plaintiff Finjan LLC
2  ("Finjan") and Defendant Qualys Inc. ("Qualys") hereby agree and stipulate:

3  Finjan's claims for infringement of claims 29 of U.S. Patent No. 8,225,408 are dismissed
4  with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

5  Qualys's counterclaims relating to claim 29 of U.S. Patent No. 8,225,408 ("the '408
6  Patent") are also dismissed.  This moots the following: (1) portions of Section III.B that pertain to
7  claim 29 of the '408 Patent and Section III.C in Qualys's Motion to Strike Finjan's Infringement
8  and Damages Expert Reports (Dkt. No. 158 at 5:22-8:18 and 10:1-12:2); and (2) portions of
9  Section IV.B that pertain to Claim 29 of the '408 Patent in Qualys's Motion to Strike Finjan's
10 Infringement Contentions (Dkt. No. 126 at 6:13-8:13).

11 Each party shall bear its own costs and fees pertaining to the dismissed claims.

12 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

13
   Dated: March 29, 2021                              *
14

15
                                          By: */s/ Jason W. Wolff*
16                                            Jason W. Wolff
                                              Attorneys for Plaintiff
17                                            FINJAN LLC

18

19

20                                        By: */s/ Ryan R. Smith*
                                              Ryan R. Smith
21                                            Attorneys for Defendant
                                              QUALYS INC.
22

23

24

25

26

27

28

**CONCURRENCE IN FILING**

I, Jason W. Wolff, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                       */s/ Jason W. Wolff*
                                       Jason W. Wolff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____
                                          Yvonne Gonzalez Rogers
                                       UNITED STATES DISTRICT JUDGE