# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 3/26/2021 | **Time:** 2:00pm-3:12pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 18-cv-07229-YGR | **Case Name:** Finjan Inc. v Qualys, Inc. | |

**Attorney for Plaintiff:** Jason Wolff, Juanita Brooks and Richard Courtney
Julie Mar-Spinola in house counsel for Finjan

**Attorney for Defendant:** Christopher Mays, Ryan Smith and Talin Gordnia

**Deputy Clerk:** Frances Stone            **Court Reporter:** Diane Skillman

## PROCEEDINGS
Pre-filing Conference re Summary Judgment- HELD via Zoom Webinar.


Following the Court's ruling on the pending Motion:
Plaintiff Finjan to file Summary Judgment Motion two weeks from the Court's Ruling.
Qualys Single Brief Opposition to Motion and Cross- Motion for Summary Judgment filed 3 weeks after Plaintiff's filing
Plaintiff's Single Brief Reply to its own Motion and Opposition to Cross-Motion for Summary Judgment filed 3 weeks after
Defendant's Reply Only in Support of its Cross-Motion filed 3 weeks after.


As to the 844 Patent re Motion pending in another Court- Counsel will file Joint stipulation when there is a ruling on that motion.
Counsel ordered to meet and confer as to filing of Daubert Motions. If filed Daubert Motions should be filed after Summary Judgment Motions.