UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FINJAN, INC.,**<br>　　　Plaintiff**,**<br>　　vs.<br>**QUALYS INC.,**<br>　　　Defendant**.** | CASE NO.  4:18-cv-07229-YGR<br><br>**ORDER DENYING MOTION TO SEAL**<br>Re: Dkt. No. 175 |

Finjan seeks to seal portions of its responsive letter regarding summary judgment on the grounds that Qualys designated certain information as confidential under the protective order. (Dkt. No. 175.)  Confidentiality designations are insufficient to justify sealing.  *See* Civ. L. R. 79-5(d)(1)(A).  Qualys, as the designating party, indicates that it does not wish to keep the letter sealed.  (*See* Dkt. No. 182.)  Accordingly, Finjan's motion to seal is **DENIED**.  Finjan shall file an unredacted version of the letter within seven days.

**IT IS SO ORDERED.**

Dated:  April 5, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**