| | |
|---|---|
| EDWARD G. POPLAWSKI (SBN 113590) | RYAN R. SMITH (SBN 229323) |
| epoplawski@wsgr.com | rsmith@wsgr.com |
| OLIVIA M. KIM (SBN 228382) | CHRISTOPHER D. MAYS (SBN 266510) |
| okim@wsgr.com | cmays@wsgr.com |
| TALIN GORDNIA (SBN 274213) | WILSON SONSINI GOODRICH & ROSATI |
| tgordnia@wsgr.com | Professional Corporation |
| STEPHANIE C. CHENG (SBN 319856) | 650 Page Mill Road |
| stephanie.cheng@wsgr.com | Palo Alto, CA 94304-1050 |
| WILSON SONSINI GOODRICH & ROSATI | Telephone: (650) 493-9300 |
| Professional Corporation | Facsimile: (650) 493-6811 |
| 633 West Fifth Street, Suite 1550 | |
| Los Angeles, CA 90071 | |
| Telephone: (323) 210-2901 | |
| Facsimile: (866) 974-7329 | |

*Attorneys for Defendant*
QUALYS INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC, | CASE NO.: 4:18-cv-07229-YGR |
| Plaintiff, | **QUALYS INC.'S RESPONSE TO FINJAN LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| QUALYS INC., | |
| Defendant. | |

Plaintiff Finjan LLC's ("Finjan") Administrative Motion to File Under Seal (D.I. 197) seeks to seal highlighted portions of its Opposition to Qualys Inc.'s Renewed Motion to Strike Portions of Plaintiff's Infringement Expert Reports ("Finjan's Opposition") as detailed in the Declaration of K. Nicole Williams (D.I. 197); the entirety of Exhibit A to the Declaration of Lawrence R. Jarvis ("Jarvis Declaration") (Excerpts from the Rebuttal Expert Report of Dr. Avi Rubin Regarding U.S. Patent No. 8,225,408 dated January 12, 2020); the entirety of Exhibit C to the Jarvis Declaration (Excerpts from the Expert Report of Nenad Medvidovic, Ph.D. dated December 1, 2020); and the entirety of Exhibit E to the Jarvis Declaration (Excerpts from Vulnerability Spreadsheet QUALYS-RUBIN0911).

Qualys does not maintain a claim of confidentiality over the highlighted portions of Finjan's Opposition or over Exhibits A, C, and E to the Jarvis Declaration. More specifically, Qualys does not maintain confidentiality claims over the highlighted portions of Finjan's Opposition at 4:17-18; 6:1-9; 6:26-28; 7:1-4; and 8:6-8. 1. However, Qualys does maintain confidentiality claims over the underlying documents that the highlighted portions were quoted from and the underlying documents that Exhibits A, C, and E were excerpted from.

Because Qualys does not maintain a claim of confidentiality over the highlighted portions of Finjan's Opposition or Exhibits A, C, and E, Finjan's Administrative Motion to File Under Seal should be denied.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

Dated: May 24, 2021    By:   */s/ Christopher D. Mays*
Christopher D. Mays

*Counsel for*
QUALYS INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 24, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

/s/ *Christopher D. Mays*
Christopher D. Mays