EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
okim@wsgr.com
TALIN GORDNIA (SBN 274213)
tgordnia@wsgr.com
STEPHANIE C. CHENG (SBN 319856)
stephanie.cheng@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 493-6811

*Attorneys for Defendant*
QUALYS INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>   Plaintiff,<br><br> v.<br><br>QUALYS INC.,<br><br>   Defendant. | CASE NO.: 4:18-cv-07229-YGR (TSH)<br><br>**DEFENDANT QUALYS INC.'S OPPOSITION TO FINJAN LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A COMBINED REPLY AND OPPOSITION TO QUALYS'S MOTION FOR SUMMARY JUDGMENT OF NO MORE THAN 25 PAGES** |

Qualys Inc. ("Qualys") opposes Finjan LLC's ("Finjan") Administrative Motion For Leave to File a Combined Reply and Opposition to Qualys's Motion for Summary Judgment of No More than 25 Pages (D.I. 203). The Motion is a belated 11th-hour attempt by Finjan to change the ground rules for the parties' summary judgment briefing and should be denied as unfairly prejudicial to Qualys.

Finjan raised this issue for the first time only hours before filing its overlong brief. But the Court's direction is clear. Finjan was allotted 25 pages for its one summary judgment motion, and Qualys was allotted 25 pages **combined** for its opposition and single cross-motion. Standing Order in Civil Cases ("S.O.") at ¶¶ 9b, 9e; *see also* D.I. 160 at 3; Ex. 1, Pre-Filing Conference Tr. at 42:11-15[1]. Finjan was then allotted 15 pages for a **combined** reply to its motion and opposition to Qualys's cross motion. S.O. at ¶ 9e; Ex. 1 at 42:18-20; 42:24-25

The parties fully discussed the issues to be presented at Summary Judgment during the Pre-Filing Conference. *See generally* Ex. 1. Had Finjan legitimately believed it required additional pages for its combined reply and opposition to address the issues raised by Qualys's motion, Finjan could (and should) have raised those issues either at the Pre-Filing Conference or at least before Qualys's combined opposition and cross-motion were due, so that the parties could meaningfully meet and confer to reach a mutually acceptable arrangement. Instead, Finjan remained silent until the final hours before its brief was due, and well after the window had elapsed for Qualys to discuss, negotiate, and/or seek a reciprocal page-limit extension of its own combined summary judgment brief. Finjan's belated and unilateral page limit extension thus prejudices Qualys and should be denied.

Finjan argues that the Court's Orders do not apply because Qualys's cross-motion does not merely counter the same legal issues raised in Finjan's opening brief (and so, according to Finjan, it is not a "cross-motion" according to the Court's Standing Orders). Of course, Finjan's interpretation of the term "cross-motion" is unsupported and is inconsistent with the Court's Orders, its instructions to the parties at the Pre-Filing Conference, and the Minutes thereto. *See*

---

[1] "Ex." refers to the exhibits to the Mays Declaration, filed herewith.

S.O. at ¶¶ 9b, 9e; D.I. 160 at 3; Ex. 1 at 42:11-15; D.I. 186 (Minutes of Pre-Filing Conference stating that Qualys was to file a "Single Brief Opposition to Motion and Cross-Motion for Summary Judgment" and Finjan was to file a "Single Reply Brief to its own Motion and Opposition to Cross-Motion for Summary Judgment."). There is no surprise here: Finjan knew exactly which issues Qualys intended to seek summary judgment on and that those issues were different from the ones Finjan raised in its opening brief. Qualys objects to Finjan's thread-bare attempt to deflect blame on to Qualys for Finjan's own failure to timely raise this issue.

For the foregoing reasons, Qualys requests that the Court deny Finjan's motion.

|  |  |
|---|---|
| Dated: June 7, 2021 | Respectfully submitted,<br><br>WILSON SONSINI GOODRICH & ROSATI<br><br>By: /s/ Christopher D. Mays<br>CHRISTOPHER D. MAYS<br><br>*Counsel for*<br>QUALYS INC. |