UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>QUALYS INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:18-cv-07229-YGR (TSH)<br><br>[PROPOSED] ORDER GRANTING FINJAN LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A COMBINED REPLY AND OPPOSITION TO QUALYS'S MOTION FOR SUMMARY JUDGMENT OF NO MORE THAN 25 PAGES **As Modified*** |

This matter comes before the Court on Finjan LLC's Finjan LLC's Administrative Motion For Leave To File A Combined Reply and Opposition To Qualys's Motion For Summary Judgment Of No More Than 25 Pages, and finding good cause shown, IT IS HEREBY ORDERED that Finjan's Motion is GRANTED. Future motions for leave will be denied unless sought *in advance* of the related filing.

IT IS SO ORDERED.

Dated: June 11, 2021

_____
Hon. Yvonne Gonzalez Rogers
United States District Court

1    [PROPOSED] ORDER GRANTING FINJAN LLC'S
ADMINISTRATIVE MOTION FOR LEAVE TO
FILE COMBINED BRIEF
Case No. 4:18-cv-07229-YGR (TSH)