| | | |
|---|---|---|
| 1 | EDWARD G. POPLAWSKI (SBN 113590) | JUANITA R. BROOKS (CA SBN 75934) |
| | epoplawski@wsgr.com | brooks@fr.com |
| 2 | OLIVIA M. KIM (SBN 228382) | ROGER A. DENNING (CA SBN 228998) |
| 3 | okim@wsgr.com | denning@fr.com |
| | TALIN GORDNIA (SBN 274213) | JASON W. WOLFF (CA SBN 215819) |
| 4 | tgordnia@wsgr.com | wolff@fr.com |
| | STEPHANIE C. CHENG (SBN 319856) | MEGAN A. CHACON (CA SBN 304912) |
| 5 | stephanie.cheng@wsgr.com | chacon@fr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI | K. NICOLE WILLIAMS (CA SBN 291900) |
| | Professional Corporation | nwilliams@fr.com |
| 7 | 633 West Fifth Street, Suite 1550 | FISH & RICHARDSON P.C. |
| | Los Angeles, CA 90071 | 12860 El Camino Real, Suite 400 |
| 8 | Telephone: (323) 210-2900 | San Diego, CA 92130 |
| | Facsimile: (866) 974-7329 | Phone: (858) 678-5070 /Fax: (858) 678-5099 |

RYAN R. SMITH (SBN 229323)
rsmith@wsgr.com
CHRISTOPHER D. MAYS (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 493-6811

*Attorneys for Defendant*
QUALYS INC.

ROBERT P. COURTNEY (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Phone: (612) 335-5070 /Fax: (612) 288-9696

PROSHANTO MUKHERJI (PRO HAC VICE)
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Phone: (617) 542-5070/ Fax (617) 542-8906

AAMIR A. KAZI (PRO HAC VICE)
kazi@fr.com
LAWRENCE R. JARVIS (PRO HAC VICE)
jarvis@fr.com
Fish and Richardson P.C.
1180 Peachtree Street Ne 21st Floor
Atlanta, GA 30309
Phone: (404) 879-7238/ Fax: 404-892-5002

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN LLC | CASE NO.: 4:18-cv-07229-YGR (TSH) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT REQUEST TO STAY LITIGATION** |
| v. | |
| QUALYS INC., | |
| Defendant. | |

To preserve the resources of the parties and in the interest of judicial economy, the Court grants the joint request to stay the litigation pending completion of any appellate review of the District Court's amended order (Dkt. No. 869) of March 29, 2021, in *Finjan v. ESET* (S.D. Cal. Case No. 17-cv-0183).

IT IS SO ORDERED.

Dated: _____

                                                Hon. Yvonne Gonzalez Rogers
                                                United States District Court