| | |
|---|---|
| EDWARD G. POPLAWSKI (SBN 113590) | JUANITA R. BROOKS (CA SBN 75934) |
| epoplawski@wsgr.com | brooks@fr.com |
| OLIVIA M. KIM (SBN 228382) | ROGER A. DENNING (CA SBN 228998) |
| okim@wsgr.com | denning@fr.com |
| TALIN GORDNIA (SBN 274213) | JASON W. WOLFF (CA SBN 215819) |
| tgordnia@wsgr.com | wolff@fr.com |
| STEPHANIE C. CHENG (SBN 319856) | MEGAN A. CHACON (CA SBN 304912) |
| stephanie.cheng@wsgr.com | chacon@fr.com |
| WILSON SONSINI GOODRICH & ROSATI | K. NICOLE WILLIAMS (CA SBN 291900) |
| Professional Corporation | nwilliams@fr.com |
| 633 West Fifth Street, Suite 1550 | FISH & RICHARDSON P.C. |
| Los Angeles, CA 90071 | 12860 El Camino Real, Suite 400 |
| Telephone: (323) 210-2900 | San Diego, CA 92130 |
| Facsimile: (866) 974-7329 | Phone: (858) 678-5070 /Fax: (858) 678-5099 |
| | |
| RYAN R. SMITH (SBN 229323) | ROBERT P. COURTNEY (CA SBN 248392) |
| rsmith@wsgr.com | courtney@fr.com |
| CHRISTOPHER D. MAYS (SBN 266510) | FISH & RICHARDSON P.C. |
| cmays@wsgr.com | 3200 RBC Plaza |
| WILSON SONSINI GOODRICH & ROSATI | 60 South 6th Street |
| Professional Corporation | Minneapolis, MN 55402 |
| 650 Page Mill Road | Phone: (612) 335-5070 /Fax: (612) 288-9696 |
| Palo Alto, CA 94304-1050 | |
| Telephone: (650) 493-9300 | PROSHANTO MUKHERJI (PRO HAC VICE) |
| Facsimile:  (650) 493-6811 | mukherji@fr.com |
| | FISH & RICHARDSON P.C. |
| *Attorneys for Defendant* | One Marina Park Drive |
| QUALYS INC. | Boston, MA 02210 |
| | Phone: (617) 542-5070/ Fax (617) 542-8906 |
| | |
| | AAMIR A. KAZI (PRO HAC VICE) |
| | kazi@fr.com |
| | LAWRENCE R. JARVIS (PRO HAC VICE) |
| | jarvis@fr.com |
| | Fish and Richardson P.C. |
| | 1180 Peachtree Street Ne 21st Floor |
| | Atlanta, GA 30309 |
| | Phone: (404) 879-7238/ Fax: 404-892-5002 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| FINJAN LLC | ) | CASE NO.: 4:18-cv-07229-YGR (TSH) |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER GRANTING JOINT REQUEST TO STAY LITIGATION** |
| v. | ) | |
| QUALYS INC., | ) | |
| Defendant. | ) | |

To preserve the resources of the parties and in the interest of judicial economy, the Court grants the joint request to stay the litigation pending completion of any appellate review of the District Court's amended order (Dkt. No. 869) of March 29, 2021, in *Finjan v. ESET* (S.D. Cal. Case No. 17-cv-0183).

IT IS SO ORDERED.

Dated:   June 17, 2021

Hon. Yvonne Gonzalez Rogers
United States District Court