UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FINJAN LLC,**<br><br>　　　Plaintiff,<br><br>　vs.<br><br>**QUALYS INC.,**<br><br>　　　Defendant. | CASE NO. 4:18-cv-07229-YGR<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

　　　This case was stayed on June 17, 2021. (Dkt. No. 209). The Court understands that the appeal of the District Court's amended order (Dkt. No. 869) of March 29, 2021, in *Finjan v. ESET* (S.D. Cal. Case No. 17-cv-0183) is ongoing. Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **ADMINISTRATIVELY CLOSED** for statistical purposes only. Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 10 (ten) days of the resolution of the appeal, the parties shall file a **JOINT STATEMENT** with this Court advising whether the case should be terminated and/or other actions which should be taken.

　　　In light of the following, the motions at Docket Numbers 195 and 201 are deemed withdrawn without prejudice to them being refiled upon completion of the appeal.

　　　**IT IS SO ORDERED.**

Dated: March 7, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE