Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone:(858) 678-5070 /Fax:(858) 678-5099

Robert P. Courtney (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street
Minneapolis, MN 55402
Phone:(612) 335-5070 /Fax:(612) 288-9696

*Attorneys for Plaintiff*
FINJAN LLC

Edward G. Poplawski (SBN 113590)
epoplawski@wsgr.com
Olivia M. Kim (SBN 228382)
okim@wsgr.com
Talin Gordnia (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Christopher D. Mays (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

*Attorneys for Defendant*
QUALYS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br>QUALYS INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:18-cv-07229-YGR (TSH)<br><br>**JOINT STATUS REPORT REGARDING OUTCOME OF APPEAL IN *FINJAN V. ESET*** <br><br>JUDGE: Hon. Yvonne Gonzalez Rogers<br>PLACE: Courtroom 1, 4th Floor |

Pursuant to this Court's order entered on March 7, 2022 (Dkt. No. 207) the parties file this joint status report regarding the outcome of the appeal in *Finjan LLC v. ESET, LLC, et al.* (S.D. Cal. C.A. No. 17-cv-0183) ("ESET Action").

On June 17, 2021, in order to preserve the resources of the parties and in the interest of judicial economy, this Court entered an order staying this litigation pending completion of any appellate review of the District Court's amended order (Dkt. No. 869) of March 29, 2021 in *Finjan LLC v. ESET, LLC, et al.* (S.D. Cal. Case No. 17-cv-0183.)

On November 1, 2022, the Federal Circuit in the ESET Action reversed the district court's summary judgment order finding multiple patents invalid under 35 U.S.C. § 112 for indefiniteness ("ESET Order").   ESET's rehearing petition was denied, and the Federal Circuit issued its mandate on January 3, 2023.

After meeting and conferring over the issues, the parties request that this Court set a status conference at the Court's convenience.

Dated: January 12, 2023
　　　　　　　　　　　　　　　　　　　　　*/s/ Juanita R. Brooks*
　　　　　　　　　　　　　　　　　　　　　Juanita R. Brooks (CA SBN 75934)
　　　　　　　　　　　　　　　　　　　　　brooks@fr.com
　　　　　　　　　　　　　　　　　　　　　Roger A. Denning (CA SBN 228998)
　　　　　　　　　　　　　　　　　　　　　denning@fr.com
　　　　　　　　　　　　　　　　　　　　　Jason W. Wolff (CA SBN 215819)
　　　　　　　　　　　　　　　　　　　　　wolff@fr.com
　　　　　　　　　　　　　　　　　　　　　Megan A. Chacon (CA SBN 304912)
　　　　　　　　　　　　　　　　　　　　　chacon@fr.com
　　　　　　　　　　　　　　　　　　　　　K. Nicole Williams (CA SBN 291900)
　　　　　　　　　　　　　　　　　　　　　nwilliams@fr.com
　　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　　　12860 El Camino Real, Suite 400
　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92130
　　　　　　　　　　　　　　　　　　　　　Phone: (858) 678-5070 /Fax: (858) 678-5099

　　　　　　　　　　　　　　　　　　　　　Aamir A. Kazi (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　kazi@fr.com
　　　　　　　　　　　　　　　　　　　　　Lawrence R. Jarvis (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　jarvis@fr.com
　　　　　　　　　　　　　　　　　　　　　Fish and Richardson P.C.
　　　　　　　　　　　　　　　　　　　　　1180 Peachtree Street Ne 21st Floor
　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　　Phone: (404) 879-7238/ Fax: 404-892-5002

|   |   |   |
|---|---|---|
| 1 |  | Robert P. Courtney (CA SBN 248392) |
| 2 |  | courtney@fr.com<br>FISH & RICHARDSON P.C. |
| 3 |  | 60 South 6th Street<br>Minneapolis, MN 55402 |
| 4 |  | Phone: (612) 335-5070 /Fax: (612) 288-9696<br>Attorneys for Plaintiff |
| 5 |  | **FINJAN LLC.** |
| 6 | Dated: January 12, 2023 | */s/ Ryan R. Smith*<br>Edward G. Poplawski (SBN 113590) |
| 7 |  | epoplawski@wsgr.com<br>Olivia M. Kim (SBN 228382) |
| 8 |  | okim@wsgr.com |
| 9 |  | Talin Gordnia (SBN 274213)<br>tgordnia@wsgr.com |
| 10 |  | WILSON SONSINI GOODRICH & ROSATI<br>633 West Fifth Street, Suite 1550 |
| 11 |  | Los Angeles, CA 90071<br>Telephone: (323) 210-2901 |
| 12 |  |  |
| 13 |  | Ryan R. Smith (SBN 229323)<br>rsmith@wsgr.com |
| 14 |  | Christopher D. Mays (SBN 266510)<br>cmays@wsgr.com |
| 15 |  | WILSON SONSINI GOODRICH & ROSATI |
| 16 |  | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 17 |  | Telephone: (650) 493-9300 |
| 18 |  | *Attorneys for Defendant*<br>QUALYS INC. |

2

JOINT STATEMENT
Case No. 4:18-cv-07229-YGR (TSH)

**ATTESTATION**

I, Juanita R. Brooks, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                              */s/ Juanita R. Brooks*
                                              Juanita R. Brooks