Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone:(858) 678-5070 /Fax:(858) 678-5099

Robert P. Courtney (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street
Minneapolis, MN 55402
Phone:(612) 335-5070 /Fax:(612) 288-9696

*Attorneys for Plaintiff*
FINJAN LLC

Edward G. Poplawski (SBN 113590)
epoplawski@wsgr.com
Olivia M. Kim (SBN 228382)
okim@wsgr.com
Talin Gordnia (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Christopher D. Mays (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

*Attorneys for Defendant*
QUALYS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br>QUALYS INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:18-cv-07229-YGR (TSH)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>JUDGE:   Hon. Yvonne Gonzalez Rogers<br>PLACE:   Courtroom 1, 4th Floor |

A Case Management Conference is presently set for February 13, 2023 at 1:00 pm by video conference. The parties file this Joint Case Management Statement and request that the conference be vacated and the stay remain in place pending the outcome of a related appeal. A Joint Case Management Statement was filed at the outset of this case and is incorporated by reference. Dkt. No. 23.

## I. Status and Related Cases

As noted in the Joint Status Report filed on January 12, 2023, in order to preserve the resources of the parties and in the interest of judicial economy, this case was stayed pending the completion of any appellate review of the District Court's amended order (Dkt. No. 869) of March 29, 2021 in *Finjan LLC v. ESET, LLC et al.* (ESET Action) (S.D. Cal. Case No. 17-cv-0183). Dkt. No. 209. The Federal Circuit reversed the decision on the overlapping patents between this case and the ESET Action and the mandate issued on January 3, 2023.

Subsequently, another appeal was made in another matter where the asserted patents partially overlapped with this matter, namely *Finjan LLC v. SonicWall, Inc.* (the "SonicWall Action") (N.D. Cal. Case No. 17-cv-04467). The Federal Circuit heard oral argument in the SonicWall Action on January 10, 2023 and took the matter under submission.

## II. Motions Pending

When this case was stayed the '408, '494, '731, and '844 Patents were asserted and dispositive motions were pending. *See, e.g.*, Dkt. Nos. 192 and 195.

## III. Narrowing Issues and Next Steps

After meeting and conferring regarding this case management statement and the issues on appeal in the *Finjan LLC v. SonicWall, Inc.* matter, which is pending before the Federal Circuit (Case No. 22-1048) relating to patents that overlap between the matters, the parties propose that the stay remain in place until the resolution of the appeal in the SonicWall Action. This request is based on issues that were partially briefed when this case was pending. *See* Dkt. No. 195 (cross motion

for summary judgment of non-infringement regarding the '408 Patent (claim term "single computer"), as well as for the '844 and '494 Patents (claim term "receiver for receiving a Downloadable")). Both of these issues are also issues in the appeal of the SonicWall Action.

In view of the overlap between the issues currently on appeal in the SonicWall Action and pending before the Court here, the parties respectfully request that the Case Management Conference be vacated and the case continue to be stayed until the Federal Circuit renders its decision in the appeal of the SonicWall Action.

Dated: January 30, 2023

/s/ Juanita R. Brooks
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 /Fax: (858) 678-5099

Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
Lawrence R. Jarvis (*pro hac vice*)
jarvis@fr.com
Fish and Richardson P.C.
1180 Peachtree Street Ne 21st Floor
Atlanta, GA 30309
Phone: (404) 879-7238/ Fax: 404-892-5002

Robert P. Courtney (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street
Minneapolis, MN 55402
Phone: (612) 335-5070 /Fax: (612) 288-9696
Attorneys for Plaintiff
**FINJAN LLC.**

Dated: January 30, 2023

/s/ Ryan R. Smith
Edward G. Poplawski (SBN 113590)
epoplawski@wsgr.com
Olivia M. Kim (SBN 228382)

okim@wsgr.com
Talin Gordnia (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Christopher D. Mays (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

*Attorneys for Defendant*
QUALYS INC.

**ATTESTATION**

I, Juanita R. Brooks, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Juanita R. Brooks*
Juanita R. Brooks