# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FINJAN, LLC,**<br><br>       Plaintiff**,**<br><br>  vs.<br><br>**QUALYS, INC.,**<br><br>       Defendant**.** | CASE NO. 18-cv-7229-YGR<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

This case was stayed on June 17, 2021. (Dkt. No. 209).

In light of the representations in the most recent joint statement, the Court understands another related appeal is pending and the parties request the stay to continue.

Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **ADMINISTRATIVELY CLOSED** again for statistical purposes only. Nothing contained in this Order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 10 (ten) days of the resolution of the appeal, the parties shall file a **JOINT STATEMENT** with this Court advising whether the case should be terminated and/or other actions which should be taken.

The case management conference is vacated.

**IT IS SO ORDERED.**

Dated: 2/2/2023

                                              **YVONNE GONZALEZ ROGERS**
                                   **UNITED STATES DISTRICT COURT JUDGE**