| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | Edward G. Poplawski (SBN 113590) |
| brooks@fr.com | epoplawski@wsgr.com |
| Roger A. Denning (CA SBN 228998) | Olivia M. Kim (SBN 228382) |
| denning@fr.com | okim@wsgr.com |
| Jason W. Wolff (CA SBN 215819) | Talin Gordnia (SBN 274213) |
| wolff@fr.com | tgordnia@wsgr.com |
| Megan A. Chacon (CA SBN 304912) | WILSON SONSINI GOODRICH & ROSATI |
| chacon@fr.com | 633 West Fifth Street, Suite 1550 |
| FISH & RICHARDSON P.C. | Los Angeles, CA 90071 |
| 12860 El Camino Real, Suite 400 | Telephone: (323) 210-2901 |
| San Diego, CA 92130 | |
| Phone:(858) 678-5070 /Fax:(858) 678-5099 | Ryan R. Smith (SBN 229323) |
| | rsmith@wsgr.com |
| Robert P. Courtney (CA SBN 248392) | Christopher D. Mays (SBN 266510) |
| courtney@fr.com | cmays@wsgr.com |
| FISH & RICHARDSON P.C. | WILSON SONSINI GOODRICH & ROSATI |
| 60 South 6th Street | 650 Page Mill Road |
| Minneapolis, MN 55402 | Palo Alto, CA 94304-1050 |
| Phone:(612) 335-5070 /Fax:(612) 288-9696 | Telephone: (650) 493-9300 |

*Attorneys for Plaintiff*
FINJAN LLC

*Attorneys for Defendant*
QUALYS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br>QUALYS INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:18-cv-07229-YGR (TSH)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>JUDGE: Hon. Yvonne Gonzalez Rogers<br>PLACE: Courtroom 1, 4th Floor |

Plaintiff Finjan LLC and Defendant Qualys Inc. have agreed to dismiss with prejudice all claims and counterclaims asserted in this action.

Accordingly, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to approval of the Court, that this action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs related to this action.

Dated: April 12, 2023

| /s/ Jason W. Wolff | /s/ Ryan R. Smith |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>Megan A. Chacon (CA SBN 304912)<br>chacon@fr.com<br>K. Nicole Williams (CA SBN 291900)<br>nwilliams@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Phone: (858) 678-5070 /Fax: (858) 678-5099<br><br>Aamir A. Kazi (*pro hac vice*)<br>kazi@fr.com<br>Lawrence R. Jarvis (*pro hac vice*)<br>jarvis@fr.com<br>Fish and Richardson P.C.<br>1180 Peachtree Street Ne 21st Floor<br>Atlanta, GA 30309<br>Phone: (404) 879-7238/ Fax: 404-892-5002<br><br>Robert P. Courtney (CA SBN 248392)<br>courtney@fr.com<br>FISH & RICHARDSON P.C.<br>60 South 6th Street<br>Minneapolis, MN 55402<br>Phone: (612) 335-5070 /Fax: (612) 288-9696<br><br>Attorneys for Plaintiff<br>FINJAN LLC. | Edward G. Poplawski (SBN 113590)<br>epoplawski@wsgr.com<br>Olivia M. Kim (SBN 228382)<br>okim@wsgr.com<br>Talin Gordnia (SBN 274213)<br>tgordnia@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071<br>Telephone: (323) 210-2901<br><br>Ryan R. Smith (SBN 229323)<br>rsmith@wsgr.com<br>Christopher D. Mays (SBN 266510)<br>cmays@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>Attorneys for Defendant<br>QUALYS INC. |

**ATTESTATION**

I, Jason W. Wolff, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

>        */s/ Jason W. Wolff*
>         Jason W. Wolff

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____

           Yvonne Gonzalez Rogers
           UNITED STATES DISTRICT COURT JUDGE