Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone:(858) 678-5070 /Fax:(858) 678-5099

Robert P. Courtney (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street
Minneapolis, MN 55402
Phone:(612) 335-5070 /Fax:(612) 288-9696

*Attorneys for Plaintiff*
FINJAN LLC

Edward G. Poplawski (SBN 113590)
epoplawski@wsgr.com
Olivia M. Kim (SBN 228382)
okim@wsgr.com
Talin Gordnia (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Christopher D. Mays (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

*Attorneys for Defendant*
QUALYS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>QUALYS INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:18-cv-07229-YGR (TSH)<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE**<br><br>JUDGE: Hon. Yvonne Gonzalez Rogers<br>PLACE: Courtroom 1, 4th Floor |

Plaintiff Finjan LLC and Defendant Qualys Inc. have agreed to dismiss with prejudice all claims and counterclaims asserted in this action.

Accordingly, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to approval of the Court, that this action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs related to this action.

Dated: April 12, 2023

*/s/ Jason W. Wolff*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 /Fax: (858) 678-5099

Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
Lawrence R. Jarvis (*pro hac vice*)
jarvis@fr.com
Fish and Richardson P.C.
1180 Peachtree Street Ne 21st Floor
Atlanta, GA 30309
Phone: (404) 879-7238/ Fax: 404-892-5002

Robert P. Courtney (CA SBN 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street
Minneapolis, MN 55402
Phone: (612) 335-5070 /Fax: (612) 288-9696

Attorneys for Plaintiff
FINJAN LLC.

*/s/ Ryan R. Smith*
Edward G. Poplawski (SBN 113590)
epoplawski@wsgr.com
Olivia M. Kim (SBN 228382)
okim@wsgr.com
Talin Gordnia (SBN 274213)
tgordnia@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2901

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Christopher D. Mays (SBN 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

Attorneys for Defendant
QUALYS INC.

**ATTESTATION**

I, Jason W. Wolff, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Jason W. Wolff*
Jason W. Wolff

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 4/13/2023

Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT JUDGE